**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS, ABILENE DIVISION

Case number *(if known)* _____ Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Lauren Engineers & Constructors, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **11-2699316** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **901 S. 1st Street** <br> **Abilene, TX 79602** <br> Number, Street, City, State & ZIP Code | **P.O. Box 1761** <br> **Abilene, TX 79604-1761** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Taylor** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  **https://laurenec.com/**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Lauren Engineers & Constructors, Inc.**        Case number *(if known)* _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    237990

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor   **Lauren Engineers & Constructors, Inc.**                                    Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **The Lauren Corporation** | Relationship | **Parent** |
| District | **Northern District of Texas, Abilene Division** | | |
| | When **4/08/21** | Case number, if known | 21-10050 |

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Lauren Engineers & Constructors, Inc.**            Case number (*if known*) _____
Name

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor  **Lauren Engineers & Constructors, Inc.**                                    Case number (*if known*) _____
_____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 8, 2021**
                      _____
                      MM / DD / YYYY

**X** **/s/ Jack Shoemate**                                    **Jack Shoemate**
_____        _____
Signature of authorized representative of debtor        Printed name

Title   **Chief Executive Officer**
          _____

**18. Signature of attorney**

**X** **/s/ Kell C. Mercer**                        Date  **April 8, 2021**
_____                _____
Signature of attorney for debtor                                MM / DD / YYYY

**Kell C. Mercer**
_____
Printed name

**Kell C. Mercer, P.C.**
_____
Firm name

**1602 E. Cesar Chavez Street**
**Austin, TX 78702**
_____
Number, Street, City, State & ZIP Code

Contact phone   **(512) 627-3512**        Email address   **kell.mercer@mercer-law-pc.com**
                      _____                      _____

**Tex. Bar No. 24007668**
_____
Bar number and State

# RESOLUTIONS OF THE BOARD OF DIRECTORS

## of

## LAUREN ENGINEERS & CONSTRUCTORS, INC.

### March 29, 2021

By the unanimous consent of the board of directors (the "**Board**") of Lauren Engineers & Constructors, Inc. (the "**Corporation**"), the Board does hereby adopt the following resolutions:

**RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, shareholders and other interested parties, that the Corporation be authorized and empowered to file, at such time as it is deemed necessary by the appropriate officer of the Corporation, a petition for relief (the "Petition") under Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas, Abilene Division (the "Bankruptcy Court"); and it is further

**RESOLVED**, that Jack Shoemate, the President and Chief Executive Officer of the Corporation is hereby authorized, directed and empowered, on behalf of and in the name of the Corporation, (i) to execute and verify the Petition and cause the Petition to be filed with the Bankruptcy Court and (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper and necessary to effect any of the foregoing; and it is further

**RESOLVED**, that Jack Shoemate, and such other officers of the Corporation as Jack Shoemate shall from time to time designate be, and each of them acting alone is, authorized, directed and empowered, on behalf of and in the name of the Corporation, to execute, verify and file or cause to be filed all other reasonable and customary applications, schedules, lists, motions and other papers and documents; and it is further

**RESOLVED**, that Jack Shoemate, and such other officers of the Corporation as Jack Shoemate shall from time to time designate be, and each of them acting alone is, authorized, directed and empowered to retain on behalf of the Corporation, the law firm Kell C. Mercer, P.C. as bankruptcy counsel, to represent the Corporation in the aforesaid bankruptcy case and all other related matters in connection therewith and such other terms and conditions as the officers shall deem advisable; and it is further

**RESOLVED**, that Jack Shoemate and/or Matt Higgins are each authorized and empowered, for and on behalf of the Company, to execute and file all such instruments and documents, to make all payments, to enter into all agreements and to do or cause to be done all acts and things that may be necessary or appropriate to carry out the purposes of the foregoing resolutions.

DocuSigned by:

*Becky Whitener*

C884A79AA1A5478...

Mary Rebecca Whitener, Director

DocuSigned by:

*Jack Shoemate*

97AAFA3B92C14EC...

Jack Shoemate, Director

DocuSigned by:

*Matt Higgins*

D6BE30CB5BE940A...

Matt Higgins, Director

BTXN 094 (rev. 5/04)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:                                    §
                                          §
    **Lauren Engineers & Constructors, Inc.**  §    Case No.:
                                          §
                                          §
                                          §
            Debtor(s)  §
                                          §

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

■    is the first mail matrix in this case.

☐    adds entities not listed on previously filed mailing list(s).

☐    changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐    deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date:   **April 8, 2021**           **/s/ Jack Shoemate**
                                        **Jack Shoemate/CEO**
                                        Signer/Title

Date:   **April 8, 2021**           **/s/ Kell C. Mercer**
                                          Signature of Attorney
                                        **Kell C. Mercer**
                                        **Kell C. Mercer, P.C.**
                                        **1602 E. Cesar Chavez Street**
                                        **Austin, TX 78702**
                                        **(512) 627-3512**

                                        11-2699316
                                        Debtor's Social Security/Tax ID No.

                                        Joint Debtor's Social Security/Tax ID No.

11X17, INC.
P O BOX 117
JACKSONVILLE, TX 75766


1904 GRAND PARKWAY NORTH LP
2537 S. GESSNER RD., STE 250
HOUSTON, TX 77063


24 HOUR SAFETY, LLC
P. O. BOX 4356, DEPT 1561
HOUSTON, TX 77210


AARON B CONN
1631 COUNTY ROAD 134
OVALO, TX 79541


ABEL C NAJERA CORRAL
11460 ARDELLE AVE
EL PASO, TX 79936


ABILENE MAINT. SUPPLIES
873 N. MOCKINGBIRD LN
ABILENE, TX 79603


ACCURATE AIR SOLUTIONS LLC
P.O. BOX 5817
ABILENE, TX 79608


ADAM BENAVIDES
241 NW AVE F
HAMLIN, TX 79520


ADIGO
3091 S. JAMAICA COURT
SUITE 115
AURORA, CO 80014

AHERN RENTALS, INC
1401 MINERAL AVE
LAS VEGAS, NV 89106


AIRGAS USA, LLC
1800 E 20th Street
Farmington, NM 87401


AL SANCHEZ
11906 TEANECK DR.
HOUSTON, TX 77089


AL SANCHEZ
11906 TEANECK DR
HOUSTON, TX 77089


ALEJANDRO BEJAR
15517 AIKEN LN
HOUSTON, TX 77032


ALERE TOXICOLOGY PROD. DIV
1342 COURT STREET
PORTSMOUTH, VA 23704


ALL COPY
PO BOX 545
ABILENE, TX 79604


Allensworth & Porter
c/o Travis Brown
100 Congress Avenue, Suite 700
Austin, TX 78701


ALLENSWORTH & PORTER, L.L.P.
100 CONGRESS AVE. SUITE 700
AUSTIN, TX 78701

```
ALONZO R MORALES
2605 TORONTO AVE
MCALLEN, TX 78503


ALPHA RESOURCES, LLC
2333 INDIAN CREST DR.
PELHAM, AL 35124


ANDREW I COLEMAN
6361 MANCHESTER CT
TYLER, TX 75703


ANIXTER, INC.
1601 Waters Ridge Rd
Lewisville, TX 75057


ANTHONY D HARMAN
606 HOLLAND ST
MARSHALL, TX 75670


ARMANDO A TORRES
9527 ROANOKE DR
EL PASO, TX 79924


ARMANDO ARCINIEGA JR
4901 RANCHO VERDE PKWY
CROWLEY, TX 76036


ARMANDO SANCHEZ JR
5609 SAGO DR
WESLACO, TX 78599


AT & T
PO BOX 105414
ATLANTA, GA 30348-5414
```

AT&T
P.O. BOX 5019
CAROL STREAM, IL 60197


AT&T MOBILITY
ONE AT&T WAY
BEDMINSTER, NJ 07921


ATMOS ENERGY CORPORATION
P.O. BOX 650205
DALLAS, TX 75265-0205


AUBREE F FULCHER
3934 PURDUE LANE
ABILENE, TX 79602


AZB & Partners
Penisula Corporate Park
Ganpatrao Kadam Marg
Lower Parel, Mumbai, MH 00040-0013


B & J WELDING SUPPLY LTD
1512 EAST 50TH
LUBBOCK, TX 79404


BARBARA STINE
134 DOUGLAS FIR CT.
WALESKA, GA 30183


BARCO RENT A TRUCK
717 SOUTH 5600 WEST
SALT LAKE CITY, UT 84104


BARNHART BOLT & SPECIAL FASTENERS, INC.
PO BOX 69085
ODESSA, TX 79769-9085

BAY AREA RENTALS
5525 RED BLUFF RD
PASADENA, TX 77505


BBVA COMPASS
P. O. BOX 10566
BIRMINGHAM, AL 35296


Becky Whitener
c/o Katherine Hopkins
Kelly Hart & Hallman
201 Main Street, Suite 2500
Fort Worth, TX 76102

BECKY WHITENER
1147 ELMWOOD DR
ABILENE, TX 79602


BENTEK CORPORATION
1991 SENTER RD
SAN JOSE, CA 95112


BIBLE HARDWARE, INC
333 WALNUT ST.
ABILENE, TX 79601


BIG BEND SERVICES LLC 8212
SAN DIEGO ST
PO BOX 61226
ODESSA, TX 79765


BIG RED FASTENERS INC
PO BOX 470547
TULSA, OK 74147-0547


BIGGE CRANE AND RIGGING CO
10700 BIGGE AVE
SAN LEANDRO, CA 94577

BILL WILLIAMS TIRE CENTER
1201 S. Treadaway BLVD
Abilene, TX 79602


BIZMARCK BEJAR
15517 AIKEN LN
HOUSTON, TX 77032


BLACK JACK ENERGY SERVICES, LL
17530 CR 265
CLYDE, TX 79510


BLACK PLUMBING CO INC
PO BOX 6347
ABILENE, TX 79608-6347


BLUE CROSS BLUE SHIELD OF TX
DEPT 1134
PO BOX 121134
DALLAS, TX 75312-1134


BLUEBEAM SOFTWARE, INC
766 E COLORADO BLVD STE 200
PASADENA, CA 91101


BOXX MODULAR
3475 HIGH RIVER ROAD
FORT WORTH, TX 76155


BRAUN INTERTEC CORPORATION
11001 HAMPSHIRE AVENUE SOUTH
MINNEAPOLIS, MN 55438


BRENDA D RAY
1410 WOODRIDGE DR
ABILENE, TX 79605

BRIAN CASEY
4709 SPANISH OAK CT
ABILENE, TX 79606


Brian Sinn
Siemens Energy, Inc.
Quadrangle, 4400 Alafaya Trail MC Q2-290
Orlando, FL 32826


BRITTANY WHITE
725 CR 134
OVALO, TX 79541


BRYCE C DAVISON
333 SOUTHWIND CIR
ABILENE, TX 79602


BUCHANAN HAULING & RIGGING, INC.
4625 INDUSTRIAL BLVD
FORT WAYNE, IN 46825


BUGMAN PEST CONTROL
PO BOX 1173
ABILENE, TX 79604


CALEB CHEATHAM
5 NANDINA CIR
ABILENE, TX 79605


CALVERT-MENICUCCI PC
8804 WASHINGTON ST., NE SUITE E
ALBUQUERQUE, NM 87113


CAN-DOO BUDJET RENTALS, INC
301 GOLIAD DR.
ABILENE, TX 79601

CARLOS E SILVAS
102 N 5TH AVE
NEDERLAND, TX 77627


CASIMIRO RODARTE
13125 OLD HEARNE RD
BRYAN, TX 77803


CD FARM & OILFIELD DOZER
4910 CR 260
ANSON, TX 79501


CDW DIRECT, LLC
200 N. MILWAUKEE AVE.
VERNON HILLS, IL 60061-1577


CELESTINO RIVERA
6025 TRESCON
HOUSTON, TX 77048


CESAR I GARCIA SERNA
1952 S SEMINOLE ST
AMARILLO, TX 79103


CG Investments, LP
PO Box 4737
Houston, TX 77210-4737


CHARLES L ASHMORE
1703 SLAYDON
HENDERSON, TX 75654


CHARLES PRICE
3617 DUKE LN
ABILENE, TX 79602

CHRISTIAN SERVICE CENTER
3185 N. 10TH
ABILENE, TX 79603


CHRISTOPHER LEFLER
977 PLEASANT VALLEY RD
WHITE SULPHUR SPRINGS, WV 24986


Christopher R. Ward
Clark Hill Strasburger
2600 Dallas Parkway, Suite 600
Frisco, TX 75034


CHRISTOPHER T STURDIVANT
315 ASLHEY 201W
CROSSETT, AR 71635


CHRISTOPHER TORRES
12505 COUNTY RD 416
CROSS PLAINS, TX 76443


CISCO EQUIPMENT RENTALS, LLC
520 SE LOOP 338
ODESSA, TX 79762


CLAIMS-X-CHANGE, LLC
14200 MIDWAY RD, STE 106
DALLAS, TX 75244


CLARK COUNTY LEGAL NEWS
433 CONCORD WAY
HENDERSON, NV 89015


CLAY A BOYCE
706 MAJI RD
WHITEHOUSE, TX 75791

CLIFFORD WALKER III
118 MORGAN LN
NATCHITOCHES, LA 71457


CMC CONSTRUCTION SERVICES
SUITE 300
15990 NORTH BARKERS LANDING
HOUSTON, TX 77079


CODY KENDRICK
210 TAYLOR
TUSCOLA, TX 79562


COLEMAN AMERICAN MOVING SVCS,
4825 DERRICK DRIVE
ABILENE, AL 79601


CONDLEY AND COMPANY, L.L.P.
P.O. BOX 2993
ABILENE, TX 79604-2993


CONLEY PRINTING COMPANY, INC
902 S. TREADAWAY
ABILENE, TX 79602


CONSTELLATION NEW ENERGY, INC
111 MARKET PLACE, 5th FLR
BALTIMORE, MD 21202


CORBY STURDIVANT
1601 ARCADIA DRIVE
RUSTON, LA 71270


CORINTHIAN X JONES JR
2192 LAMORE DR
COLUMBUS, GA 31907

CORSAIR CONSULTING LLC
1505 VOLTA DR. , STE 200
CEDAR PARK, TX 78641


CRAIG D LOVE
8350 HORSESHOE CIRCLE
ABILENE, TX 79602


CRAIG MENDENHALL
1882 ELMWOOD
ABILENE, TX 79605


CRANE SERVICE, INC
505 MURRY RD. S.E.
ALBUQUERQUE, NM 87105


CROSS COUNTRY INFRASTRUCTURE SERVICES IN
2251 RIFLE ST
AURORA, CO 80011


CURTIS STANLEY
508 CONRAD HILTON BLVD
CISCO, TX 76437


DALE CRAWFORD
2412 BROOK HOLLOW DR
ABILENE, TX 79605


DANIEL BARBEE
11233 CR 335
HAWLEY, TX 79525


DANIEL DELGADO
1005 BANKER RD
CANUTILLO, TX 79835

DARREN E BLACK
PO BOX 3617
PAGE, AZ 86040

DATROO TECHNOLOGIES LLC
1302 HIGHLAND AVE.
ABILENE, TX 79605

DAVID A FEIGHTNER
419 CR 3707
Bullard, TX 75757

DAVID JOINER
3034 RICSAN
ABILENE, TX 79605

DAVID L FOLDEN
301 VINEYARD LN
BIRMINGHAM, AL 35242

DAVID L PAZ
6001 SE 14TH AVE
AMARILLO, TX 79104

DAVID M BROWN
118 BUCKSHOT RD
ABILENE, TX 79602

DAVID R. MCWRIGHT
PO BOX 93
BRONTE, TX 76933

DAVID S PAZ
1005 TENNANT ST
AMARILLO, TX 79104

DAVID W GROVES
2044 FARM RD 2297
SULPHUR SPRINGS, TX 75482

DAVID WEATHERLY
339 ALEXANDRA
TUSCOLA, TX 79656

DELUXE BUSINESS CHECKS
3680 VICTORIA ST. N
SHOREVIEW, MN 55126

DEVON R TWEDELL
1624 P E DAIGLE ROAD
IOWA, LA 70647

DIANNA D DAVIS
3417 BUFFALO GAP RD
ABILENE, TX 79605

DIMENSIONAL SOLUTIONS, INC
20018 CHATEAU BEND DR
KATY, TX 77450

DISA, INC.
12600 NORTHBOROUGH DR.
STE 300
HOUSTON, TX 77067

DISABILITY RESOURCES, INC.
3602 NORTH CLACK STREET
ABILENE, TX 79601

DISCOVERY BENEFITS LLC
4321 20TH AVE S
FARGO, ND 58103

DJ WRIGHT
5770 S EDMUNDS DR
CARSON CITY, NV 89701

DNOW L.P
7402 N ELDRIDGE PKWY
HOUSTON, TX 77041

DOMINIC K WARD
308 S AVE N
LAMESA, TX 79331

DONALD MATTERN
1825 OLDHAM LN
ABILENE, TX 79602

DONIELLE R JONES
23504 KENWORTH DR
NEW CANEY, TX 77357

DONOVAN AYERS
1912 SUNLAND DR
CARSON CITY, NV 89706

DONOVAN G AYERS III
3201 AMARILLO ST
ABILENE, TX 79602

DOOLEY TACKABERRY, INC
1515 W 13TH STREET
DEER PARK, TX 77536

DOUGLAS A TWEDELL II
10102 OLD BATON ROUGE HWY
HAMMOND, LA 70403

DTT WELDING & EXCAVATING
RT 4 BOX 20 E
HERNANDEZ, NM 87537


DUNCAN BOLT COMPANY
8535 DICE RD.
SANTA FE SPRINGS, CA 90870


DUSTIN E WEATHERFORD
1409 S MOCCASIN TRAIL
GILBERT, AZ 85296


DUSTIN W BARBEE
126 CENTURY LANE
CLYDE, TX 79510


DWAYNE H ISTRE
2416 POM ROY RD
LAKE ARTHUR, LA 70549


DWIGHT E MINOR
15119 NORTHWOOD
TYLER, TX 75703


E AND E INDUSTRIAL SERVICES IN
12610 N. AIRLINE HWY
GONZALES, LA 70737


E-Z LINE PIPE SUPPORT CO., LLC
P. O. BOX 767
MANVEL, TX 77578


E2RC LLC
439 SOUTH HILL RD
BERNALILLO, NM 87004

EDGAR D GONZALEZ
15111 SIRIUS CIR
SAN ANTONIO, TX 78245


EDGEN MURRAY CORPORATION
18444 HIGHLAND, RD
BATON ROUGE, LA 70809


EDWARD G WINEGEART
4734 PAMELA DR
ABILENE, TX 79606


EDWIN H LOZANO
70 DELICADO DR
WHITE ROCK, NM 87547


ELDEN WAYMAN
343 PR 2371
ABILENE, TX 79601


ELECTRICAL ENGINEERING & EQUIPMENT
953 73RD ST
WINDSOR HEIGHTS, IA 50324


ELITE SUPPLY PARTNERS INC
13505 E 61ST STREET, SUITE A
BROKEN ARRROW, OK 74012


ELLIOTT ELECTRIC SUPPLY, INC
4281 CRAWFORD DR.
ABILENE, TX 79602


ENERGY FIELD EQUIPMENT SERVICES LLC
39 S. YORK ROAD
DILLSBURG, PA 17019

Engie North America, Inc.
1360 Post Oak Blbd., Suite 400
Houston, TX 77056


Enterprise Crude Pipeline, LLC
P.O. Box 4735
Houston, TX 77210


Enterprise Products Operating, LLC
P.O. Box 4324
Houston, TX 77210


ENTERPRISE RENT A CAR
ATTN: ACCTS RECEIVABLE
2860 SLATER RD.
MORRISVILLE, NC 27560-8436


ERIC ANDERSON
2334 GREENBRIAR DR.
ABILENE, TX 79605


ERIC D ANDREWS
2212 DRIVER
BIG SPRING, TX 79720


ESPANOLA TRANSIT MIX, LLC
1302 N RIVERSIDE DRIVE
ESPANOLA, NM 87532


ESSEX CRANE RENTAL CORPORATION
1110 LAKE COOK RD, STE 220
BUFFALO GROVE, IL 60089


Estate of Charles C. Whitener III
c/o

Estate of Cleve Whitener
McMahon Surovik Suttle, PC
P.O. Box 3679
Abilene, TX 79604


ETAP
17 GOODYEAR, STE 100
IRVINE, CA 92618


EVER GALLEGOS
205 CALLES LAS TUNAS
ESPANOLA, NM 87532


Farwest Corrosion Control Company
12029 Regentview Ave
Downey, CA 90241-5517


FASTENAL COMPANY
2001 THEURER BLVD
WINONA, MN 55987


FEDEX PALATINE
P. O. BOX 660481
DALLAS, TX 75266-0481


FERGUSON ENTERPRISES, LLC
12500 JEFFERSON AVE
NEWPORT NEWS, VA 23602


FIDELITY INVESTMENTS
82 DEVONSHIRE ST. KW1C
BOSTON, MA 02109


FRANCA BENTON
1398 MEANDER ST.
ABILENE, TX 79602

FRANK'S SUPPLY CO. INC
3311 STANFORD DRIVE NE
ALBUQUERQUE, NM 87107


FTC Solar, Inc.
9020 N. Capital of Texas Hwy, Suite 260
Austin, TX 78750


GABRIEL R SANDERSON
1602 E 139TH CT
GLENPOOL, OK 74033


GAIL CRAIN
531 APACHE LANE
ABILENE, TX 79601


GANJIGUUR NARMANDAKH
4405 N GARFIELD ST A106
MIDLAND, TX 79705


GEN PRO
11310 W INTERSTATE 2 E
ODESSA, TX 79765


GENERAL STEEL WAREHOUSE, INC
PO BOX 2037
LUBBOCK, TX 79408


GENESIS SYSTEMS, INC
2663 MARQUIS DR
GARLAND, TX 75042


GERARDO CASTANEDA AVALOS
15250 PUMICE
EL PASO, TX 79928

GERARDO SANTIAGO HERNANDEZ
1112 PEACHTREE CR
ROUND ROCK, TX 78681


GLOBAL SAMARITAN RESOURCES
2074 N. 1st ST
ABILENE, TX 79603


GOINS CRANE SERVICE, INC
PO BOX 5276
ABILENE, TX 79608


GOSAFE
W JOE SHAW, LTD dba GOSAFE
PO BOX 1025
DEER PARK, TX 77536


GRAINGER, INC
100 GRAINGER PKWY
LAKEFOREST, IL 60045-5201


GRAYBAR ELECTRIC CO., INC
1601 South Treadaway
Abilene, TX 79602


GREAT PLAINS EQUIPMENT RENTAL LLC
802 EAST 34TH ST
LUBBOCK, TX 00079-4041


H & E EQUIPMENT SERVICES, INC
1700 South Sam Houston
Parkway West
Houston, TX 77047


HARPER BATES & CHAMPION LLP
1717 MAIN STREET, SUITE 3550
DALLAS, TX 75201

HAZARD SCOUT, LLC
1706 SMOKING OAK PLACE
NORMAN, OK 73072


HD SUPPLY WHITECAP CONST SUPP
501 W. CHURCH ST.
ORLANDO, FL 32805


HERC RENTALS INC
PO BOX 936257
ATLANTA, GA 31193


HILTI, INC.
13635 Stemmons Fwy #300
Farmers Branch, TX 75234


HYDRO BLIND SOLUTIONS
5500 TWIN CITY HWY
PORT ARTHUR, TX 77642


HYTORC
333 RT. 17 NORTH
MAHWAH, NJ 07430


INDUSTRIAL DIESEL
8705 HARMON RD.
FORT WORTH, TX 76177


ISAAC A FLORES
5210 SHADY GLEN LANE
ABILENE, TX 79606


ISIDRO MORENO MONTOYA
2236 CHARLES ST
PAMPA, TX 79065

JABO SUPPLY CORP.
10085 EMERSON AVE.
PARKERSBURG, WV 26104


JACE RHODES
2857 GILMER AVE
ABILENE, TX 79606


JACK SHOEMATE
6838 PRESTONSHIRE LN
DALLAS, TX 75225


JACKSON BROTHERS FEED AND SEED
3818 S. TREADAWAY BLVD
ABILENE, TX 79602


JAIRO MUNGUIA
613 BANCROFT CHAPEL RD
KINGSPORT, TN 37660


JAMES M PUCKETT
1317 Tulane Dr
ABILENE, TX 79602


JAMES PAYNE
2317 JEANETTE
ABILENE, TX 79602


JAMES PIERCE
2573 WILL PET RD
LUCEDALE, MS 39452


JAMES, COODE, & HOBSON, INC.
4210 HAWKINS ST. NE
ALBUQUERQUE, NM 87109

JANE WECKWERTH
1302 S. LEGGETT DR.
ABILENE, TX 79605


JANET A NEAPOLE
7880 FAWNDALE WAY
SANDY SPRINGS, GA 30350


JARED A GEERS
207 S GRAND ST
CLARENCE, MO 63437


JARED GEERS
207 S GRAND ST
CLARENCE, MO 63437


JASON G JOHNSON
7399 PALOMAR AVE
YUCCA VALLEY, CA 92284


JASON G LOYA
827 S ESPANOLA ST
LAS CRUCES, NM 88001


JASON HINKLE
2560 COUNTY ROAD 133
HAMLIN, TX 79520


JASON MCFADDEN
6973 FM 1082
ABILENE, TX 79601


JERRY L WHITLOW
4272 TIGER LN
LAKE ARTHUR, LA 70549

JERRY R LAWRANCE
1297 WAGON WHEEL LN
BEDIAS, TX 77831


JERRY WHETSEL
1335 GLENHAVEN DRIVE
ABILENE, TX 79603


JERRY WHITLOW
4272 TIGER LANE
LAKE ARTHUR, LA 70549


JESUS A RANGEL
1533 GREEN
ABILENE, TX 79603


JESUS A SILVAS
4620 LAKESHORE DR
PORT ARTHUR, TX 77642


JESUS M SALCIDO
4805 W COUNTY RD 120
MIDLAND, TX 79706


JIMMY D COATS III
1500 CHACO
GRANTS, NM 87020


JOEL ORDWAY
2309 COOKE STREET
ABILENE, TX 79605


JOEY F MARTIN
1316 TX-3
LEAGUE CITY, TX 77573

JOHAN MARTENS
2006 CR M
LAMESA, TX 79331


JOHN D BILBREY
200 E PIONEER ST
RISING STAR, TX 76471


JOHN E COTTEN
12522 STATE HWY 31 E
BROWNSBORO, TX 75756


JOHN J. HYLAND
2326 VALHOLLA COURT
ABILENE, TX 79606


JOHN R CROSSMAN
302 BROOKE DR
ABILENE, TX 79601


JONATHAN BEJAR
15246 LA JOLLA LN
HOUSTON, TX 77060


JONATHAN D SAUSEDA
748 HWY 880
OAK GROVE, LA 71263


JOSE D SOLIS
2601 LA FRONTERA BLVD
ROUND ROCK, TX 78681


JOSE G CADENA JR
613 BANCROFT CHAPEL RD
KINGSPORT, TN 37660

JOSE HERNANDEZ
933 WEST MORELAND ST.
ABILENE, TX 79603


JOSEPH A MCCARTY
3934 PURDUE LANE
ABILENE, TX 79602


JOSEPH R ROCCO
364 CHERYL AVE
WHITE ROCK, NM 87547


JUAN A DURAN
1303 GREENFIELD AVE
MISSION, TX 78572


JUAN C RODRIGUEZ
329 N 11TH ST
RAYMONDVILLE, TX 78580


JUAN J ARELLANO RODARTE
2102 STONE MEADOW CIR
BRYAN, TX 77803


JUAN M HIDALGO JR
2807 AVE C
SNYDER, TX 79549


JUSTIN V MAYER
2406 MORNING DRIVE
BAYTOWN, TX 77520


KAMTECH Services, Inc.
901 S. First Street
Abilene, TX 79602

KARL G GREINER
6728 COUNTY ROAD 120
CLYDE, TX 79510


KAVANTE J CONERLY
3700 BUENA VISTA RD, APT 98
COLUMBUS, GA 31906


KELVIN L KNIGHT
218 CR 230
WINTERS, TX 79567


KENNETH BRUCE STEWART
4001 FAUDREE RD #D201
ODESSA, TX 79765


KENNETH M FREIDBERG
201 KING AVE
SAN ANTONIO, TX 78211


KENNETH W LEEDS JR
2016 N 550 W 49
CEDAR CITY, UT 84721


KIMBERLY J DUNN
202 ELM
SNYDER, TX 79549


KIRK BOSWELL
2015 BROOKHOLLOW
ABILENE, TX 79605


KYLE D. STEWART
2266 COUNTY ROAD 162
OVALO, TX 79541

LAURA A MCCLINTOCK
4434 MARGARITAS WAY
ABILENE, TX 79606


Lauren Engineers & Constructors, Inc.
901 S. 1st Street
Abilene, TX 79602


LAUREN WHITENER
1147 ELMWOOD
ABILENE, TX 79605


LAURENCE J THOMAS
1342 LAWYERS LANE
ABILENE, TX 79602


LAWRENCE I BRAVO
17822 CR 127
PEARLAND, TX 77581


LEE TATUM
110 COUNTY RD 336
TUSCOLA, TX 79562


LEROY ARCE
1250 WEST LAKE DRIVE
HAMILIN, TX 79520


LESLIE OXFORD
1202 CR 650
TUSCOLA, TX 79562


LIFE LINE TECHNOLOGIES, LLC
1028 FORUM DRIVE
BROUSSARD, LA 70518

LLR-ENGINEERS & SURVEYORS BRD.
P.O. BOX 11597
COLUMBIA, SC 29211-1597


LM Concrete
19 Rito Guicu
Santa Fe, NM 87507


LOCKWOOD PARTNERS LLC
P.O. BOX 53466
HOUSTON, TX 77052


LOOKOUT SOFTWARE, INC
422 RICHARDS ST #300
VANCOUVER, BC V6B 2Z4


LOS ALAMOS COUNTY ENVIRONMENTAL SERVICES
3701 E JEMEZ ROAD
LOS ALAMOS, NM 87544


LOS ALAMOS TRANSIT MIX
PO BOX 747
LOS ALAMOS, NM 87544


LOVE AND CARE MINISTRIES
233 FANNIN ST.
ABILENE, TX 79603


LOWE'S HOME CENTERS, INC
ACCT 82131440432149
PO BOX 530954
ATLANTA, GA 30353-0954


LUCINA TREJO
4206 ROXTON
AMARILLO, TX 79109

LUIS MONTEJANO
214 NEWFIELD DR
WEST COLUMBIA, SC 29169


LUIS REYNA
1244 MERIWEATHER AVE
FORT WORTH, TX 76115


LYDIA FLORES
5210 SHADY GLEN
ABILENE, TX 79606


LYN ELIZABETH NOTTINGHAM
5701 ANTILLEY RD
ABILENE, TX 79606


MACDONALD DEVIN P.C.
1201 ELM ST., STE 3800
DALLAS, TX 75270


MALCOM SUPPLY CO.
1833 S. TREADAWAY
ABILENE, TX 79602


MALOY MOBILE STORAGE INC.
535 COMANCHE RD NE
ALBUQUERQUE, NM 87107


MANHATTAN TELECOMMUNICATIONS CORPORATION
55 WATER STREET
FLOOR 32
NEW YORK, NY 10041


MANUEL A RODRIQUEZ
714 COTTONWOOD
COLEMAN, TX 76834

MARCUS GAND
5225 SHENANDOAH DR
ABILENE, TX 79605


MARK C JACKSON
11421 CR 1259
FLINT, TX 75762


Markel Surety d/b/a SureTec Indemnity Co
1330 Post Oak Blvd., Suite 1100
Houston, TX 77056


MARSH & MCLENNAN AGENCY, LLC
PO BOX 848315
DALLAS, TX 75284


MATCOR, INC.
14250 OLD KATY RD., #150
HOUSTON, TX 77079


MATT HIGGINS
3157 COUNTY RD 154
TUSCOLA, TX 79562


MATT MCKINNEY
251 CR 496
Goldsboro, TX 79519


MATTHEW DEEL
302 CLYDE WAY UNIT B
CLYDE, TX 79510


MATTHEW E PONDER
48 HARPER LN
MANCHESTER, TN 37355

MCCARTY EQUIPMENT CO. LTD
1802 S. TREADAWAY BLVD
ABILENE, TX 79602

MCJUNKIN REDMAN CORPORATION
P. O. BOX 4395
ODESSA, TX 79760

McMahon Surovik Suttle, PC
c/o Chet Caldwell
P.O. Box 3679
Abilene, TX 79604

MCMAHON,SUROVIK,SUTTLE PC
400 PINE ST. STE 800
ABILENE, TX 79601

MCMASTER-CARR SUPPLY CO.
PO BOX 7690
CHICAGO, IL 60680

MDA SCAFFOLDING, LLC
PO BOX 7589
ODESSA, TX 79760

MICA ANN ODOM
4333 ANTILLEY ROAD
ABILENE, TX 79606

Mica Odom - FAB Petty Cash
550 S. 18th
Abilene, TX 79602

MICHAEL BARBEE
250 5th STREET
HAWLEY, TX 79525

MICHAEL R ADKINS
608 LILLY LN
BULLARD, TX 75757


MICHAEL R MARTIN JR
701 EAST MOONLIGHT DR.
ROBINSON, TX 76706


Michael Wenger
Legal Counsel
Siemens Energy, Inc.
Quadrangle, 4400 Alafaya Trail MC Q2-290
Orlando, FL 32826


MICROSOFT CORPORATION
995 DALTON AVE
CINCINATTI, OH 45203


MILFORD
7607 W. INDUSTRIAL AVE
MIDLAND, TX 79706


MITEL CLOUD SERVICES
1146 N ALMA SCHOOL ROAD
MESA, AZ 85201


MOBILE MINI, INC
4646 E. VAN BUREN, SUITE 400
PHOENIX, AZ 85008


MONIQUE N MURPHY
21 ALAMO DR
TUSCOLA, TX 79562


MONTY HAMBRICK
PO BOX 464
CLYDE, TX 79510

MOTION INDUSTRIES, INC
P.O. BOX 849737
DALLAS, TX 75284-9737

Mott Corporation
84 Spring Lane
Farmington, CT 06032

MUTUAL OF OMAHA INSURANCE COMPANY
3300 MUTUAL OF OMAHA PLAZA
OMAHA, NE 68175

NATIONAL CONSTRUCTION RENTALS
15319 CHATSWORTH ST
MISSION HILLS, CA 91345

NEW MEXICO TAXATION & REVENUE
P. O. BOX 630
SANTA FE, NM 87504

NEXTRACKER, INC
6200 PASEO PADRE PKWY
FREMONT, CA 94555

NICHOLAS A ZUCKERMAN
26311 LANDOVER HILLS LN
KATY, TX 77494

NICHOLAS W HOLCOMB
3225 SANDALWOOD LN
TYLER, TX 75701

Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102-2101

Occidental Permian, Ltd.
P.O. Box 2004
Houston, TX 77252


OCCMEDTX ADC
3449 N 10TH
ABILENE, TX 79603


OCTAVIO ESTEVEZ BALTAZAR
80620 3309 KING FISHER CO DR
EVANS, CO 80620


OLDCASTLE INFRASTRUCTURE, A CRH CO.
1100 HERITAGE PARKWAY
MANSFIELD, TX 76063


Origin Bank
9805 Katy Freeway, Suite 200
Houston, TX 77024


OVIDIU SEBASTIAN TOTHEZAN
2712 BRITTANY LANE
GRAPEVINE, TX 76051


P 2 PROGRAMS
P. O. BOX 1000
DRIPPING SPRINGS, TX 78620


PAMELA R LANGLEY
7447 FM 1226 S
HAWLEY, TX 79525


PAUL GRANGER
26525 US HWY 431
FIVE POINTS, AL 36855

PC CONNECTION, MACCONNECTION
730 MILLFORD RD
MERRIMACK, NH 03054


PEDRO LUNA
3934 NW LOOP 410
SAN ANTONIO, TX 78229


Penn Huston
MouerHuston
349 Heights Boulevard
Houston, TX 77007


PETTIGREW & ASSOCIATES, P.A.
100 E. NAVAJO DR. STE 100
HOBBS, NM 88240


PIPELINE PRODUCTS SPECIALTY COMPANY
3890-C NORTH FREEWAY
HOUSTON, TX 77022


PIPELINE SUPPLY & SERVICE, INC
PO BOX 301130
HOUSTON, TX 77230-1130


PIPELINE SUPPLY & SVC CO., LLC
1010 LAMAR, STE 710
HOUSTON, TX 77002


Pitney Bowes Global Financial
P. O. BOX 371887
PITTSBURGH, PA 15250-7887


POWER ENGINEERING SERVICES, INC.
9179 SHADOW CREEK LANE
CONVERSE, TX 78109

PURCHASE POWER
1245 E. BRICKYARD RD. STE 250
SALT LAKE CITY, UT 84106-4278


QUILL CORPORATION
100 SCHELTER RD.
LINCOLNSHIRE, IL 60069


R. Stephen Ressling
Chernosky, Smith, Ressling & Smith PLLC
3664 Walnut Bend Ln., Bldg. B
Houston, TX 77042-4851


RAJEEV KARKI
6360 MANCHESTER CT
TYLER, TX 75703


RANDALL BARBEE
P.O. BOX 772
HAWLEY, TX 79525


RANDY R BEYER
1756 EN 10TH ST
ABILENE, TX 79601


RAUL MARTINEZ
3010 PROSPECT AVE
FORT WORTH, TX 76106


REBECCA L. FORD
PO BOX 847
BAIRD, TX 79504


REBECCA N DANTZLER
1910 S 19TH ST
ABILENE, TX 79602

REED SMITH LLP
225 FIFTH AVENUE
PITTSBURGH, PA 15222

REGISTERED AGENT SOLUTIONS INC.
1701 DIRECTORS BLVD
SUITE 300
AUSTIN, TX 78744

REINFORCING STEEL SUPPLY INC.
13730 AVE K
AUSTIN, TX 78728

RELEVANT INDUSTRIAL, LLC
9750 WEST SAM HOUSTON PARKWAY NORTH
SUITE 190
HOUSTON, TX 77064

RELIANCE COMMUNICATIONS
INTERNATIONAL INC.
380 MADISON AVE. 21ST FL.
NEW YORK, NY 10017

RETIREMENT, LLC - SERIES TWO
13838 QUAIL POINTE DRIVE
SUITE B
OKLAHOMA CITY, OK 73134

REXEL USA
DEPT. 0902
P.O. BOX 120902
DALLAS, TX 75312-0902

RHONDA WILLIAMS
PO BOX 450642
HOUSTON, TX 77245

RICARDO MARTINEZ
5326 ENCINO RD
ABILENE, TX 79605

RICARDO VILLANUEVA
412 JOSEPH ST
EL PASO, TX 79927


RICHARD GLENN GARRISON
354 COUNTY RD. 123
ABILENE, TX 79601


RICHARD J HAVINS
6225 HONOR ROLL COURT
ABILENE, TX 79606


RILCO MANUFACTURING COMPANY IN
11435 BRITTMOORE PARK DR.
HOUSTON, TX 77041


ROBELO MIRANDA OVIEDO
529 E ESPERANZA AVE
MISSION, TX 78574


ROBERT ESPINOSA JR
2858 HIGHLAND
ABILENE, TX 79605


ROBERT J CROSSMAN
1001 GRAHAM
TUSCOLA, TX 79562


ROBERT ROY
6905 SUNBRIAR DR.
CUMMING, GA 30040


ROBERTO GARZA
PO BOX 274
GARCIASVILLE, TX 78547

ROBERTO RODARTE JUAREZ
527 N 91ST EAST PL
TULSA, OK 74115


ROGER V BOONE
952 FM 49
MINEOLA, TX 75773


ROLLED ALLOYS, L.P.
9818 E. HARDY RD
HOUSTON, TX 77093


RONALD EDWARDS
13680 COUNTY ROAD 4200
TYLER, TX 75771


Rose LLP
Suite 2100, 440 - 2nd Avenue SW
Calgary, Alberta T2P 5E9


ROY F WORKMAN
2817 SHEPHERD ST
ABILENE, TX 79605


ROYCE BROOKS GARAGE
809 OAK
ABILENE, TX 79602


RUBEN RODRIQUEZ
PO BOX 273
TUSCOLA, TX 79562


RUSSELL BURCHETT
233 FILLY RD
ABILENE, TX 79606

RYAN L ROLLINS
4933 CRYSTAL CREEK
ABILENE, TX 79606


RYAN M BLOSER
11086 WESTHAVEN CIRCLE
FLINT, TX 75762


SAFEGUARD BACKGROUND SCREENING
1284 SOM CENTER RD #119
MAYFIELD HEIGHTS, OH 44124


SAFERACK, LLC
730 ELECTRIC DR.
SUMTER, SC 29153


SANTA FE VACUUM EXCAVATION
14 BROWNCASTLE RANCH
SANTA FE, NM 87508


SANTA FE WASTE MANAGEMENT LLC
PO BOX 29540
SANTA FE, NM 87592-9540


SCOTT W BALDWIN
5519 DIXONS MILL RD
MARSHALL, VA 20115


SERGIO J DURAN
1303 GREENFIELD AVE
MISSION, TX 78572


SERGIO SORIANO
5410 CAPITOL AVE.
ABILENE, TX 79603

SERJIO A MARTINEZ
2709 MIMOSA
ABILENE, TX 79603


SERVICE RADIO RENTALS LLC
P. O. BOX 4577
CAROL STREAM, IL 60197-4577


SETPOINT INTEGRATED SOLUTIONS
P. O. BOX 86630
BATON ROUGE, LA 70809


SHARON D GONZALES
1519 YEOMANS RD
ABILENE, TX 79602


SHELTON D. MARSHALL JR.
841 BRIARWOOD ST
ABILENE, TX 79603


SHIDLOFSKY LAW FIRM PLLC
7200 N. MOPAC EXPRESSWAY
SUITE 430
AUSTIN, TX 78731


SHINPAUGH ENGINEERING INC
4 EUREKA CIRCLE
WITCHITA FALLS, TX 76308


Siemens Energy, Inc.
Attn: David Munroe
Quadrangle, 4400 Alfaya Trail MC Q2-290
Orlando, FL 32826


SIERRA CANYON CONSTRUCTION , LLC
1040 DON DIEGO AVE STE 9
SANTE FE, NM 87505

SK GLOBAL SOFTWARE
940 GEMINI STREET
HOUSTON, TX 77058


SNC LAVALIN ENGINEERING INDIA PVT LTD
TRADE STAR "A" WING 2ND FLOOR JB NAGAR
ANDHERI-KURTA ROAD, ANDHERI
MUMBIA, MH 00040-0059


Solairedirect USA Inc.
c/o Engie Development, LLC
1990 Poast Oak Blvd., Suite 1900
Houston, TX 77056


SOUTH TEXAS DUMPSTERS
9346 TX-106 LOOP
SAN ANTONIO, TX 78263


SOUTHWEST STAINLESS & ALLOY
6750 WEST LOOP SOUTH
SUITE 520
BELLAIRE, TX 77401


SPIRE CONSULTING GROUP, LLC
114 WEST 7TH ST., STE 1300
NORWOOD TOWER
AUSTIN, TX 78701


STANLEY ADAMS
285 EAST BARCELONA DR.
ST. GEORGE, UT 84790


STEPHANIE SILVAS
4620 LAKESHORE DR
PORT ARTHUR, TX 77642


STEPHANIE VICARS
10317 County Road 244
CLYDE, TX 79510

STEPHENS RUBBER STAMPS & SIGNS
1201 BUTTERNUT
ABILENE, TX 79602


STEVEN A JOHNSON
7129 IVANPAH AVE
TWENTYNINE PALMS, CA 92277


STEVEN F RICH
86 HILL TOP RD
HUNTSVILLE, TX 77320


STEVEN L JOSEPHSON
2942 STONECREST DR
ABILENE, TX 79606


STEWART & STEVENSON POWER PRODUCTS, LLC
55 WAUGH DRIVE
SUITE 1000
HOUSTON, TX 77007


SUDDENLINK COMMUNICATIONS
520 MARYVILLE CTR DR., 1ST FLR
ST. LOUIS, MO 63141


SUNBELT RENTALS, INC
2341 DEERFIELD DR.
FORT MILL, SC 29715


SUNSTATE EQUIPMENT CO., LLC
5552 E. WASHINGTON ST.
PHOENIX, AZ 85034


SUSANNA M RODARTE VILLASANA
527 N 91ST E PL LOT 22
TULSA, OK 74115

TACTICAL AUTOMATION INC
24165 IH-10 WEST
SUITE 217 #632
SAN ANTONIO, TX 78257


TAD TIMMONS
PO Box 625
TOLAR, TX 76476


TANNER L WELLS
110 JOYNER ST
JUDSONA, AR 72081


TAYLOR D NELSON
547 YELLOW JACKET RD
DAYTON, NV 89403


TEXAS ReEXCAVATION LC
5114 RAILROAD STREET
DEER PARK, TX 77536


THE HARKER GROUP LLC
8 S. ATLANTA ST.
OWASSO, OK 74055


THE LANTERN PROJECT
P. O. BOX 72
ABILENE, TX 79604-0072


The Lauren Corporation
901 S. First Street
Abilene, TX 79602


The Lauren Corporation
901 S. 1st Street
Abilene, TX 79602

The National Board of Boiler &
VESSEL INSPECTORS
1055 CRUPPER AVE.
COLUMBUS, OH 43229-1183


THE PAINT & SAFETY STORE, INC.
201 S. BENTON ST.
BIG SPRING, TX 79720


THOMSON REUTERS WEST
P.O. BOX 64833
ST. PAUL, MN 55164-0833


THYSSENKRUPP ELEVATOR CORP
P.O. BOX 933004
ATLANTA, GA 31193-3004


TIM CRITTENDEN
670 EAST STATE RD 35
FRANCIS, UT 84036


TIMOTHY HEFFRON
12933 US HWY 277 S
TUSCOLA, TX 79562


TIOGA PIPE SUPPLY CO., INC
2450 WHEATSHEAF LN
PHILADELPHIA, PA 19137


TLC Air, LLC
901 S. First Street
Abilene, TX 79602


TONY CONDER
4150 SOUTWEST DR
STE 210
ABILENE, TX 79606

```
TONY M CASTELLANO
407 N 7TH ST
LAMESA, TX 79331


TRAVIS C SMITH
1225 W PROSPECT RD V81
FORT COLLINS, CO 80526


TRENTON RAVEN
3214 HUTCHINS ST
HOUSTON, TX 77004


TREVOR W WHITLOW
4272 TIGER LN
LAKE ARTHUR, LA 70549


TRIBRIDGE HOLDINGS LLC.
4830 W. KENNEDY BLVD, STE 890
TAMPA, FL 33609


TRILEGAL
ONE INDIABULLS CENTRE 14TH FL
TOWER 1, ELPHINSTONE RD
MUMBAI, INDIA 00040-0013


TRINA PARKS
401 CR 654
TUSCOLA, TX 79562


TRISHA MARIE KANE
2526 S 41ST ST
ABILENE, TX 79605


TRISTAN C ARCHER
706 N AVE G
LAMESA, TX 79331
```

TROY ARCE
130 SW AVE J
HAMLIN, TX 79520

TROY VINES INC
2817 RANKIN HIGHWAY
MIDLAND, TX 79706

TRUELINE CONSTRUCTION LAYOUT, LLC
9918 MCCULLOUGH AVE
SAN ANTONIO, TX 78216

Tucker Albin & Associates
c/o Russell Baker
1212 Turtle Creek Blvd.
Dallas, TX 75207

TULSA HEATERS INC.
1350 S. BOULDER  STE 800
TULSA, OK 74119

TURNAROUND TRANSPORTATION, INC
1052 JAN LEE DR.
BURKBURNETT, TX 76354

TUSHAR SHAHANE
7402 MANDEVILLA DR
ABILENE, TX 79606

TX COMPTROLLER OF PUBLIC ACCTS
P.O. BOX 149348
AUSTIN, TX 78714-9348

TXU ENERGY
6555 SIERRA
DALLAS, TX 75265-0638

```
TYLER J SCHOLZ
1677 N MAIN ST #49
CEDAR CITY, UT 84721


TYLER J TRACY
419 ELLIOT ST
WYLIE, TX 75098


TYSON C COCHRAN
103 SHERRY DR
MARSHALL, TX 75672


ULINE
2200 S. LAKESIDE DRIVE
WAUKEGAN, IL 60085


UNITED RENTALS (North America)
FIVE GREENWICH OFFICE PARK
GREENWICH, CT 06831-5180


UNITED WAY OF ABILENE
P.O. BOX 82
ABILENE, TX 79604


VALVE SOURCE, INC
4115 GREENBRIAR DR., STE B
STAFFORD, TX 77477


VERN HICKS
PO BOX 7495
SHONTO, AZ 86054


VERNELLE D BEDONIE
PO BOX 163
TONALEA, AZ 86044
```

VERNON T WERTZ
457 COUNTY ROAD 4796
BOYD, TX 76023


VERSATILE INDUSTRIES V, LLC
P.O. BOX 62608
MIDLAND, TX 79711


VICTOR M VALDEZ JR
13425 RANCH RD 620 N, APT 218
AUSTIN, TX 78717


VULCAN CONSTRUCTION MATERIALS
P O BOX 849131
SUITE 400
DALLAS, TX 75284-9131


Warren Cat
PO Box 842116
Dallas, TX 75284-2116


WDS PARTNERS LP
6000 WESTERN PL., SUITE 110
FT. WORTH, TX 76107


WEST TEXAS DUMPSTERS
6100 LAKE FORREST DR
SUITE 505
ATLANTA, GA 30328


WESTERN STATES FIRE PROTECTION
5200 PASADENA AVE NE
SUITE A
ALBUQUERQUE, NM 87113


Whitener Family Limited Partnership I
901 South 1st Street
Abilene, TX 79601

WILLIAM EDWARDS
2310 SAVANAH OAKS
ABILENE, TX 79602


WILLIAM HOLMES
302 STALLION RD
ABILENE, TX 79606


WILLIAM ROSS MCDANIEL
2228 BAYOU COVE LN
LEAGUE CITY, TX 77573


WILLIAMS SCOTSMAN
3232 S. 48th ST
PHOENIX, AZ 85040


WILLIE E GREEN
331 GULF AVE
WILMINGTON, CA 90744


WILLIE WILLIAMS
2201 W OREM #1023
HOUSTON, TX 77047


WISCONSIN DEPT. FIN. INSTITUTI
DIV. OF CORP. & CONSUMER
P O BOX 7846
MADISON, WI 53707-7846


WOLSELEY IND GROUP
4407 W. Industrial Ave.
Midland, TX 79703


WOOD EIS INC
1105 LAKEWOOD PKWY
SUITE 300
ALPHARETTA, GA 30009

WTG Fuels , INC.
P.O. Box 1215
4000 Pine St.
Abilene, TX 79604

XEROX FINANCIAL SERVICES LLC
SUITE 245
8606 ALLISONVILLE ROAD
INDIANAPOLIS, IN 46250

ZACHARY A BIBEE
9455 SKY VISTA PKWY APT 21F
RENO, NV 89506

ZENNY J BALLEZA
4001 KAREN DR
ABILENE, TX 79606