**Fill in this information to identify the case:**

Debtor name   **Lauren Engineers & Constructors, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **21-10051-rlj**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................ $ **1,067,209.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................ $ **12,471,153.43**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................... $ **13,538,362.43**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ **18,553,586.33**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................... $ **2,939,280.59**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$ **17,218,740.08**

4. **Total liabilities** ......................................................................................................
   Lines 2 + 3a + 3b     $ **38,711,607.00**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Lauren Engineers & Constructors, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **21-10051-rlj**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **Origin Bank** | **Checking - Payroll Account** | | $0.00 |
| 3.2. **Origin Bank** | **Operating Account** | | $0.00 |
| 3.3. **First Financial Bank** | **Checking** | 5801 | $34,109.00 |
| 3.4. **Origin Bank - Tax Account** | **Checking** | | $0.00 |
| 3.5. **Origin Bank** | **Benefits Account** | | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $34,109.00 |
|---|

**Part 2:**    **Deposits and Prepayments**

| Debtor | **Lauren Engineers & Constructors, Inc.** | | Case number *(If known)* | **21-10051-rlj** |
|---|---|---|---|---|
| | Name | | | |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

    7.1. **See schedule A.B Deposits/Prepayments identifying deposits and pre-payments.**      **$184,284.43**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.      **$184,284.43**

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **7,455,712.00** | - | **287,568.00** | = .... | **$7,168,144.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **4,057,470.00** | - | **2,028,735.00** | = .... | **$2,028,735.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.      **$9,196,879.00**

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | | % of ownership | | |
|---|---|---|---|---|
| 15.1. **Lauren E&C, Inc.** | | **100** % | | **Unknown** |
| 15.2. **Lauren Canada, Inc.** | | **100** % | | **Unknown** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number *(If known)* **21-10051-rlj** |
|---|---|---|
| | Name | |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**                                                                                      **$0.00**
Add lines 14 through 16. Copy the total to line 83.

**Part 5:** **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress Materials for the Occidental Permian, Ltd. project.** | | | | **$67,042.00** |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5.**                                                                                    **$67,042.00**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. **Office furniture** | | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Lauren Engineers & Constructors, Inc.**
Name

Case number *(If known)* **21-10051-rlj**

**Office Furniture located in Abilene and Tylerk
consisting of tables, chairs, desks, filing
cabinets, workstations, mirrors, bookcases.
See Schedule A.B (inventory) for detail.**                                   **$57,375.00**

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and
communication systems equipment and software
Desktop and laptop computers, servers,
printers, copiers, a/v equipment, hardware,
paper shredder, postage machine, software,
software licenses, power supply, telephones,
radios, typewriter, cisco system, cabling. See
Schedule A.B (inventory) for detail.**                                       **$123,282.00**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
     books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
     collections; other collections, memorabilia, or collectibles
     42.1.  **Sculpture (listed on Schedule A.B
            inventory)**                                                       **Unknown**

43.  **Total of Part 7.**                                                      **$180,657.00**
     Add lines 39 through 42. Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No.  Go to Part 9.
     ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of**<br>**debtor's interest**<br>(Where available) | **Valuation method used**<br>**for current value** | **Current value of**<br>**debtor's interest** |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

     47.1.  **Vans, trucks, trailers. See Schedule A.B
            for detail.**                                                      **$148,818.00**

48.  **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                     Best Case Bankruptcy

| | | |
|---|---|---|
| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number *(If known)* **21-10051-rlj** |
| | Name | |

**Tools, welding equipment, piping equipment, fork-lift, heavy equipment, air compressors, sand blasters, icemakers, refrigerator. See Schedule A.B (inventory) for detail.** $659,364.00

---

**51.** **Total of Part 8.** $808,182.00

Add lines 47 through 50. Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **160.00 acres located in State of Montana, County of Teton. Warranty Deed reflects 50% of remaining oil, gas, and other minteral interests were reservedto Assignor, Miller Colony, Inc. See attached schedule A.B-55 for legal description.** | **Fee simple (see above re: mineral interests)** | | | **$1,067,209.00** |
| 55.2. **Leasehold improvements (fencing, electrical, flagpole) See Schedule A.B (inventory) for details.** | | | | **Unknown** |

**56.** **Total of Part 9.** $1,067,209.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number *(if known)* **21-10051-rlj** |
|---|---|---|
| | Name | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** "Lauren" branding | | | **Unknown** |
| 61. **Internet domain names and websites** http://laurenec.com | | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** Customer lists and compilation of work performed. | | | **Unknown** |
| 64. **Other intangibles, or intellectual property** Drawings, designs, specifications, native files, intellectual property relating to FP Hydrotreating LLC Joint Venture with Rigby LLC | | | **$2,000,000.00** |
| **Corporate Opportunity for EPC Contract with Rigby LLC and FP Hydrotreating LLC joint venture** | | | **Unknown** |
| **Intellectual property, designs, drawings, native files, and other work product relating to Tata project.** | | | **Unknown** |
| **Designs, drawings, specifications, as built drawings for ongoing projects.** | | | **Unknown** |
| **Claims and causes of action against Siemens Energy, Inc. for acts and omissions including, without limitation, breach of contract, delay damages, and breach of duties of good faith and fair dealing.** | | | **Unknown** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number *(If known)* **21-10051-rlj** |
|---|---|---|
| | Name | |

65.     **Goodwill**

66.     **Total of Part 10.**
        Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$2,000,000.00** |

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
        ■ No
        ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.     **Notes receivable**
        Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

        **D&O insurance policy (Federal Insurance Co. - Chubb)** — **Unknown**

        **See attached schedule of insurance policies.** — **Unknown**

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**
        **Claims and causes of action against Origin Bank for acts and omissions in connection with processing of Debtor's Payroll Protection Program (Round 2) application.** — **Unknown**

        **Nature of claim**   **Business Tort Claims**
        **Amount requested**

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Debtor    **Lauren Engineers & Constructors, Inc.**        Case number *(If known)*   **21-10051-rlj**
<br>Name

**Claims and causes of action against Origin Bank for acts and omissions including, without limitation, improper loan administration, breach of contract, tortious interference with existing contracts, tortious interference with prospective business contracts, rights of offset and/or setoff, bad faith conduct, fraudulent misrepresentation, negligent misrepresentation, and breach of duties of good faith and fair dealing.**

**Unknown**

**Nature of claim**     **Business Tort Claims**

**Amount requested**

---

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

      Add lines 71 through 77. Copy the total to line 90.

      **$0.00**

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number *(If known)* **21-10051-rlj** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $34,109.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $184,284.43 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $9,196,879.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $67,042.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $180,657.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $808,182.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................> | | $1,067,209.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,000,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $12,471,153.43 | + 91b. $1,067,209.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $13,538,362.43 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Exhibit "A"**
Legal Description of Property Transferred

### TOWNSHIP 26 NORTH, RANGE 5 WEST, M.P.M. - Teton County, Montana

Section 31:   All that portion of Lots 1 and 2, W½NE¼ and E½NW¼ described as follows:

Commencing at the Northwest Corner of said Section 31; thence S 89° 36' 26" E, along the Northerly boundary of said Section, a distance of 592.44 feet to a point on the Easterly boundary of the former Great Falls and Teton County Railway Company right of way, the Point of Beginning; thence continuing S 89° 36' 26" E, along said Northerly boundary, a distance of 2006.85 feet to the North Quarter Corner of said Section; thence S 89° 36' 26" E, along the Northerly boundary of said Section, a distance of 1328.20 feet to the Northeast corner of the W½NE¼ of said Section; thence S 00° 25' 17" E, along the Easterly boundary of said W½NE¼, a distance of 2471.34 feet; thence N 89° 35' 32" W a distance of 2306.68 feet to a point on the aforementioned Easterly boundary of the former Great Falls and Teton County Railway Company right of way, thence N 22° 53' 53" W, along said boundary, a distance of 2689.67 feet to the Point of Beginning.

As shown and described on the plat on file in the office of the County Clerk and Recorder of said County as Document _431114_  _Plat #. 997_

- 4 -

CHURCH, HARRIS, JOHNSON & WILLIAMS, P.C.
Great Falls, Montana

328193.8

Schedule A.B-7 Deposits and Prepayments

| Vendor | Description | Term Start | Term End | Term Length | AP Ref # | G/L Expense | Project ID | Task | Initial Cost | Monthly Expense | 31-Mar Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ASME | Boiler Certifications | 02/26/19 | 02/25/22 | 36 | | 814020 | 930000-00 00-50-93-19 | | 7,050.00 | 195.83 | 1,958.34 |
| PC Conn | 3-year support 8040S Appliance Unitrends | 03/10/19 | 02/09/22 | 36 | PO 062597 | 827030 | 950000-00 00-50-97-02 | | 38,938.77 | 1,081.63 | 11,897.96 |
| Datroo Technologies | iPrism WSA 7550 Appliance upgade & renewal 3 yrs | 09/30/19 | 09/29/22 | 36 | PO 065042 | 827030 | 950000-00 00-50-97-03 | | 19,121.28 | 531.15 | 9,029.48 |
| PC Conn | 2-yr Forever Cloud 500GB Unitrends | 05/01/20 | 04/30/22 | 24 | AP 347832 | 827030 | 950000-00 00-59-97-0 | | 13,401.35 | 558.39 | 7,259.06 |
| PC Conn | Bitdefender Elite Security 1 yr | 05/01/20 | 04/30/21 | 12 | AP 347847 | 827030 | 950000-00 00-59-97-0 | | 9,694.87 | 807.91 | 807.90 |
| TRIBRIDGE | Annual Maintenance/Support Paramount | 08/01/20 | 08/31/21 | 12 | PO 062941 | 827030 | 950000-00 00-59-97-0 | | 2,602.64 | 216.89 | 867.55 |
| EXAKTIME | ExakTime Connect/Hornet Data Plan Annual | 07/01/20 | 07/31/21 | 12 | PO 068387 | 815070 | 930000-00 00-50-91-0 | | 17,365.14 | 1,447.10 | 4,341.28 |
| Datroo | Exinda Prem Support Renewal | 07/05/20 | 07/04/21 | 12 | PO 068338 | 827030 | 950000-00 00-50-91-0 | | 4,804.14 | 400.35 | 1,201.03 |
| PC Connect | CradlePoint Router/Netcloud | 08/18/20 | 08/17/21 | 12 | PO 068527 | 827000 | 950000-00 00-50-97-0 | | 3,865.46 | 322.12 | 1,288.49 |
| PC Conn | 1 YR Pulse Gold Direct/onsite support | 09/01/20 | 08/31/21 | 12 | PO 069014 | 827030 | 950000-00 00-59-97-0 | | 3,782.26 | 315.19 | 1,575.94 |
| AVEVA | PRO/II Process Engineering | 09/01/20 | 08/31/21 | 12 | PO 064543 | 812030 | 910000-43 00-50-91-2 | | 65,722.90 | 5,476.91 | 27,384.54 |
| PC Conn | APC 1 YR Advantage Plan | 09/01/20 | 08/31/21 | 12 | PO 068529 | 827010 | 950000-00 00-50-97-0 | | 3,100.01 | 258.33 | 1,291.68 |
| DDS Inc | 321Forms Annual Subscription | 09/01/20 | 08/31/21 | 12 | AP 356976 | 822070 | 960000-00 00-50-96-0 | | 5,500.00 | 458.33 | 2,291.67 |
| Bentley | Bentley CONNECTIONS Passport-Annual | 09/15/20 | 09/14/21 | 12 | | 812030 | 910000-43 00-50-91-2 | | 4,494.54 | 374.55 | 1,872.72 |
| CDW Direct | HPE Renewal AVH 121549745-IF/LAUREN | 10/23/20 | 10/22/21 | 12 | PO 069081 | 827030 | 950000-00 00-50-91-0 | | 7,105.53 | 592.13 | 4,144.89 |
| Datroo | Nimble Hardware Support Renewa | 10/01/20 | 09/30/21 | 12 | PO 069165 | 827030 | 950000-00 00-50-91-0 | | 4,758.67 | 396.56 | 2,379.33 |
| Lifesize | Lifesize Icon 600 - DDS | 10/07/20 | 10/06/21 | 12 | PO 069133 | 827030 | 950000-00 00-59-97-0 | | 3,618.94 | 301.58 | 1,809.47 |
| PCCONN | PC Connection Production support/Vmware | 11/01/20 | 10/31/21 | 12 | PO 069208 | 827030 | 950000-00 00-50-97-0 | | 3,420.64 | 285.05 | 1,995.38 |
| ISN SOFT | Annual Isnet Subscription, Business Development | 11/21/20 | 11/20/21 | 12 | AP 358752 | 822070 | 950100-00 00-50-91-4 | | 7,675.20 | 639.60 | 4,477.20 |
| PC CONN | PC Conn 1 YR 8HR Upgrade | 12/17/20 | 12/16/21 | 12 | PO 068529 | 827010 | 950000-00 00-50-97-0 | | 569.67 | 47.47 | 379.78 |
| P2Programs | STS Yearly Maint | 01/01/21 | 12/31/21 | 12 | PO 066478 | 827030 | 950000-00 00-59-97-0 | | 3,978.20 | 331.52 | 2,983.64 |
| Dimension | Foundation 3D Premium, Met3D Premium, DSAnchor | 01/01/21 | 12/31/21 | 12 | PO 069459 | 812030 | 910000-43 00-50-91-2 | | 7,090.00 | 590.83 | 5,317.50 |
| Quest Soft | Renewal Maintenance | 01/01/21 | 12/31/21 | 12 | PO 069435 | 827030 | 950000-00 00-59-97-0 | | 3,627.87 | 302.32 | 2,720.91 |
| CDW | Autodesk NavisWorks Simulate | 01/24/21 | 01/23/22 | 12 | PO 069503 | 812030 | 910000-43 00-50-91-2 | | 14,995.37 | 1,249.61 | 13,745.76 |
| CDW | Autodesk NavisWorks Simulate | 01/24/21 | 01/23/22 | 12 | PO 069503 | 812030 | 910000-43 00-50-91-2 | | 789.23 | 65.77 | 723.46 |
| Tribridge | Dynamics Annual Software Maint | 02/07/21 | 02/06/22 | 12 | PO 069502 | 827030 | 950000-00 00-50-97-0 | | 63,441.58 | 5,286.80 | 58,154.78 |
| CBRE, Inc. | Commission Due - Lease Execution | 11/01/18 | 01/31/22 | 39 | AP310737 | 824030 | 950000-00 00-50-93-00 | | 48,300.33 | 1,238.47 | 12,384.70 |

184,284.43

**Class:** COLLECTIB  Collectibles

**Category:** COLLECTIB  Collectibles

```
0000001509  0000000001  SCULPTURE
```

**Class:** COMPUTERS  Computers

**Category:** COMMUNICAT  Communications Equipment

```
0000000676  0000000001  NEW PHONE SYSTEM
0000000678  0000000001  PHONE SYSTEM EQUIPMENT
0000000714  0000000001  VIDOE CONF. EQUIP
0000000770  0000000001  VIDOE CONF. EQUIP
0000000791  0000000001  VIDOE CONF. EQUIP (DATROO PROF. CONSULTIN
0000001465  0000000001  TELTEK SERVICES
0000001534  0000000001  HITACHI CP-X450 XGA LCD 3500 L
0000001569  0000000001  FRONT PROJECTION 1080P EPSON
0000001722  0000000001  PO#034540 COMM EQUIP.
0000001921  0000000001  CISCO 1941 WAN ROUTER
0000001986  0000000001  CISCO 2911 INTERGRATED SERVICE
0000002018  0000000001  LIFESIZE ICON 600 10X OPTICAL
0000002033  0000000001  CISCO 2911 INTERGRATED SERVICE
0000002035  0000000001  LIFESIZE ICON 600 10X OPTICAL
0000002058  0000000001  DATROO LIFESIZE ICON 600 PO 050590
```

**Category:** DESKTOP  Desktop

```
0000001572  0000000001  TAX
0000001573  0000000001  HP SB 6550B I5-460M 320GB W7P
0000001574  0000000001  FREIGHT
0000001655  0000000001  2186573 HP WORKSTATION
0000001663  0000000001  2541407 HP SB 6200
0000001676  0000000001  HP SB 6200
0000001681  0000000001  2541407 DESKTOP
0000001690  0000000001  2186573 HP SB Z400 W3550 500GB
0000001691  0000000001  2186573 HP COMPUTER
0000001697  0000000001  2541407 DESKTOP
0000001714  0000000001  DESTOP PO#034086
0000001720  0000000001  PO#034453 DESKTOP
0000001728  0000000001  DESKTOP PO#034701
0000001729  0000000001  DESKTOP PO#034698
0000001733  0000000001  6 DESKTOP/ LAPTOP
0000001746  0000000001  DESKTOP PO#035308
0000001768  0000000001  DESKTOP PO#035753
0000001785  0000000001  DESKTOP PO#036184
0000001788  0000000001  DESKTOP PO#036181
0000001797  0000000001  DESKTOP PO#036278
0000001806  0000000001  DESKTOP PO#036460
0000001812  0000000001  DESKTOPS PO 036666
0000001813  0000000001  DESKTOP PO#036669
0000001832  0000000001  DESKTOP PO #037091
0000001837  0000000001  LAPTOP PO #037238
0000001895  0000000001  DESKTOP PO #038457
0000001901  0000000001  DESKTOP PO #038515
0000001907  0000000001  DESKTOP PO # 038835
0000001923  0000000001  DESKTOP PO #039408
0000001925  0000000001  DESKTOP PO #039411
0000001929  0000000001  DESKTOP/LAPTOP PO #039191
0000001933  0000000001  DESKTOP PO #039690
0000001937  0000000001  DESKTOP PO #039964
0000001940  0000000001  DESKTOP PO #040107
0000001943  0000000001  DESKTOP PO #040396
0000001947  0000000001  DESKTOP PO #040416
```

| | | |
|---|---|---|
| 0000001951 | 0000000001 | DESKTOP PO #040525 |
| 0000001952 | 0000000001 | DESKTOP PO #040549 |
| 0000001961 | 0000000001 | DESKTOP PO #040663 |
| 0000002063 | 0000000001 | WWS850 FREEDOM WRLS BLUETOOTH |
| 0000002068 | 0000000001 | PO 051772 DESKTOPS FOR BARCODING SYSTEM TRLRS |

### Category:  HARDWARE   Hardware

| | | |
|---|---|---|
| 0000000154 | 0000000001 | AMEX |
| 0000000180 | 0000000001 | RCL  INCONGRUENT SUB ACCTS |
| 0000000184 | 0000000001 | WIRE TRANSFER - RADIOS |
| 0000000514 | 0000000001 | ROTATIONALLY MOLDED BLACK BOX RACK |
| 0000000517 | 0000000001 | PULSE |
| 0000000552 | 0000000001 | 5 SEC DISPLSY BAG |
| 0000000555 | 0000000001 | ACER AL1916 AB (5) |
| 0000000559 | 0000000001 | HP SB DC 5750 |
| 0000000579 | 0000000001 | H& S SURVEY - TRIPOD |
| 0000000627 | 0000000001 | HARD DRIVE, ETC |
| 0000000655 | 0000000001 | PROCURVE SWITCH |
| 0000000659 | 0000000001 | PROCURVE SWITCH |
| 0000000660 | 0000000001 | PROCURVE SWITCH |
| 0000000674 | 0000000001 | BACKUP FOR SERVER |
| 0000000707 | 0000000001 | HP PROCURVE SWITCH |
| 0000000713 | 0000000001 | HARDWARE FROM ONE VISION FOR THE MULTIMEDIA CONF. |
| 0000000771 | 0000000001 | PROCURVE SWITCH |
| 0000000777 | 0000000001 | TRIPP INTERNET & ACER AL |
| 0000000784 | 0000000001 | HARDWARE FROM MS &CDW |
| 0000000792 | 0000000001 | CISCO HARDWARE |
| 0000000801 | 0000000001 | TRIPP INTERNET & ACER AL HARDWARE |
| 0000000802 | 0000000001 | CAD MACHINE |
| 0000000833 | 0000000001 | AUTO CAD RASTER |
| 0000000844 | 0000000001 | RARITAN HARDWARE |
| 0000000956 | 0000000001 | CDW - ESTERNAL HARD DRIVE ARRAY |
| 0000000962 | 0000000001 | CDW - FIREWALL HARDWARE |
| 0000000974 | 0000000001 | CDW - PROCURVE SWITCH |
| 0000000989 | 0000000001 | DATROO-PACKET SHAPER |
| 0000001002 | 0000000001 | APC SMARTUPS 1500VA |
| 0000001003 | 0000000001 | IP SWITCH, KVM PORT |
| 0000001009 | 0000000001 | REPLACEMENT SECURITY CAMERAS |
| 0000001023 | 0000000001 | BACKUP BATTERY SERVERS |
| 0000001406 | 0000000001 | APC SYMMETRA UPS |
| 0000001409 | 0000000001 | ELECTRICAL UPGRADES - APC SYMMETRA UPS |
| 0000001410 | 0000000001 | WYSE V90LE/ACER X263WBI |
| 0000001461 | 0000000001 | WCO-4205 WEB CONFERENCE OPTION |
| 0000001473 | 0000000001 | APC SMARTUPS 22OOVA RM 2U 120V |
| 0000001490 | 0000000001 | HP UNIVERSAL HARD DRIVE 300 GB |
| 0000001495 | 0000000001 | QUANTUM SL3 LTO4 W/8 FREE MED |
| 0000001501 | 0000000001 | HP PROCURVE GBIC SX-LC MINI |
| 0000001516 | 0000000001 | PROXIM TSUNAMI QUICKBRIDGE 505 |
| 0000001530 | 0000000001 | HP 300GB 3G PLUG SAS 10K DP SF |
| 0000001546 | 0000000001 | HP ULTRIUM 1760  TAPE DRIVE |
| 0000001555 | 0000000001 | HP 300 GB 3G PLUG SAS 10K DP S |
| 0000001561 | 0000000001 | KINGSTON 4 GB DDR2 67 LOW PWR KIT |
| 0000001562 | 0000000001 | KINGSTON 4 GB KIT/2 REG D2-400 ECC 24 |
| 0000001568 | 0000000001 | CDW-STORAGE FOR LEC 7(LCI DATA) AND ALPHA-1 |
| 0000001633 | 0000000001 | EW-20H-3YR-PROMO |
| 0000001642 | 0000000001 | CISC0281 |
| 0000001657 | 0000000001 | 2186573 HP WORKSTATION |
| 0000001659 | 0000000001 | HP SB Z400 W3550 500GB W7P DVR-HARDWARE |
| 0000001695 | 0000000001 | DATROO CISCO 2911 INT SERVICE |
| 0000001698 | 0000000001 | 1491062 HP SWITCH |

| | | |
|---|---|---|
| 0000001740 | 0000000001 | BACK UP NETWORK EQUIP |
| 0000001748 | 0000000001 | NETWORK SWITCH |
| 0000001810 | 0000000001 | HARDWARE PO#036602 |
| 0000001931 | 0000000001 | JUNIPER PULSE GW4610 APPLIANCE |
| 0000001970 | 0000000001 | HP 2920-48G SWITCH |
| 0000001971 | 0000000001 | HP 2920- 48G SWITCH |
| 0000002011 | 0000000001 | HP M67 10 300GB 6G SAS 15K 5IN |
| 0000002012 | 0000000001 | HP SN 300B 24/12 FC SWITCH |
| 0000002079 | 0000000001 | PO 053803 DATROO SAN |
| 0000002145 | 0000000001 | GREEN KEYTAB |
| 0000002175 | 0000000001 | MERAKI MS 120-48FP GIGABIT POE ETHERNET SWITCH |

### Category: LAPTOP   Laptop

| | | |
|---|---|---|
| 0000001399 | 0000000001 | HP 6730B |
| 0000001405 | 0000000001 | HP 2710P |
| 0000001407 | 0000000001 | HP 6730B |
| 0000001411 | 0000000001 | HP 6730B |
| 0000001412 | 0000000001 | HP 6830S 2 LAPTOPS |
| 0000001413 | 0000000001 | HP 6730B |
| 0000001415 | 0000000001 | HP 8530P |
| 0000001421 | 0000000001 | HP 6730B |
| 0000001422 | 0000000001 | HP 8730W |
| 0000001423 | 0000000001 | HP 6730B |
| 0000001433 | 0000000001 | HP 8710P |
| 0000001436 | 0000000001 | HP 6830S |
| 0000001446 | 0000000001 | HP 6730B |
| 0000001449 | 0000000001 | HP 6730B |
| 0000001450 | 0000000001 | HP 6730B |
| 0000001456 | 0000000001 | HP SB 6730B P8600 250GB DVR XP |
| 0000001458 | 0000000001 | HP SB 6730B P8600 250GB 2GB XP |
| 0000001459 | 0000000001 | HP SB 6730B P8600 250GB 2GB XP |
| 0000001471 | 0000000001 | HP SB 8730W T9600 250GB 2GB XP |
| 0000001485 | 0000000001 | HP SB 6730B P8600 250GB 2GB XP |
| 0000001486 | 0000000001 | HP SB 8730W P8400 160GB 2GB XP |
| 0000001487 | 0000000001 | HP SB 8730W T9600 250GB 2GB XP |
| 0000001491 | 0000000001 | HP SB 6730B P8600 250GB 2GB XP |
| 0000001492 | 0000000001 | HP SB 6730B P8600 250GB 2GB XP |
| 0000001494 | 0000000001 | HP SB 6730B P8600 250GB 2GB XP |
| 0000001499 | 0000000001 | HP SB 6730B P8600 250GB 2GB XP |
| 0000001511 | 0000000001 | HP SB 6730B P8600 250G 2GB XPP |
| 0000001512 | 0000000001 | HP SB 6730B P8600 250 GB 2GB X |
| 0000001515 | 0000000001 | HP SB 6730B P8600 250GB 2GB XP |
| 0000001527 | 0000000001 | HP SB 6730B P8600 320GB 2GB 7X |
| 0000001531 | 0000000001 | HP SB 6730B P8600 320GB 2GB 7X |
| 0000001533 | 0000000001 | HP SB 8730W T9600 320GB 2GB 7X |
| 0000001535 | 0000000001 | HP SB 6730B P8600 320 GB 2GB 7 |
| 0000001539 | 0000000001 | HP SB 6730B P8600 320GB 2GB 7X |
| 0000001543 | 0000000001 | HP SB 6730B P8600 320GB 20GB 7 |
| 0000001545 | 0000000001 | HP SB 6730B P8600 320GB 2GB 7X |
| 0000001635 | 0000000001 | HP SB 8560P I7-2620M 500GB 4GB |
| 0000001636 | 0000000001 | HP SB 8560P I7-2620M 500GB 4GB |
| 0000001639 | 0000000001 | HP SB 8560P I7-2620M 500GB 4GB W79 D |
| 0000001646 | 0000000001 | HP SB 8560P 17-2620M 500GB 4GB |
| 0000001650 | 0000000001 | 2331044 LAPTOP |
| 0000001652 | 0000000001 | 2331044 HP LAPTOP |
| 0000001653 | 0000000001 | 2403432 HP SB 8760W 17-2630QM |
| 0000001654 | 0000000001 | HP ELITEBOOK W/DOCKING STATION |
| 0000001656 | 0000000001 | 2331044 HP LAPTOP |
| 0000001662 | 0000000001 | 2331044 HP LAPTOP |
| 0000001664 | 0000000001 | 2331044 LAPTOP |

3

| | | |
|---|---|---|
| 0000001665 | 0000000001 | 2331044 HP LAPTOP |
| 0000001671 | 0000000001 | 2403432 HP LAPTOP |
| 0000001672 | 0000000001 | 2403432 HP8760 LAPTOP |
| 0000001673 | 0000000001 | HB SB 8560P 500GB 4GB W7P D |
| 0000001675 | 0000000001 | HP SB 8560P-ATLANTA OFFICE |
| 0000001677 | 0000000001 | HP SB 8560P 500GB 4GB-INDIA |
| 0000001680 | 0000000001 | 2331044 HP LAPTOP-INDIA |
| 0000001682 | 0000000001 | 2403432 LAPTOP |
| 0000001693 | 0000000001 | 2611414 HP LAPTOP |
| 0000001694 | 0000000001 | 2331044 HP SB 8560P |
| 0000001701 | 0000000001 | 2611414 HP SB 500GB LAPTOP |
| 0000001702 | 0000000001 | 2403432 HP LAPTOP |
| 0000001704 | 0000000001 | 2598618 HP LAPTOP |
| 0000001705 | 0000000001 | 2598618 HP SB 8560 |
| 0000001706 | 0000000001 | 2331044 HP ELITEBOOK |
| 0000001709 | 0000000001 | LAPTOP PO#034128 |
| 0000001710 | 0000000001 | LAPTOP PO#034336 |
| 0000001711 | 0000000001 | LAPTOP-PO#034335 |
| 0000001716 | 0000000001 | LAPTOP PO#034186 |
| 0000001717 | 0000000001 | LAPTOP PO#034187T. OCONNELL |
| 0000001719 | 0000000001 | PO#0344945 LAPTOP |
| 0000001725 | 0000000001 | LAPTOP PO#034536 |
| 0000001730 | 0000000001 | LAPTOP PO#034708 |
| 0000001735 | 0000000001 | LAPTOP PO#034839 |
| 0000001737 | 0000000001 | LAPTOP PO#034946 |
| 0000001739 | 0000000001 | LAPTIOP PO#035035 |
| 0000001741 | 0000000001 | LAPTOP PO#035156 |
| 0000001743 | 0000000001 | SOFTWARE LICENSES PO#035230 |
| 0000001745 | 0000000001 | LAPTOP PO#035186 |
| 0000001749 | 0000000001 | LAPTOP PO#035355 |
| 0000001750 | 0000000001 | LAPTOP PO#035398 |
| 0000001752 | 0000000001 | LAPTOP PO#035487 |
| 0000001762 | 0000000001 | LAPTOP PO#035541 |
| 0000001763 | 0000000001 | LAPTOP PO#035593 |
| 0000001764 | 0000000001 | LAPTOP PO#035708 |
| 0000001765 | 0000000001 | LAPTOP PO#035709 |
| 0000001766 | 0000000001 | LAPTOP PO#035719 |
| 0000001767 | 0000000001 | LAPTOP PO#035757 |
| 0000001770 | 0000000001 | LAPTOP PO#035850 |
| 0000001776 | 0000000001 | LAPTOP PO#036030 |
| 0000001780 | 0000000001 | LAPTOP PO#036062 |
| 0000001782 | 0000000001 | LAPTOP PO#036099 |
| 0000001786 | 0000000001 | LAPTOP PO#036176 |
| 0000001787 | 0000000001 | LAPTOP PO#036200 |
| 0000001798 | 0000000001 | LAPTOP |
| 0000001799 | 0000000001 | LAPTOP PO#036390 |
| 0000001800 | 0000000001 | LAPTOP PO#036350 |
| 0000001805 | 0000000001 | LAPTOP PO#036451 |
| 0000001807 | 0000000001 | LAPTOP PO#036549 |
| 0000001808 | 0000000001 | LAPTOP PO#036461 |
| 0000001811 | 0000000001 | LAPTOPS PO#036666 |
| 0000001814 | 0000000001 | LAPTOP PO#036756 |
| 0000001815 | 0000000001 | LAPTOP PO#036759 |
| 0000001816 | 0000000001 | LAPTOP PO#036784 |
| 0000001817 | 0000000001 | LAPTOP PO#036786 |
| 0000001820 | 0000000001 | LAPTOP PO #036985 |
| 0000001821 | 0000000001 | LAPTOP PO #036922 |
| 0000001824 | 0000000001 | LAPTOP PO #036922 |
| 0000001825 | 0000000001 | LAPTOP PO #036908 |
| 0000001826 | 0000000001 | LAPTOP PO #036987 |
| 0000001828 | 0000000001 | LAPTOP PO #037025 |

4

```
0000001829  0000000001  LAPTOP PO #037027
0000001830  0000000001  LAPTOP PO #037044
0000001831  0000000001  LAPTOP PO #037063
0000001834  0000000001  LAPTOP PO #037122
0000001836  0000000001  LAPTOP PO #037190
0000001838  0000000001  LAPTOP PO #037330
0000001839  0000000001  LAPTOP PO #037467
0000001840  0000000001  LAPTOP PO #037464
0000001841  0000000001  LAPTOP PO #037422
0000001842  0000000001  LAPTOP PO #037424
0000001843  0000000001  LAPTOP PO #037423
0000001844  0000000001  LAPTOP PO #037272
0000001846  0000000001  LAPTOP PO #037318
0000001848  0000000001  LAPTOP PO #037296
0000001849  0000000001  LAPTOP PO # 037332
0000001850  0000000001  LAPTOP PO #037331
0000001851  0000000001  MOBILE WORKSTN PO#037263
0000001852  0000000001  LAPTOPS-WKSTNS PO #037507
0000001853  0000000001  LAPTOP PO #037521
0000001854  0000000001  LAPTOP PO #037518
0000001855  0000000001  LAPTOP PO #037562
0000001856  0000000001  LAPTOP PO #037564
0000001857  0000000001  LAPTOP PO #037634
0000001858  0000000001  LAPTOP PO #037636
0000001859  0000000001  LAPTOP PO #037590
0000001860  0000000001  LAPTOP PO #037666
0000001863  0000000001  LAPTOP PO #037591
0000001865  0000000001  LAPTOP PO #037691
0000001866  0000000001  LAPTOP PO #037667
0000001867  0000000001  LAPTOP PO #037761
0000001868  0000000001  LAPTOP PO #037720
0000001869  0000000001  LAPTOP PO #037638
0000001872  0000000001  LAPTOP PO #037770
0000001873  0000000001  LAPTOP PO #037822
0000001875  0000000001  LAPTOP PO #037938
0000001876  0000000001  LAPTOP PO #037896
0000001877  0000000001  LAPTOP PO #037799
0000001878  0000000001  LAPTOP PO #038103
0000001879  0000000001  LAPTOP PO #037957
0000001880  0000000001  LAPTOP PO #038010
0000001881  0000000001  LAPTOP PO #038108
0000001882  0000000001  LAPTOP PO #038085
0000001883  0000000001  LAPTOPS (5) PO #038115
0000001887  0000000001  LAPTOP PO #038224
0000001888  0000000001  LAPTOP PO #038231
0000001889  0000000001  LAPTOP PO #038181
0000001890  0000000001  LAPTOP PO #038164
0000001892  0000000001  LAPTOP PO #038234
0000001894  0000000001  LAPTOP PO #038444
0000001902  0000000001  LAPTOP PO #038586
0000001903  0000000001  LAPTOP PO #038630
0000001906  0000000001  LAPTOP PO # 038830
0000001908  0000000001  LAPTOP PO # 038816
0000001909  0000000001  LAPTOP PO # 038839
0000001911  0000000001  LAPTOP PO # 038882
0000001912  0000000001  LAPTOP PO #038937
0000001913  0000000001  LAPTOP PO #039027
0000001914  0000000001  LAPTOP PO #039076
0000001915  0000000001  LAPTOP PO #039020
0000001916  0000000001  LAPTOP PO #038959
0000001917  0000000001  LAPTOP PO #039063
```

| | | |
|---|---|---|
| 0000001918 | 0000000001 | LAPTOP PO #039632 |
| 0000001924 | 0000000001 | LAPTOP PO #039457 |
| 0000001926 | 0000000001 | LAPTOP PO #039403 |
| 0000001927 | 0000000001 | LAPTOP PO # 039396 |
| 0000001930 | 0000000001 | LAPTOP PO #039393 |
| 0000001932 | 0000000001 | LAPTOP PO #039592 |
| 0000001936 | 0000000001 | LAPTOP PO #039864 |
| 0000001939 | 0000000001 | LAPTOP PO #040100 |
| 0000001945 | 0000000001 | LAPTOP PO #040547 |
| 0000001946 | 0000000001 | LAPTOP PO #040546 |
| 0000001948 | 0000000001 | LAPTOP PO #040596 |
| 0000001949 | 0000000001 | LAPTOP PO #040147 |
| 0000001950 | 0000000001 | LAPTOP PO #040380 |
| 0000001962 | 0000000001 | LAPTOP PO #032179 |
| 0000001963 | 0000000001 | LAPTOP PO # 040726 |
| 0000001964 | 0000000001 | LAPTOP PO #040955 |
| 0000001965 | 0000000001 | LAPTOP PO # 041026 |
| 0000001967 | 0000000001 | LAPTOP PO #041256 |
| 0000001968 | 0000000001 | LAPTOP PO #041258 |
| 0000001969 | 0000000001 | LAPTOP PO #041261 |
| 0000001973 | 0000000001 | LAPTOP PO #041423 |
| 0000001975 | 0000000001 | LAPTOP PO #041420 |
| 0000001976 | 0000000001 | LAPTOP PO #041423 |

**Category: LICENSES  Software Licenses**

| | | |
|---|---|---|
| 0000000519 | 0000000001 | DYNAMICS SL SYSTEM USERS |
| 0000000564 | 0000000001 | MS LISCENSES |
| 0000000641 | 0000000001 | ECAD-6 LICENSES |
| 0000000668 | 0000000001 | SERVER LICENSE |
| 0000000719 | 0000000001 | SOFTWARE LISCENCES |
| 0000000720 | 0000000001 | SOFTWARE LISCENSES |
| 0000001477 | 0000000001 | ADMIN/SUPERVISOR USERS |
| 0000001482 | 0000000001 | SOLUTIONS MBAF,LLC |
| 0000001484 | 0000000001 | TRIBRIDGE HOLDINGS LLC. |
| 0000001493 | 0000000001 | SYM BE OPT LIB N 12.5 WIN STD |
| 0000001538 | 0000000001 | MSSLA SHAREPOINT UCAL 2007 - 1 |
| 0000001540 | 0000000001 | MS SLA SQL SRV STD 2008 MFG # |
| 0000001542 | 0000000001 | MS SLA WIN SRV STD 2008 R2-182-KAMTECH |
| 0000001544 | 0000000001 | MS SLA SHAREPOINT UCAL 2007 - |
| 0000001551 | 0000000001 | 5805/MICROSTATION PERPETUAL LI |
| 0000001554 | 0000000001 | MS SLA SHREPOINT STD UCAL 2010 |
| 0000001558 | 0000000001 | MS SLA WIN SRV UCAL 2008-14167 |
| 0000001559 | 0000000001 | QUEST RECOVERY MANAGER F/AD PE |
| 0000001565 | 0000000001 | MICROSOF01-DSLS001 ADDITIONAL |
| 0000001567 | 0000000001 | SOFTWARE LISCENSES |
| 0000001575 | 0000000001 | TAX |
| 0000001576 | 0000000001 | LITESPEED ENTERPRISE FOR SQL S |
| 0000001577 | 0000000001 | LITESPEED ENTERPRISE FOR SQL S |
| 0000001578 | 0000000001 | TAX |
| 0000001579 | 0000000001 | LITESPEED ENGINE FOR ORACLE PE |
| 0000001580 | 0000000001 | LITESPEED ENGINE FOR ORACLE PE |
| 0000001626 | 0000000001 | MS SLA SHAREPOINT STD UCAL 201 |
| 0000001644 | 0000000001 | CDW DIRECT- SOFTWARE LICENSES- MS SLA SHAREPOINT |
| 0000001649 | 0000000001 | SP FOUNDATION BASIC INTERGRATO |
| 0000001666 | 0000000001 | 2080025 SLA+ SHAREPOINT STD |
| 0000001669 | 0000000001 | SP FOUNDATION BASIC INTEGRATOR |
| 0000001699 | 0000000001 | 2080025 SHAREPOINT |
| 0000001700 | 0000000001 | CRM ONE TIME (20 USERS) |
| 0000001715 | 0000000001 | SOFTWARE LICENSE PO#034043 |
| 0000001724 | 0000000001 | SOFTWARE LICENSES PO 034510 |

6

0000001736  0000000001  SOFTWARE LICENSES PO#034898
0000001744  0000000001  SOFTWARE LICENSES PO#035230
0000001754  0000000001  SOFTWARE LICENSE PO#035461
0000001755  0000000001  SOFTWARE LICENSE PO#035285
0000001809  0000000001  SOFTWARE LICENSES PO#036538
0000001864  0000000001  SHAREPOINT LICENSE PO #037680
0000001870  0000000001  LICENSE PO # 037735
0000001871  0000000001  PAPERSAVE LICENSE PO#037682
0000001874  0000000001  LICENSE PO #037840
0000001893  0000000001  SHRPNT LICENSE PO #038344
0000001928  0000000001  BLUEBEAM REVU STANDARD- SEATS
0000001934  0000000001  EXTEND SHAREPOINT LIC  5 USER
0000001980  0000000001  LICENSES PO #041266
0000002014  0000000001  SQL SVR STD CORE ALNG
0000002027  0000000001  MS SLA_ SHAREPT STD 2013 UCAL
0000002055  0000000001  MS MPSA SHR PNT SRV SRV SL
0000002103  0000000001  OPEN LICENSING WINDOWS SERVER
0000002103  0000000002  TAX
0000002152  0000000001  MICROSOFT WINDOWS SERVER 2019 - LICENSE 1 USER CAL

**Category: MONITOR  Monitor**

0000001651  0000000001  1054412 HP USB
0000001823  0000000001  MONITORS PO # 036909

**Category: PERIPHERAL  Peripheral Equipment**

0000000582  0000000001  CDW - SERVER RACKS
0000000605  0000000001  CDW - DVD DUPLICATOR
0000000624  0000000001  APC PLUG PWR SUPPLY
0000001835  0000000001  HP 300GB 6G PLUG SAS 10K SFF D

**Category: PRINTER  Printer**

0000000775  0000000001  LJ PRINTER
0000001001  0000000001  PRINTERS
0000001004  0000000001  PRINTERS
0000001517  0000000001  HP DESIGN JET 510 24-IN PRINTER (CH336A)
0000001615  0000000001  KIP 7100 ROLL MULTI-FUNCTION D
0000001616  0000000001  DOUBLE STACK RACK
0000001634  0000000001  KIP 71000-CPCS WIDEFORMAT
0000001647  0000000001  A030 WIRELESS PRINTER PACKAGE
0000001712  0000000001  PRINTER SCANNER COPIERPO#03419
0000002006  0000000001  HP DESIGN T2500PS
0000002016  0000000001  HP DESIGNJET T2500 36-IN POSTS

**Category: SERVER  Server**

0000000562  0000000001  SYSTEMAX DUO SERVER
0000000581  0000000001  CDW - KVM UNIT FOR SERVER EXPANSION
0000000583  0000000001  CDW - SERVERS FOR DYNAMICS
0000000631  0000000001  PDS SERVER
0000000636  0000000001  SYSTEMAX SATA SERVER
0000000663  0000000001  HUBBELL CAT5E PANEL
0000000705  0000000001  REPLACEMENT SERVER
0000000706  0000000001  REPLACEMENT SERVER
0000000967  0000000001  CDW - AVOCENT SPC 1600 (SERVER, SWITCH, ETC)
0000001398  0000000001  HP DL360/HP DL580
0000001418  0000000001  HP DL360 E5450
0000001437  0000000001  DRIVES - IRVING SERVER
0000001448  0000000001  BUFFALO TERASTATION PRO II-IRVING
0000001451  0000000001  HP DL380 SERVER

0000001521  0000000001  HP DL380 G5 E7330 4GB 2P
0000001581  0000000001  TAX
0000001582  0000000001  HP 600GB 6G SAS LOK 2.5 IN HOD
0000001583  0000000001  DISKEEPER 2010 SRV VL 20-49VL
0000001584  0000000001  HP 750W CS HE POWER SUPPLY KIT
0000001585  0000000001  HP ML350/370G6 8 SFF 2ND DRV C
0000001586  0000000001  HP SAS EXPANDER CARD
0000001587  0000000001  HP 1GB FLASH BACKED CACHE
0000001588  0000000001  HP SB 4GB PC3-10600R-9
0000001589  0000000001  HP ML370 G6 E5649 BASE SFF
0000001590  0000000001  HP 146GB 6G PLUG SAS 15K 2.5 D
0000001591  0000000001  FREIGHT
0000001604  0000000001  TAX
0000001605  0000000001  HP DL380 G7 E5649 BASE SVR
0000001606  0000000001  HP 460W HE 12V HOTPLUG AC PWR
0000001607  0000000001  HP SLIM DVR SATA OPTICAL KIT
0000001608  0000000001  HP DL380 G6 8SFF CAGE KIT
0000001609  0000000001  KINGSTON 4GB DDR3- 1333 ECC 24
0000001610  0000000001  HP 1GB FLASH BACKED CACHE
0000001611  0000000001  HP SAS EXPANDER CARD
0000001612  0000000001  HP 600GB 6G SAS LOK 2.5 IN HDD
0000001613  0000000001  HP 146GB 6G PLUG SAS 15K 2 . 5
0000001614  0000000001  FREIGHT
0000001619  0000000001  HP DL380 G7 E5649 BASE SVR
0000001620  0000000001  HP DL360 G7 E5630 6GB BASE
0000001632  0000000001  2318032 HP DL380 G7 E5649 BASE
0000001645  0000000001  CDW DIRECT- SERVER- HP SB DL360G7 E5649US SVR
0000001747  0000000001  ADD. HARDWARE FOR SERVER PO#035352
0000001751  0000000001  ADD HARDWARE FOR SERVER
0000001775  0000000001  SEVER STORAGE
0000001862  0000000001  HP GEN8 DL360P E5-2640 BASE SV
0000001896  0000000001  SERVER EXPANSION PO #038497
0000001935  0000000001  SERVER PO #039723
0000001941  0000000001  HP GEN8 DL360P E5-2640 BASE SV
0000001983  0000000001  HP GEN8  600GB 6G SAS 15K 3.50
0000002008  0000000001  HP DL380P GEN8 E5-2690V2 PERF
0000002017  0000000001  HP SB DL360P GEN8 E5-2670 SFF US SVR
0000002019  0000000001  HP SB DL360P GEN8 E5-2670 SFF
0000002024  0000000001  HP SERVERS SMART BUY PROLIANT
0000002025  0000000001  CISCO MULTIFEX TRUNK VOICE/WAN
0000002034  0000000001  PROLIANT DL360P GEN 8  1U RM X
0000002043  0000000001  RECOVERY 814-S BACKUP APPLIANC
0000002048  0000000001  HP PROLIANT DL360 GEN9 1U RM X
0000002067  0000000001  PO 051817 SERVER HARDWARE
0000002070  0000000001  PROLIANT DL360P GEN8 1U RM E5-
0000002072  0000000001  DELL POWER EDGER430 204TB 64GB
0000002075  0000000001  PO 053795 DATROO SERVERS
0000002080  0000000001  PO 053904 DATROO SERVER
0000002086  0000000001  DELL POWEREDGE R340 RACK MOUNT
0000002086  0000000002  TAX
0000002087  0000000001  POWEREDGE R430 SERVER
0000002087  0000000002  TAX
0000002087  0000000003  TAX
0000002087  0000000004  SHIPPING
0000002091  0000000001  300GB 15K RPM SAS 6GBPS 2.5IN
0000002093  0000000001  PO 055803 PC CONN CORP MOB SQL SERVER


**Category:  SOFTWARE   Software**

0000000156  0000000001  AMEX-DISCOVERY ATTENDER SOFTWARE
0000000158  0000000001  DEFRAG SOFTWARE

8

```
0000000160  0000000001  GATE CYCLE SOFTWARE
0000000164  0000000001  NEW VISION
0000000166  0000000001  NEW VISION
0000000168  0000000001  NEW VISION
0000000170  0000000001  NEW VISION
0000000172  0000000001  NEW VISION
0000000174  0000000001  NEW VISION
0000000176  0000000001  NEW VISION
0000000178  0000000001  NEW VISION
0000000301  0000000001  PRIMAVERA SOFTWARE
0000000312  0000000001  PRIMAVERA
0000000412  0000000001  COMPUTER EQUIPMENT-MICROSTATION SOFTWARE
0000000418  0000000001  RESEARCH ENGINEERING SOFTWARE
0000000428  0000000001  MILLENNIUM FUNDING- SOFTWARE
0000000429  0000000001  ORANGE TECH- COMP SOFTWARE
0000000430  0000000001  ORANGE TECH- COMPUTER SOFTWARE
0000000432  0000000001  ECAD, INC.
0000000438  0000000001  SONICWALL, INC.
0000000443  0000000001  ORANGE TECH- COMPUTER SOFTWARE
0000000447  0000000001  EXECUTIVE SOFTWARE
0000000452  0000000001  BENTLEY SYSTEMS, INC. - SOFTWARE
0000000454  0000000001  PRIMAVERA - COMP SOFTWARE
0000000458  0000000001  3DS NET, INC.
0000000463  0000000001  T&G SOFTWARE
0000000466  0000000001  ORANGE TECH
0000000477  0000000001  EXECUTIVE SOFTWARE
0000000480  0000000001  SOFTWARE - DIGITAL RIVER
0000000482  0000000001  ECAD  SOFTWARE
0000000491  0000000001  CDW-SYMANTEC
0000000492  0000000001  NEW VISION
0000000493  0000000001  NEW VISION
0000000494  0000000001  NEW VISION
0000000495  0000000001  NEW VISION
0000000496  0000000001  NEW VISION
0000000497  0000000001  NEW VISION
0000000498  0000000001  NEW VISION
0000000499  0000000001  NEW VISION
0000000500  0000000001  NEW VISION
0000000501  0000000001  NEW VISION
0000000502  0000000001  NEW VISION
0000000503  0000000001  NEW VISION
0000000504  0000000001  NEW VISION
0000000505  0000000001  NEW VISION
0000000506  0000000001  NEW VISION
0000000513  0000000001  NEW VISION
0000000515  0000000001  PRIMAVERA PLANNER/SCHEDULER
0000000516  0000000001  SONIC WALL-INTRUSION PREVENTION
0000000520  0000000001  COMPUTER- TRIBRIDGE (SOFTWARE)
0000000521  0000000001  NEW VISION
0000000522  0000000001  NEW VISION
0000000523  0000000001  RECLASS NEW VISION TO F/A
0000000524  0000000001  NEW VISION
0000000525  0000000001  NEW VISION
0000000526  0000000001  NEW VISION
0000000527  0000000001  NEW VISION
0000000528  0000000001  NEW VISION
0000000529  0000000001  NEW VISION
0000000530  0000000001  NEW VISION
0000000531  0000000001  NEW VISION
0000000532  0000000001  NEW VISION
0000000533  0000000001  NEW VISION
```

| | | |
|---|---|---|
| 0000000534 | 0000000001 | NEW VISION |
| 0000000535 | 0000000001 | NEW VISION |
| 0000000536 | 0000000001 | NEW VISION |
| 0000000537 | 0000000001 | NEW VISION |
| 0000000538 | 0000000001 | NEW VISION |
| 0000000539 | 0000000001 | NEW VISION |
| 0000000558 | 0000000001 | SONIC WALL |
| 0000000573 | 0000000001 | CADWORX SOFTWRE |
| 0000000590 | 0000000001 | CDW - FIREWALL |
| 0000000601 | 0000000001 | CDW - NETSCREEN, FIREWALL |
| 0000000618 | 0000000001 | LAPTOP SOFTWARE |
| 0000000628 | 0000000001 | SONIC WALL |
| 0000000633 | 0000000001 | ADDITIONAL DISK SPACE FOR LEC 7 |
| 0000000638 | 0000000001 | TAPE DRIVE, SERVER SOFTWARE |
| 0000000639 | 0000000001 | SYMATEC BACKUP FOR SERVER |
| 0000000656 | 0000000001 | PRIMAVERA |
| 0000000661 | 0000000001 | TWO PROCURVE 600'S |
| 0000000669 | 0000000001 | PROCURVE MGR PLUS |
| 0000000701 | 0000000001 | SYMANTEC BACUP FOR WINDOWS SERVER |
| 0000000702 | 0000000001 | SYMANTEC BACUP FOR WINDOWS SERVER |
| 0000000710 | 0000000001 | ECAD |
| 0000000715 | 0000000001 | SOFTWARE FROM ONE VISION FOR THE MULTIMEDIA CONF. |
| 0000000716 | 0000000001 | VIDOE CONF. EQUIP |
| 0000000753 | 0000000001 | PACKET SOFTWARE SHAPER 1700 |
| 0000000785 | 0000000001 | SOFTWARE FROM MS & CDW |
| 0000000788 | 0000000001 | FORM PRO SOFTWARE |
| 0000000800 | 0000000001 | SOFTWARE FROM MS & CDW |
| 0000000829 | 0000000001 | ADO ACROBAT SOFTWARE |
| 0000000854 | 0000000001 | ACROBAT SOFTWARE |
| 0000000863 | 0000000001 | PAPERSAVE SOFTWARE |
| 0000000864 | 0000000001 | COMPUTER - SOFTWARE |
| 0000000872 | 0000000001 | COMPUTER-SOFTWARE |
| 0000000873 | 0000000001 | COMPUTER - SOFTWARE |
| 0000000875 | 0000000001 | COMPUTER-SOFTWARE |
| 0000000894 | 0000000001 | ADO ACROBAT SOFTWARE |
| 0000000895 | 0000000001 | COMPUTER- ROSETTA STONE SOFTWARE |
| 0000000909 | 0000000001 | MATHCAD |
| 0000000915 | 0000000001 | COMPUTER- SOFTWARE |
| 0000000922 | 0000000001 | CDW - REPLACEMENT FIREWALL |
| 0000000925 | 0000000001 | CDW - TAPE BACKUP AND SOFTWARE |
| 0000000927 | 0000000001 | CDW - TAPE BACKUP SOFTWARE |
| 0000000947 | 0000000001 | CDW - SERVER/SOFTWARE |
| 0000001015 | 0000000001 | SOFTWARE- TRAINING VIDEO |
| 0000001016 | 0000000001 | PAPERSAVE TRAINING |
| 0000001025 | 0000000001 | COMPUTER- SOFTWARE |
| 0000001032 | 0000000001 | COMPUTER- SOFTWARE |
| 0000001253 | 0000000001 | YEAR END VARIANCE |
| 0000001401 | 0000000001 | SHAREPOINT |
| 0000001403 | 0000000001 | MS OFFICE PRO PLUS 2007 |
| 0000001404 | 0000000001 | QUEST SPOTLIGHT-SOFTWARE |
| 0000001414 | 0000000001 | TRIBRIDGE HOLDING - MOSS PILOT PROJECT (SHAREPOINT |
| 0000001416 | 0000000001 | COMPUTER- AVEPOINT INC (DOC AVE) |
| 0000001417 | 0000000001 | TRIBRIDGE HOLDING - MOSS PILOT PROJECT (SHAREPOINT |
| 0000001420 | 0000000001 | ADO ACROBAT STD 9 |
| 0000001434 | 0000000001 | ADO ACROBAT STD 9 |
| 0000001457 | 0000000001 | MS SLA SHAREPOINT CAL 2007 USE |
| 0000001472 | 0000000001 | MS SLA WIN SRV STD 2008 |
| 0000001479 | 0000000001 | MS SLA SHAREPOINT UCAL 2007 |
| 0000001488 | 0000000001 | PGP ENCRYPTION SOFTWARE FOR AC |
| 0000001496 | 0000000001 | ADO ACROBAT STD 9 WIN TR |
| 0000001497 | 0000000001 | MS SLA OFFICE PRO PLUS 2007 |

10

```
0000001498  0000000001  DISCOVERY ATTENDER
0000001503  0000000001  MS SLA OFFICE PRO PLUS 2007
0000001513  0000000001  MS SLA SHAREPOINT UCAL 2007
0000001514  0000000001  MS SLB FOREFRONT SEC SHAREPOIN
0000001529  0000000001  MS SLA SHARPOINT UCAL 2007
0000001532  0000000001  MS SLA SHAREPOINT UCAL 2007 -
0000001537  0000000001  TRIBRIDGE HOLDINGS LLC.
0000001541  0000000001  QUEST WEB PARTS SHAREPOINT STA
0000001556  0000000001  300181728E-ENESYS RS DATA EXTE
0000001560  0000000001  MS SLA WIN PRO 7
0000001563  0000000001  PIPE-FLO PROFESSIONAL
0000001566  0000000001  DESIGN II FOR WIDNOWS, WIN SIM INC.
0000001571  0000000001  MS SLA SHAREPOINT STD UCAL 201
0000001571  0000000002  TAX
0000001571  0000000003  MS SLA SHAREPOINT ENT UCAL 201
0000001571  0000000004  MS SLA FOREFRONT PROT SHARE P/
0000001592  0000000001  TAX
0000001593  0000000001  MS SLA WIN SRV STD 2008 R2
0000001594  0000000001  SYM BE AGT FR SYS EXP ESS
0000001595  0000000001  MS SLA SQL SRV ENT 2008 R2
0000001596  0000000001  MS SLA SQL UCAL 2008 R2
0000001597  0000000001  TAX
0000001598  0000000001  MS SLA SQL SRV ENT 2008 R2
0000001599  0000000001  MS SLA SQL UCAL 2008 R2
0000001600  0000000001  MS SLA WIN SRV STD 2008 R2
0000001601  0000000001  SYM BE AGT FR SYS EXP ESS
0000001621  0000000001  TAX
0000001622  0000000001  DISKEEPER 2010 SRV VL 20-49VL
0000001623  0000000001  ORACLE APPL SRVR ENT NUP
0000001624  0000000001  ORACLE INET APP SRV ENT NU +PE
0000001625  0000000001  ORACLE DATABASE STD ED.ONE NUP
0000001627  0000000001  SEBY927AV-0700A SMARTPIANT REF
0000001627  0000000002  TAX
0000001627  0000000003  SEBY933AV-0700A STANDARD DB FO
0000001627  0000000004  SEBY820AA-0800A SMARTPIANT
0000001627  0000000005  SRBY505AV-0403A SP FOUNDATION
0000001627  0000000006  SGBY218AV-0601A  SMARTSKETCH 2
0000001627  0000000007  FREIGHT
0000001628  0000000001  2076519 MS SLA SQL SRV ENT 200
0000001658  0000000001  PRODUCT/SERVICE - 3950 STRUCTU
0000001660  0000000001  MS SLA + OFFICE PRO PLUS 2010
0000001674  0000000001  ADOBE PRO PREM
0000001781  0000000001  SOFTWARE PO#035903
0000001783  0000000001  SOFTWARE PO#036034
0000001784  0000000001  LAPTOP PO#036174
0000001801  0000000001  SOFTWARE PO#036333
0000001804  0000000001  SOFTWARE PO#036231
0000001822  0000000001  SOFTWARE PO #036922
0000001827  0000000001  SOFTWARE PO #037066
0000001897  0000000001  LOOKOUT SOFTWARE PO #038459
0000001898  0000000001  BLUEBEAM SOFTWARE PO#038341
0000001899  0000000001  QUANTUM SOFTWARE PO #038472
0000001900  0000000001  LICENSE PO #038545
0000001988  0000000001  MIR-ATA-PB MIGRATION SUITE FOR
0000002007  0000000001  PO 043974 NINTEX WORKFLOW & FORMS
0000002031  0000000001  PO 046698  SOC OF PIPING ENG & DES VIDEO TRAINING
0000002046  0000000001  PYPESERVER ENTERPRISE SOFTWARE
0000002057  0000000001  DATROO TECH PO 050346
0000002064  0000000001  ENTERPRISE PRO-PIPING
0000002065  0000000001  ELECTRICAL ESTIMATING CORE ENT
0000002097  0000000001  SOLVERIN01-DSLS-01
```

11

| | | |
|---|---|---|
| 0000002097 | 0000000002 | SOLVERIN01-DSLS-01 |
| 0000002097 | 0000000003 | SOLVERIN01-DSLS-01 |
| 0000002097 | 0000000004 | SOLVERIN01-DSLS-01 |
| 0000002097 | 0000000005 | SOLVERIN01-DSLS-01 |
| 0000002097 | 0000000006 | TAX |
| 0000002097 | 0000000007 | SOLVERIN01-DSLS-01 |
| 0000002097 | 0000000008 | SOLVERIN01-DSLS-01 |
| 0000002097 | 0000000009 | SOLVERIN01-DSLS-01 |
| 0000002100 | 0000000001 | TRIBRIDGE PO 056205 |
| 0000002100 | 0000000002 | TRIBRIDGE PO 056205 |
| 0000002100 | 0000000003 | 602 HOURS PROFESSIONAL CONSULT |
| 0000002100 | 0000000004 | PO 056205 |
| 0000002100 | 0000000005 | 602 HOURS PROFESSIONAL CONSULT |
| 0000002100 | 0000000006 | 602 HOURS PROFESSIONAL CONSULTING SERVICES |
| 0000002100 | 0000000007 | 602 HOURS PROFESSIONAL CONSULTING SERVICES |
| 0000002100 | 0000000008 | 602 HOURS PROFESSIONAL CONSULTING SERVICES |
| 0000002100 | 0000000009 | 602 HOURS PROFESSIONAL CONSULTING SERVICES |
| 0000002100 | 0000000010 | 602 HOURS PROFESSIONAL CONSULTING SERVICES |
| 0000002100 | 0000000011 | 602 HOURS PROFESSIONAL CONSULTING SERVICES |
| 0000002100 | 0000000012 | 602 HOURS PROFESSIONAL CONSULTING SERVICES |
| 0000002100 | 0000000013 | 602 HOURS PROFESSIONAL CONSULTING SERVICES |
| 0000002102 | 0000000001 | PO 056259 TRIBRIDGE |
| 0000002102 | 0000000002 | 151 HOURS PROFESSIONAL CONSULT |
| 0000002102 | 0000000003 | PO 056259 |
| 0000002102 | 0000000004 | 151 HOURS PROFESSIONAL CONSULT |
| 0000002102 | 0000000005 | 151 HOURS PROFESSIONAL CONSULT |
| 0000002102 | 0000000006 | 35 HOURS PROFESSIONAL CONSULTING SERVICES |
| 0000002102 | 0000000007 | 15 HOURS PROFESSIONAL CONSULTING SERVICES |
| 0000002102 | 0000000008 | 15 HOURS PROFESSIONAL CONSULTING SERVICES |
| 0000002102 | 0000000009 | 15 HOURS PROFESSIONAL CONSULTING SERVICES |
| 0000002102 | 0000000010 | 15 HOURS PROFESSIONAL CONSULTING SERVICES |
| 0000002104 | 0000000001 | PO 057438 |
| 0000002104 | 0000000002 | TX COMPTROLLER OF PUBLIC ACCTS |
| 0000002105 | 0000000001 | ORACLE LICENSE MIGRATION - PRIMAVERA P6 |
| 0000002105 | 0000000002 | TAX |
| 0000002107 | 0000000001 | GULFSTREAM PO 058579 |
| 0000002107 | 0000000002 | GULFSTREAM PO 058579 |
| 0000002107 | 0000000003 | GULFSTREAM PO 058579 |
| 0000002126 | 0000000001 | SEC UPG PLUS ADV ED (3-YEARS) |
| 0000002179 | 0000000001 | PARAMOUNT WORKPLACE REQUISITION |

**Class:   EQUIPMENT   Equipment**

### Category: HEAVYEQUIP   Heavy Equipment

| | | |
|---|---|---|
| 0000002082 | 0000000001 | 2013 JLG TELESCOPING BOOM LIFT - TRANS FROM LECA |
| 0000002125 | 0000000001 | SET OF 10 TON TANK TURNING ROLLS |
| 0000002127 | 0000000001 | EQUIPMENT |
| 0000002151 | 0000000001 | REMLINGER VSB-700-70 VIBRATORY SCREENING BUCKET |

### Category: OTHER   Other Equipment

| | | |
|---|---|---|
| 0000001078 | 0000000001 | 2003 POLARIS RANGER 4X4 |
| 0000001081 | 0000000001 | JOHN DEERE |
| 0000001084 | 0000000001 | SHOP DRIVES W/ IDLER |
| 0000001085 | 0000000001 | STRESS RELIEF CHART RECORDER |
| 0000001088 | 0000000001 | UDC CONTROLLERS W/WIRING DIAPH |
| 0000001089 | 0000000001 | UNIT 170442, UNIT 047719, UNIT 128551 |
| 0000001112 | 0000000001 | ELECT AIR COMPRESSOR |
| 0000001134 | 0000000001 | HOT TAP MACHINE |
| 0000001201 | 0000000001 | GREENLEE TUGGER |

0000001211  0000000001  GAS MONITOR
0000001237  0000000001  JULY VISA AIR PUMP DIAPHRAM
0000001238  0000000001  5 TON CRANES
0000001239  0000000001  OMI HOIST PARTS- CRANE REPAIR
0000001240  0000000001  DAVID HATTEN- 25 MOTORLA RADIOS
0000001241  0000000001  ELECTRIC BEARING HEATER WITH ROTATING SHAFT
0000001242  0000000001  ELECTRIC BEARING HEATER WITH ROTATING SHAFT
0000001244  0000000001  2 40' STORAGE CONTAINERS
0000001245  0000000001  AIRLESS SPRAYER- FAB SHOP
0000001247  0000000001  5 TON CRANES
0000001248  0000000001  GRAINGER- THREADING MACHINE
0000001249  0000000001  5 TON CRANES - OMI SEE JE #005456
0000001427  0000000001  C&C PROFESSIONAL - MONORAILS
0000001475  0000000001  TIMEMASTER TF PER EMPLOYEE
0000001518  0000000001  TM500 - TIMECLOCK BAR CODE REA
0000001524  0000000001  65X160 TRUSS ARCH BUILDING
0000001552  0000000001  INVOICE 029332 DATED 3/24/2010
0000001553  0000000001  IQ1000 TIME CLOCK W/BAR CODE R
0000001648  0000000001  DS2000-CC DELTA STANDARD CAM-C
0000001773  0000000001  MODULE PEDESTALS
0000001774  0000000001  PMI MACHINE PO#035356
0000001972  0000000001  P2 BARCODING SYSTEM
0000001981  0000000001  CONEXUS SHIPPING CONTAINER
0000001998  0000000001  VE-810 ENGRAVER PO 042174
0000002009  0000000001  NEW 40' WIDE X 60' LONG X 13"
0000002013  0000000001  15TE20-P-460 IR 20-HP 120 GALL
0000002020  0000000001  RT26092 1224 CMPL NPT 1/2-4" 1
0000002021  0000000001  40' WIDE X 120' LONG X 13' FUL
0000002023  0000000001  MC90XXG COL... SCANNER EQUIPME
0000002032  0000000001  REFURBISHED REFRIGERANT STYLE
0000002036  0000000001  NEW 40' WIDE X 60' LONG X 13'
0000002042  0000000001  60 TON AIR CONDITIONER W/4 PIE
0000002044  0000000001  SANDBLAST SYSTEM
0000002045  0000000001  TULSA P2BARCODING SYSTEM
0000002047  0000000001  TULSA FAB EQUIPMENT
0000002059  0000000001  60 TON AIR CONDITIONER  - RECO
0000002106  0000000001  H&H GOLF CARTS INC- MOWER
0000002135  0000000001  1" DRIVE DIGITAL PNEUMATIC TORQUE MACHINE; SINGLE SPEED
0000002154  0000000001  40' CONNEX ET40VZS3287
0000002155  0000000001  40' CONNEX ES40RZS3097
0000002156  0000000001  40' CONNEX ET40AFZS4188
0000002176  0000000001  SQ  SQ  CLASSIC ARCHIT
0000002177  0000000001  SQ  SQ  CLASSIC ARCHIT
0000002178  0000000001  GREEN KEYTAB


**Category:  PIPEWORK   Pipework Equipment**

0000001127  0000000001  PIPE END PREP MACH
0000001137  0000000001  PIPE BEVELING MACH
0000001138  0000000001  PIPE BEVELING MACH
0000001139  0000000001  PIPE BEVELING MACH
0000001140  0000000001  PIPE BEVELING MACH
0000001141  0000000001  PIPE BEVELING MACH
0000001142  0000000001  PIPE BEVELING MACH
0000001189  0000000001  IRONWORKER
0000001208  0000000001  PIPE BENDER
0000001474  0000000001  PIPEWORX WELDING SYSTEM
0000001504  0000000001  CNC FULL AUTOMATIC TUBE BENDIN
0000001522  0000000001  CNC FULL AUTOMATIC TUBE BENDIN
0000001637  0000000001  RIDGID 535 115V PIPE THREADER
0000002022  0000000001  WATTS PIPE CUTTING MACHINE,  M

| | | |
|---|---|---|
| 0000002040 | 0000000001 | PROHEAT 35 WITH TEMPERATURE CO |
| 0000002041 | 0000000001 | DIGITAL RECORDER 6 CHANNEL PIPEWORK EQUIPMENT |
| 0000002066 | 0000000001 | RTC93287 THREADING MACHINE 1/2 |
| 0000002124 | 0000000001 | 3D HW LS FOCUS S150 |

### Category: RADIO  Radio

| | | |
|---|---|---|
| 0000001250 | 0000000001 | RADIOS |
| 0000001251 | 0000000001 | RADIOS |
| 0000001442 | 0000000001 | MOTOROLA RADIOS (6) |
| 0000001455 | 0000000001 | MOTOROLA HT750 UHG RADIO USED |
| 0000001688 | 0000000001 | MOTOROLO TWO WAY RADIO |
| 0000001944 | 0000000001 | MOTOROLA HT750 UHF_INTRINSICAL |
| 0000001953 | 0000000001 | MOTOROLA HT750 |
| 0000001954 | 0000000001 | MOTOROLA HT 750 |
| 0000001955 | 0000000001 | MOTOROLA HT750 |
| 0000001956 | 0000000001 | MOTOROLA HT750 |
| 0000001957 | 0000000001 | MOTOROLA HT750 |
| 0000001958 | 0000000001 | MOTOROLA HT750 |
| 0000001959 | 0000000001 | MOTOROLA HT750 |
| 0000001960 | 0000000001 | MOTOROLA HT750 |
| 0000002004 | 0000000001 | MOTOROLA HT750 UHF AAH25RDC9AA |
| 0000002051 | 0000000001 | MOTOROLA HT750 RECONDITIONED R |
| 0000002052 | 0000000001 | RECONDITIONED RADIOS INV# 3501 |
| 0000002053 | 0000000001 | RADIOS MOTOLOA HT750 REBUILT |
| 0000002094 | 0000000001 | PO 055673 MOTOROLA HT750 RADIOS |
| 0000002094 | 0000000002 | TX COMPTROLLER OF PUBLIC ACCTS |
| 0000002144 | 0000000001 | MOTOROLA HT750 UHF AAH25RDC/SDC9AA2AN RADIO & ANTENNA |

### Category: TOOLS  Tools

| | | |
|---|---|---|
| 0000001125 | 0000000001 | DRILL PRESS |
| 0000001129 | 0000000001 | 9 END GRINDER |
| 0000001130 | 0000000001 | 5 END GRINDER |
| 0000001152 | 0000000001 | LG BANDSAW |
| 0000001191 | 0000000001 | LASER INSTRUMENT |
| 0000001234 | 0000000001 | J LOMAX TOOLS |
| 0000001549 | 0000000001 | BAND SAW & BLADES |
| 0000001550 | 0000000001 | HHP HIGH SPEED BEVELING KIT |
| 0000001641 | 0000000001 | H2 MONITORS REF INV#D102072 |
| 0000002056 | 0000000001 | METAL CUTTING BAND SAW TULSA FAB |
| 0000002109 | 0000000001 | SULLAIR SHOPTEK COMPRESSOR |
| 0000002128 | 0000000001 | TRIMBLE RTS873 ROBOTIC TOTAL STATION |
| 0000002136 | 0000000001 | MAT03-0104-000 SADDLE MACHINE 4SA 20"-26" |
| 0000002149 | 0000000001 | GL722 DUAL SLOPE LASER |

### Category: TRAILER  Trailer

| | | |
|---|---|---|
| 0000001075 | 0000000001 | 14' ENCLOSED TRAILER |
| 0000001076 | 0000000001 | 1998 26' TRAVEL TRAILER |
| 0000001079 | 0000000001 | 2003 WANDERER TRAVEL TRAILER |
| 0000001082 | 0000000001 | MAXEY 12' SINGLE AXLE TRAILER |
| 0000001083 | 0000000001 | MAXEY 18' UNTILITY TRAILER |
| 0000001086 | 0000000001 | TRAILER |
| 0000001087 | 0000000001 | TWO TRAILERS |
| 0000001090 | 0000000001 | WELD TEST TRAILERS |
| 0000001102 | 0000000001 | CALIBRATION TRAILER |
| 0000001212 | 0000000001 | TRAILER |
| 0000001215 | 0000000001 | TRAILER |
| 0000001216 | 0000000001 | TRAILER |
| 0000001217 | 0000000001 | TRAILER |
| 0000001218 | 0000000001 | TRAILER |

0000001223 0000000001 TRAILER
0000001224 0000000001 TRAILER
0000001225 0000000001 TRAILER
0000001227 0000000001 TRAILER
0000001235 0000000001 TRAILER
0000001236 0000000001 STEPHENVILLE TRAILER
0000001243 0000000001 TRAILER
0000001246 0000000001 G- NECK TRAILER
0000001547 0000000001 WATER TRLR 63925
0000001547 0000000002 WATER TRLR 63925
0000001548 0000000001 WATER TRLR 64585
0000001861 0000000001 33' DUAL AXEL, 20,000LB GOOSEN
0000002084 0000000001 2013 BIG TEX GOOSENECK TRAILER - TRANS FROM LECA
0000002085 0000000001 2013 TRAIL TECH TRAILER - TRANS FROM LECA

### Category: TRUCK   Truck

0000001192 0000000001 1999 FORD PU
0000001195 0000000001 1999 FORD F150
0000001203 0000000001 1999 FORD F150
0000001206 0000000001 1999 FORD F150
0000001207 0000000001 1999 FORD F150

### Category: VAN   Van

0000001110 0000000001 STORAGE VAN

### Category: WELDING   Welding Equipment

0000001185 0000000001 MILLER WELDING MACHI
0000001186 0000000001 MILLER WELDING MACHI
0000001199 0000000001 MILLER WELDERS
0000001204 0000000001 WELDING MACHINE
0000001209 0000000001 WELDING MACHINE
0000001219 0000000001 WELDER
0000001228 0000000001 WELDER
0000001229 0000000001 WELDER
0000001232 0000000001 WELDER
0000001233 0000000001 WELDER
0000001438 0000000001 PROHEAT INDUCTION HEATING UNIT
0000001439 0000000001 PROHEAT INDUCTION HEATING UNIT
0000001440 0000000001 PROHEAT INDUCTION HEATING UNIT
0000001441 0000000001 PROHEAT INDUCTION HEATING UNIT
0000001453 0000000001 KRAUTKRAMER MIC 10 PORTERABLE HARDNESS TESTER
0000001564 0000000001 USED LIBURDI ORBITAL WELDING MACHINES
0000001687 0000000001 WELDER POSITIONER
0000001771 0000000001 PLASMA CUTTER PO#035439
0000001991 0000000001 WELDERS/EQUIPMENT PO 041451
0000001991 0000000002 WELDERS/EQUIPMENT PO 041451
0000001991 0000000003 WELDERS/EQUIPMENT PO 041451
0000001991 0000000004 WELDERS/EQUIPMENT PO 041451
0000001991 0000000005 WELDERS/EQUIPMENT PO 041451
0000001991 0000000006 WELDERS/EQUIPMENT PO 041451
0000001991 0000000007 WELDERS/EQUIPMENT PO 041451
0000001991 0000000023 WELDERS/EQUIPMENT PO 041451
0000001992 0000000001 WELDERS/EQUIPMENT PO 041472
0000002029 0000000001 PO 046464 WELDING EQUIP
0000002030 0000000031 PO 046465 WELDING EQUIP
0000002030 0000000032 PO 046465 WELDING EQUIP
0000002030 0000000038 PO 046465 WELDING EQUIP
0000002030 0000000039 PO 046465 WELDING EQUIP
0000002030 0000000040 PO 046465 WELDING EQUIP

15

0000002030  0000000041  PO 046465 WELDING EQUIP
0000002030  0000000042  PO 046465 WELDING EQUIP

**Class:   FURNITURE   Furniture**

**Category: CHAIR   Chair**

0000000136  0000000001  10 SIDE CHAIRS
0000000140  0000000001  LAZYBOY 92214 SIDE CHAIR
0000000141  0000000001  OFS SIDE CHARS1- ASHLEY, 1-DOM
0000000149  0000000001  4 CHAIR MATTS
0000001757  0000000001  CHAIR PO#035293
0000001802  0000000001  CHAIRS
0000002049  0000000001  ALERV44LS10C SWIVEL TILT CHAIR

**Category: DESK   Desk**

0000000114  0000000001  DESKS, HUTCH, CHAIR, FILE, ETC
0000000121  0000000001  O'KELLEY-OFFICE DESK & HUTCH
0000000124  0000000001  O'KELLEY- OFFICE DESK , HUTCH & CHAIRS, ETC.
0000000125  0000000001  O'KELLEY- OFFICE DESK, HUTCH & FILE DRAWER
0000000128  0000000001  CITIZENS GLASS-GLASS TOP FOR DESK
0000000133  0000000001  HUTCH DESK
0000000135  0000000001  SET DESK CRED-HUTCH- 2 DR LATERAL
0000000137  0000000001  2 NATIONAL SETS DESK, CRED. HUTCH
0000000143  0000000001  3 HON 30' 4 DR GREY
0000000144  0000000001  HON 30' 2 DR BLK
0000000152  0000000001  O'KELLY- 2 DESKS AND DRAWERS
0000001758  0000000001  DESK PO#035293
0000001777  0000000001  FURNITURE PO#035710

**Category: FILE   File**

0000001759  0000000001  FILE PO#035293

**Category: OTHER   Other**

0000000076  0000000001  IRVING OFFICE FURNITURE
0000000108  0000000001  WORKSTATIONS
0000000109  0000000001  SHELVING
0000000110  0000000001  4TH FLOOR FURNITURE & ASSEMBLY
0000000111  0000000001  PANEL-4TH FLOOR
0000000112  0000000001  ALUMINUM BLINDS-FOURTH FLOOR
0000000113  0000000001  4TH FLOOR -2 WRKSTNS/CHAIRS
0000000115  0000000001  PANEL-3RD FLOOR
0000000116  0000000001  ASSEMBLY/INSTALL-3RD FLOOR
0000000117  0000000001  ALUMINUM BLINDS-THIRD FLOOR
0000000118  0000000001  ALUMINUM BLINDS-SECOND FLOOR
0000000119  0000000001  FURNITURE ASSEMLY/INSTALL
0000000120  0000000001  TWO WORKSTATIONS/CHAIRS
0000000122  0000000001  O'KELLEY - WIDITH 66' HIGH PANEL
0000000123  0000000001  O'KELLEY- CHAIRS & WORKSTATION
0000000126  0000000001  THOMAS EVERETTS
0000000127  0000000001  COUNTRY MOVING OF ABILENE
0000000129  0000000001  DAVID WALDROP INDUS.-SOFA, TABLES, MIRROR,ETC.
0000000130  0000000001  DAVID WALDROP INDUS-TRUCK, LOADING,UNLOADING
0000000131  0000000001  NORTHPOINT OFFICE FURNITURE
0000000132  0000000001  OKELLEY OFFICE FURNITURE
0000000134  0000000001  O'KELLEY FURNITURE
0000000138  0000000001  NATIONAL 2 DR LAT FILE
0000000139  0000000001  5 NATIONAL BOOKCASES 60
0000000142  0000000001  WOOLLINEN 030-080

16

0000000147  0000000001  WOODHAVEN SPACE
0000000148  0000000001  GLOBAL
0000000150  0000000001  SPANISH COLONIAL CHEST
0000001460  0000000001  IRVING OFFICE FURNITURE
0000001469  0000000001  72" CHERRY BOOKCASES
0000001760  0000000001  OTHER PO#035293
0000001891  0000000001  CONTBLE/BOARD/BUFFET PO037530
0000002005  0000000001  21 84" PANELS & CONNECTORS
0000002026  0000000001  FURNITURE FOR HOUSTON OFFICE
0000002054  0000000001  FURNITURE TULSA FAB PO 048161
0000002095  0000000001  PO 053502 RANDY LIPPS FURNITURE
0000002095  0000000002  TAX
0000002153  0000000001  BOW FRONT DESK SHELL W/ RIGHT EXTENSION-TYLER OFFICE
0000002173  0000000001  FF PEDESTAL IN GREY

### Category: TABLE   Table

0000000145  0000000001  COASTER 8' TABLE
0000000146  0000000001  COASTER 42
0000000151  0000000001  CONSOLE TABLE
0000001761  0000000001  TABLE PO#035293


## Class:   LANDIMP   Land Improvements
### Category: ELECT IMPR   Electrical Improvements

0000001795  0000000001  ELECTRICAL IMPROVEMENTS


### Category: FENCE   Fence

0000001643  0000000001  FENCE- MILD FENCE COMPANY
0000001791  0000000001  CHAINLINK WITH BARBWIRE


### Category: GRAD LAND   Grading Land

0000001708  0000000001  MONTANA YARD WORK SURVEYS
0000001772  0000000001  GRADING LAND


### Category: ROAD ACCES   Roadway Access

0000001796  0000000001  ROADWAY ACCESS


### Category: SIGN   Sign

0000001718  0000000001  ALL STATE SIGNS


### Category: WATER WELL   Water Well

0000001742  0000000001  WATER LINE
0000001792  0000000001  SITE SEPTIC SYSTEM
0000001793  0000000001  WATER WELL


## Class:   LSHLDIMP   Leasehold Improvements
### Category: ADDITION   Building Addition

0000001507  0000000001  WEST SHOP E BLDG EXPANSION
0000001727  0000000001  MODSPACE FURNITURE PO 033418
0000001732  0000000001  UPGRADE SUPPORT FOR 6 PLEX OFFICE BUILDING


### Category: COMMUNICAT   Communications Equipment

17

0000001721  0000000001  PO#034517 CABLING
0000001942  0000000001  4 VOICE AND DATA DROPS LABOR &
0000001982  0000000001  LABOR & MATERIALS FOR 59 VOICE
0000001993  0000000001  LABOR, MATERIALS, EQUIPMENT, E
0000001994  0000000001  CISCO SX20 QUICK SET HD, NPP
0000002037  0000000001  195 CAT6 CABLE RUNS/DROPS, 5 T
0000002038  0000000001  AUDIO/VISUAL MISC CABLES, CONN

### Category: OTHER   Other

0000001570  0000000001  ONE (1) 5 TON LIEBERT HVAC
0000001640  0000000001  NOV HILL DIRT WORK
0000001670  0000000001  HAMMER HEAD IMPROVEMENT
0000001790  0000000001  LEASEHOLD IMPR PO#035999
0000001803  0000000001  ELECTRICAL WORK FOR GENERATOR 1686
0000001818  0000000001  FENCE
0000002003  0000000001  REPLACE CHILLER @ S 1ST WITH 7

### Category: REMODEL   Remodel

0000001252  0000000001  KEYSTONE CENTER - SPACE RENOVATION JE #005157
0000001506  0000000001  SOUTH SHOP BLDG IMPROVEMENT
0000001508  0000000001  CAP CONSTRUCTION STORGE IMPROVEMENT
0000001523  0000000001  LAUREN FLAG POLES AT SHOP
0000001919  0000000001  SOUTH SHOP INSULATION
0000001990  0000000001  FAB SHOP SEWER SYSTEM
0000002002  0000000001  FURNISH, INSTALL ROLL CARPET O
0000002015  0000000001  EAST SHOP ELECTRIC IMPROVEMENTS
0000002099  0000000001  FAB SHOP BEAMS AND RAILS
0000002099  0000000002  TAX ON PO 056831-BEAMS

### Category: TULSAFAB   BUILDING & MACHINERY TULSA FA

0000002060  0000000001  SIGNS TULSA OK LOCATION
0000002071  0000000001  PO 052153 STEEL FOR  MOUNTING CRANES
0000002073  0000000001  MODIFY CURRENT OVERHEAD CRANE

### Class:   OFFICEEQ   Office Equipment
### Category: COMMUNICAT   Communications Office Equip

0000001033  0000000001  THORNE ELECTRONICS
0000001039  0000000001  TELEPHONE SYSTEMS
0000001041  0000000001  TELEPHONE
0000001046  0000000001  TELEPHONE SYSTEM
0000001048  0000000001  6 TELEPHONES
0000001050  0000000001  TELEPHONE SYSTEM
0000001053  0000000001  TELEPHONE
0000001054  0000000001  TELECOM
0000001058  0000000001  THORNE ELECTRONICS
0000001059  0000000001  AVAYA PHONES
0000001060  0000000001  TELEPHONE
0000001063  0000000001  KENNY WALTERS-PHONE SYSTEM
0000001064  0000000001  TELEPHONE
0000001065  0000000001  TELEPHONE
0000001066  0000000001  TELEPHONE
0000001067  0000000001  METROLINE DIRECT
0000001068  0000000001  TANDBERG (VIDEO CONFERENCE EQUIP)
0000001069  0000000001  TELEPHONE
0000001070  0000000001  TELECOM UNLIMITED
0000001071  0000000001  TELEPHONE SYSTEM FAB SHOP
0000001425  0000000001  AVAYA 5420

18

| | | |
|---|---|---|
| 0000001426 | 0000000001 | AVAYA 5420 |
| 0000001686 | 0000000001 | 3 PHASE GENERATOR W/ MONICO MONITORING |
| 0000001756 | 0000000001 | UPGRADE PHONE SYSTEM |
| 0000001789 | 0000000001 | PHONE SETS PO#036247 |
| 0000001977 | 0000000001 | PHONES PO #041361 |
| 0000001978 | 0000000001 | PHONES PO #041464 |
| 0000001979 | 0000000001 | PHONES PO #041359 |
| 0000002174 | 0000000001 | (35) NETWORK CABLING/AUDIO VISUAL SETUP/ELECTRICAL INSTAL |

**Category: COPIER   Copier**

| | | |
|---|---|---|
| 0000001057 | 0000000001 | ERVIN LEASING |
| 0000001557 | 0000000001 | XEROX 510 DP SYSTEM SERIAL # P |

**Category: OTHER   Other Office Equipment**

| | | |
|---|---|---|
| 0000001040 | 0000000001 | IBM 1500 TYPEWRITER |
| 0000001042 | 0000000001 | TYPEWRITER |
| 0000001043 | 0000000001 | OFFICE EQUIP |
| 0000001045 | 0000000001 | REFRIGERATOR |
| 0000001049 | 0000000001 | ICE MAKER |
| 0000001051 | 0000000001 | FAB SHOP ICE MAKER |
| 0000001061 | 0000000001 | NEC NP60  XGA 3000- PROJECTOR |
| 0000001072 | 0000000001 | ACME SIGN |
| 0000001073 | 0000000001 | ACME SIGN |
| 0000001074 | 0000000001 | DAVID WALFROP - 2 MAP PRINTS |
| 0000001528 | 0000000001 | ELMO TT-02RX W/PROJ |
| 0000001536 | 0000000001 | SHREDDER FOR HR # 215042 - 02- |
| 0000001689 | 0000000001 | AV EQUIPMENT |
| 0000002096 | 0000000001 | DESNO / MOVINCOOL / OFFICE PRO |
| 0000002096 | 0000000002 | FLEXIBLE DUCT KIT (LAY45820-00 |
| 0000002096 | 0000000003 | FREIGHT |
| 0000002096 | 0000000004 | TAX |

**Category: POSTAGE   Postage machine**

| | | |
|---|---|---|
| 0000001036 | 0000000001 | POSTAGE MACHINE |

**Category: PRINTER   Printer**

| | | |
|---|---|---|
| 0000001062 | 0000000001 | TOSHIBA TLP-X3000U |

**Class:    VEHICLES   Vehicles**

**Category: EQUIPMENT   Equipment**

| | | |
|---|---|---|
| 0000000032 | 0000000001 | 2 AIR MONITORS - LONE STAR SAFETY AND SUPPLY |
| 0000000034 | 0000000001 | KEC TINY DRIVE- KEVINS EQUIPMENT CO |
| 0000000036 | 0000000001 | MONARCH INST- LASER ALIGNMENT TOOL |
| 0000000063 | 0000000001 | KUBOTA L4400 TRACTOR |
| 0000001661 | 0000000001 | JLG T HNDLR 6000LB-G6-42A |
| 0000002061 | 0000000001 | TOYOTA MODEL 8FGCSU20, INTERNA |
| 0000002062 | 0000000001 | TOYOTA FORKLIFT ID 13433 |

**Category: TRAILER   Trailer**

| | | |
|---|---|---|
| 0000000007 | 0000000001 | 20' X 8' STORAGE TRAILER |
| 0000000021 | 0000000001 | UTILITY TRAILER WITH REAR RAMP |
| 0000001617 | 0000000001 | CARGO TRAILER |
| 0000001618 | 0000000001 | CARGO TRAILER |
| 0000001638 | 0000000001 | CM - SS PICK UP BED ID# 67142 |
| 0000001703 | 0000000001 | CM SS TRUCK BED 86" X 84" X 58 |

| | | |
|---|---|---|
| 0000001726 | 0000000001 | GOOSENECK TRAILER PO#053837 |
| 0000001769 | 0000000001 | TRAILER PO#035841 |
| 0000002069 | 0000000001 | PO 051313 53 FOOT TOOL TRLRS |
| 0000002110 | 0000000001 | TRAILER TRANSPORT CONTAINERS |
| 0000002129 | 0000000001 | P634282 - 1979 STRI P63 TRAILER |
| 0000002129 | 0000000002 | TRANSPORT FROM JACKSONVILLE,FL TO ABILENE,TX |
| 0000002130 | 0000000001 | P634369 - 1979 STRI P63 TRAILER |
| 0000002130 | 0000000002 | TRANSPORT FROM JACKSONVILLE,FL TO ABILENE,TX |
| 0000002131 | 0000000001 | 151959L - 1978 BUDD 151 TRAILER |
| 0000002131 | 0000000002 | TRANSPORT FROM JACKSONVILLE,FL TO ABILENE,TX |
| 0000002132 | 0000000001 | S735198 - 1973 BRWN S73 TRAILER |
| 0000002132 | 0000000002 | TRANSPORT FROM JACKSONVILLE,FL TO ABILENE, TX |
| 0000002133 | 0000000001 | 1102590 - 1982 THEU ITA TRAILER |
| 0000002133 | 0000000002 | TRANSPORT FROM JACKSONVILLE,FL TO ABILENE, TX |
| 0000002134 | 0000000001 | 67177 - 1970 GIND 671 TRAILER |
| 0000002134 | 0000000002 | TRANSPORT FROM JACKSONVILLE,FL TO ABILENE, TX |
| 0000002137 | 0000000001 | RICHARD J BOOKS  - 40 FT TRAILER |
| 0000002146 | 0000000001 | BS CAPITAL ASSET  - TRAILER |
| 0000002146 | 0000000002 | TRANSPORT FROM JACKSONVILLE,FL TO ABILENE,TX |
| 0000002147 | 0000000001 | BS CAPITAL ASSET  - TRAILER |
| 0000002147 | 0000000002 | TRANSPORT FROM JACKSONVILLE,FL TO ABILENE,TX |
| 0000002148 | 0000000001 | BS CAPITAL ASSET  - TRAILER |
| 0000002148 | 0000000002 | TRANSPORT FROM JACKSONVILLE,FL TO ABILENE,TX |
| 0000002163 | 0000000001 | TRAILER - F2022625 |
| 0000002164 | 0000000001 | TRAILER - TS25W12 |
| 0000002165 | 0000000001 | TRAILER - G2086184 |
| 0000002166 | 0000000001 | GOOSE NECK WIRE TRAILER-K7035589 |
| 0000002167 | 0000000001 | WIRE TRAILER - H1002035 |
| 0000002168 | 0000000001 | WIRE TRAILER - G1004410 |

**Category:  VEHICLE  Vehicle**

| | | |
|---|---|---|
| 0000000001 | 0000000001 | DYNAMICS ACTIVITY - FORD |
| 0000000002 | 0000000001 | TIMBERLINE MOVED OVER - FORD |
| 0000000003 | 0000000001 | 2006 DODGE PICKUP |
| 0000000022 | 0000000001 | 08 2500 DODGE-BLACK #101 |
| 0000000023 | 0000000001 | LAWERENCE HALL CHEV-MAZDA |
| 0000000024 | 0000000001 | STULL PICKUP #80 |
| 0000000026 | 0000000001 | FORD F-250 |
| 0000000027 | 0000000001 | 2001 FORD EXPLORER |
| 0000000029 | 0000000001 | 2006 FORD PICKUP |
| 0000000030 | 0000000001 | 2006 FORD F150 |
| 0000000033 | 0000000001 | DODGE PICKUP |
| 0000000035 | 0000000001 | 1993 BUS |
| 0000000042 | 0000000001 | 2004 FORD F-150 |
| 0000000043 | 0000000001 | 2002 DODGE PICKUP |
| 0000000048 | 0000000001 | 2006 FORD F150 |
| 0000000050 | 0000000001 | 2005 GMC 3500 PICKUP |
| 0000000053 | 0000000001 | FORD F150 |
| 0000000056 | 0000000001 | 2006 FORD PICKUP |
| 0000000058 | 0000000001 | 2006 FORD PICKUP |
| 0000000061 | 0000000001 | 2005 FORD F-150 PICKUP |
| 0000000064 | 0000000001 | 94 FREIGHTLINER TRUCK #1FUYDZYB3RH856756 |
| 0000000065 | 0000000001 | 97 DORSEY TRAILER #1DTY |
| 0000000066 | 0000000001 | 2008 FORD F150 SERIES |
| 0000000067 | 0000000001 | 2008 FORD F150 SERIES |
| 0000001430 | 0000000001 | 2009 FORD F-150 SUPERCAB |
| 0000001431 | 0000000001 | 2009 FORD F-150 SUPERCAB |
| 0000001480 | 0000000001 | 1992 FORD F350 CLASS 3 (GVW 10 |
| 0000001481 | 0000000001 | 2002 FORD E350 CLASS 1 (GVW 0 |
| 0000001668 | 0000000001 | EXTENDED WARRANTY FOR ASSET 1667 |

20

```
0000001779  0000000001  BUS 66 PASSENGER PO#038850
0000001884  0000000001  2012 FORD XLT PO #038049
0000001885  0000000001  2011 F-150  1FTFX1EF3BFB324
0000001904  0000000001  2013 F-150 1FTFW1CF1DFB72474
0000001910  0000000001  2013 F-150 4X4    VIN 1FTFX1E
0000001922  0000000001  2013 F-150 4X4    VIN 1FTFX1E
0000001985  0000000001  2014 F-250 1FT7W2BT4EEA15515
0000001997  0000000001  2006 FREIGHTLINER VIN#22243
0000001999  0000000001  2011 FORD F150 CREW CAB 1FTFW1CF0CFA14156
0000002000  0000000001  2011 FORD F150SCAB 4X4 1FTFX1EFX6KE18131
0000002001  0000000001  2010 FORD F150 SCAB 1FTFX1CF38FA14972
0000002010  0000000001  2014 F-150 VIN 1FTFW1EF5EKE923
0000002050  0000000001  2005 OTTAWA  MMANDO 30
0000002083  0000000001  2014 FORD 350 4X4 DUALLY - TRANS FROM LECA
0000002108  0000000001  LAWRENCE HALL FORD - 2017 F250 46836
0000002160  0000000001  FORD E350 PASSENGER VAN-A85616
0000002161  0000000001  FORD E350 PASSENGER VAN-A85779
0000002162  0000000001  FORD E350 PASSENGER VAN-A50536
0000002170  0000000001  FORD E350 PASSENGER VAN-A75035
0000002171  0000000001  FORD E350 PASSENGER VAN-A99846
0000002172  0000000001  FORD E350 PASSENGER VAN-B00470
```

LEC Equipment on Enterprise Jobsite

| Item | Description |
| --- | --- |
| Semi Trailer 1 | White, South Trailer, "Lincoln" Label |
| Semi Trailer 2 | Blue Color, Window Unit AC on end of trailer |
| Semi Trailer 3 | Grey Color, "Pac-Van" Label |
| Office Trailer | "Caddell" Label |
| Conex 1 | Red Color |
| Conex 2 | White Color |
| Covered Hauling Trailer | White |
| Gooseneck Trailer | Black |
| Flatbed Trailer | Black |
| Flatbed Truck | Dodge Ram |
| Flatbed Truck | Freightliner |
| Truck | Ford Pickup |
| Jobsite Toolboxes | Misc sizes/colors. |
| Misc materiel | Misc material/equipment around the trailers. Various Photos |

DocuSign Envelope ID: 401AFD76-F0E6-4329-93B9-DE0BC8AF44AB

Name of Insured: The Lauren Corporation, et al    Total Premiums: $2,154,633.73

## Schedule of Policies

| POLICY PREFIX AND NUMBER | EFFECTIVE DATE OF POLICY MM/DD/YY | NAME & CITY OF INSURANCE COMPANY AND NAME & CITY OF GENERAL AGENT OR COMPANY OFFICE | TYPE OF COVERAGE | POLICIES SUBJECT TO AUDIT (✓) | TERM IN MONTHS COVERED | MIN EARNED PREM | DAYS TO CANCEL | SHORT RATE (✓) | PREMIUM AMOUNTS | |
|---|---|---|---|---|---|---|---|---|---|---|
| TB2-691-4712 82-011 | 1/1/2021 | Liberty Mutual Fire Insurance Company 175 Berkeley Street Boston, MA 02116 | GENERAL LIABILITY | | 12 | 0% | 10 | ✔ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $203,427.00 $0.00 $0.00 $0.00 $0.00 |
| AS2-691-4712 82-031 | 1/1/2021 | Liberty Mutual Fire Insurance Company 175 Berkeley Street Boston, MA 02116 | AUTO LIABILITY | | 12 | 0% | 10 | ✔ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $85,725.00 $0.00 $0.00 $0.00 $0.00 |
| TH7-961-4712 82-041 | 1/1/2021 | Liberty Mutual Fire Insurance Company 175 Berkeley Street Boston, MA 02116 | EXCESS LIABILITY | | 12 | 0% | 10 | ✔ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $380,401.00 $0.00 $0.00 $0.00 $0.00 |
| P-001-000461 963-01 | 1/1/2021 | AXIS Surplus Insurance Company CRC Insurance Services Inc. 10375 Richmond Avenue - Ste. 500 Houston, TX 77042 | EXCESS LIABILITY | ✔ | 12 | 25% | 10 | ✔ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $112,500.00 $0.00 $0.00 $5,540.63 $0.00 |
| ELD30002728 900 | 1/1/2021 | Endurance American Specialty Ins Co CRC Insurance Services Inc. 10375 Richmond Avenue - Ste. 500 Houston, TX 77042 | EXCESS LIABILITY | ✔ | 12 | 25% | 10 | ✔ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $141,374.00 $0.00 $0.00 $6,962.67 $0.00 |
| | 1/1/2021 | Westchester Surplus Lines Insurance Co CRC Insurance Services Inc. 10375 Richmond Avenue - Ste. 500 Houston, TX 77042 | EXCESS LIABILITY | ✔ | 12 | 25% | 10 | ✔ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $105,000.00 $0.00 $0.00 $5,171.25 $0.00 |
| 1000325714-0 3 | 1/1/2021 | Liberty Surplus Insurance Corporation CRC Insurance Services Inc. 10375 Richmond Avenue - Ste. 500 Houston, TX 77042 | EXCESS LIABILITY | ✔ | 12 | 25% | 10 | ✔ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $96,200.00 $500.00 $0.00 $4,762.48 $0.00 |
| ITH10006505 9921 | 1/1/2021 | Starr Indemnity & Liability Company 399 Park Ave 8th Fl New York, NY 10022 | PROPERTY | | 12 | 0% | 10 | ✔ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $131,153.00 $0.00 $0.00 $0.00 $0.00 |
| WS11006656 | 1/1/2021 | Insurance Company of the State of PA 175 Water Street, 18th Floor New York, NY 10038 | FOREIGN PACKAGE | | 12 | 0% | 10 | ✔ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $3,350.00 $0.00 $0.00 $0.00 $0.00 |
| FBP2316475 | 1/1/2021 | Hartford Steam Boiler Inspec & Ins Co One State Street Hartford, CT 06102-5024 | BOILER & MACHINERY | | 12 | 0% | 10 | ✔ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $5,723.00 $0.00 $0.00 $0.00 $0.00 |
| | | | | | | | | PAGE 3 TOTALS | | $1,961,304.73 |

DocuSign Envelope ID: 401AFD76-F0E6-4329-93B9-DE0BC8AF44AB

Name of Insured: The Lauren Corporation, et al     Total Premiums: $2,154,633.73

## Schedule of Policies

| POLICY PREFIX AND NUMBER | EFFECTIVE DATE OF POLICY MM/DD/YY | NAME & CITY OF INSURANCE COMPANY AND NAME & CITY OF GENERAL AGENT OR COMPANY OFFICE | TYPE OF COVERAGE | POLICIES SUBJECT TO AUDIT (✔) | TERM IN MONTHS COVERED | MIN EARNED PREM | DAYS TO CANCEL | SHORT RATE (✔) | PREMIUM AMOUNTS | |
|---|---|---|---|---|---|---|---|---|---|---|
| ICELLUW001 03382 | 1/1/2021 | Ironshore Specialty Insurance Company R-T Specialty LLC Prudential Plaza 180 N. Stetson Ave. STE #4600 Chicago, IL 60601 | CONTRACTORS POLL. LIAB. - CPL | ✔ | 12 | 25% | 10 | ✔ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $55,391.00 $0.00 $0.00 $2,728.01 $0.00 |
| DCP7BABXA RG002 | 1/1/2021 | Ironshore Specialty Insurance Company R-T Specialty LLC Prudential Plaza 180 N. Stetson Ave. STE #4600 Chicago, IL 60601 | ERRORS & OMISSIONS | ✔ | 12 | 25% | 10 | ✔ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $499,750.00 $0.00 $0.00 $24,612.69 $0.00 |
| | 1/1/2021 | XL Specialty Insurance Company Seaview House, 70 Seaview Ave Stamford, CT 069026040 | KIDNAP & RANSOM | | 12 | 0% | 10 | ✔ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $2,477.00 $0.00 $0.00 $0.00 $0.00 |
| | 1/1/2021 | Federal Insurance Company 202B Hall's Mill Road Whitehouse Station, NJ 08889 | DIRECTORS & OFFICERS | | 12 | 0% | 10 | ✔ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $63,212.00 $0.00 $0.00 $0.00 $0.00 |
| | 1/1/2021 | Federal Insurance Company 202B Hall's Mill Road Whitehouse Station, NJ 08889 | LAWYER PROF LIABILITY | | 12 | 0% | 10 | ✔ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $5,017.00 $0.00 $0.00 $0.00 $0.00 |
| | 1/1/2021 | ACE American Insurance Company 436 Walnut Street Philadelphia, PA 19106 | CYBER LIABILITY | | 12 | 0% | 10 | ✔ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $20,327.00 $0.00 $0.00 $0.00 $0.00 |
| | | | | | | | | | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | |
| | | | | | | | | | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | |
| | | | | | | | | | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | |
| | | | | | | | | | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | |
| | | | | | | | | PAGE 3 TOTALS | | $1,961,304.73 |

**Fill in this information to identify the case:**

Debtor name __**Lauren Engineers & Constructors, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF TEXAS__

Case number (if known) __**21-10051-rlj**__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Lonestar Technology Private Limited**<br>Creditor's Name<br>**Office No. 4B-4C, Cerebrum-B3 Level 6, Kalyani Nagar Pune, Maharashtra 411006 IN**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Intellectual property, designs, drawings, native files, and other work product relating to Tata project.** | **$528,654.00** | Unknown |

Creditor's email address, if known

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| | | | |
|---|---|---|---|
| **2.2** **Markel Surety d/b/a SureTec Indemnity Co**<br>Creditor's Name<br>**1330 Post Oak Blvd., Suite 1100 Houston, TX 77056**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**90 days or less: Receivables from projects** | **$10,000,000.00** *<br>**(per demand)** | **$7,168,144.00** |

Creditor's email address, if known

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Lauren Engineers & Constructors, Inc.**                                    Case number (if known)    **21-10051-rlj**
_____
                Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| **1. Markel Surety d/b/a SureTec Indemnity Co** | ☐ Disputed |
| **2. Origin Bank** | |

| | | |
|---|---|---|
| 2.3 | **Markel Surety d/b/a SureTec Indemnity Co** | **Describe debtor's property that is subject to a lien** |
| | Creditor's Name | **Over 90 days old: Receivables from projects.** |
| | **1330 Post Oak Blvd., Suite 1100** | |
| | **Houston, TX 77056** | |
| | Creditor's mailing address | **Describe the lien** |
| | | |
| | | **Is the creditor an insider or related party?** |
| | | ■ No |
| | Creditor's email address, if known | ☐ Yes |
| | | **Is anyone else liable on this claim?** |
| | **Date debt was incurred** | ■ No |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| | **Last 4 digits of account number** | |

$2,028,735.00

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. Markel Surety d/b/a SureTec Indemnity Co** | ☐ Disputed |
| **2. Origin Bank** | |

| | | |
|---|---|---|
| 2.4 | **Origin Bank** | **Describe debtor's property that is subject to a lien** |
| | Creditor's Name | **90 days or less: Receivables from projects** |
| | **9805 Katy Freeway, Suite 200** | |
| | **Houston, TX 77024** | |
| | Creditor's mailing address | **Describe the lien** |
| | | |
| | | **Is the creditor an insider or related party?** |
| | | ■ No |
| | Creditor's email address, if known | ☐ Yes |
| | | **Is anyone else liable on this claim?** |
| | **Date debt was incurred** | ☐ No |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| | **Last 4 digits of account number** | |

$8,024,932.33    $7,168,144.00

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.2** | ■ Disputed |

| | | | |
|---|---|---|---|
| 2.5 | **Origin Bank** | **Describe debtor's property that is subject to a lien** | $2,028,735.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor **Lauren Engineers & Constructors, Inc.**
Name

Case number (if known) **21-10051-rlj**

| | |
|---|---|
| Creditor's Name | **Over 90 days old: Receivables from projects.** |
| **9805 Katy Freeway, Suite 200** | |
| **Houston, TX 77024** | |
| Creditor's mailing address | **Describe the lien** |
| | |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.3** | ☐ Disputed |

| 2.6 | **Origin Bank** | Describe debtor's property that is subject to a lien | | $123,282.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **Desktop and laptop computers, servers, printers, copiers, a/v equipment, hardware, paper shredder, postage machine, software, software licenses, power supply, telephones, radios, typewriter, cisco system, cabling. See Schedule A.B (inventor** |
| **9805 Katy Freeway, Suite 200** | |
| **Houston, TX 77024** | |
| Creditor's mailing address | **Describe the lien** |
| | |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

| 2.7 | **Origin Bank** | Describe debtor's property that is subject to a lien | | $659,364.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **Tools, welding equipment, piping equipment, fork-lift, heavy equipment, air compressors, sand blasters, icemakers, refrigerator. See Schedule A.B (inventory) for detail.** |
| **9805 Katy Freeway, Suite 200** | |
| **Houston, TX 77024** | |
| Creditor's mailing address | **Describe the lien** |
| | |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Lauren Engineers & Constructors, Inc.**

Name

Case number (if known)    **21-10051-rlj**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | **Origin Bank** | Describe debtor's property that is subject to a lien | | $0.00 |
|---|---|---|---|---|

Creditor's Name

**9805 Katy Freeway, Suite 200**
**Houston, TX 77024**

Creditor's mailing address

**Origin Bank - Checking - Payroll Account**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 | **Origin Bank** | Describe debtor's property that is subject to a lien | | $0.00 |
|---|---|---|---|---|

Creditor's Name

**9805 Katy Freeway, Suite 200**
**Houston, TX 77024**

Creditor's mailing address

**Origin Bank - Operating Account**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.10 | **Origin Bank** | Describe debtor's property that is subject to a lien | | $0.00 |
|---|---|---|---|---|

Creditor's Name

**9805 Katy Freeway, Suite 200**
**Houston, TX 77024**

Creditor's mailing address

**Origin Bank - Tax Account - Checking**

Describe the lien

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 5

Debtor **Lauren Engineers & Constructors, Inc.**
Name

Case number (if known) **21-10051-rlj**

---

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.11 | **Origin Bank** | **Describe debtor's property that is subject to a lien** | **$0.00** |
|---|---|---|---|

Creditor's Name

**9805 Katy Freeway, Suite 200**
**Houston, TX 77024**
Creditor's mailing address

**Origin Bank - Benefits Account**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  | **$18,553,586. 33** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Penn Huston**<br>**MouerHuston**<br>**349 Heights Boulevard**<br>**Houston, TX 77007** | Line **2.4** | |
| **R. Stephen Ressling**<br>**Chernosky, Smith, Ressling & Smith PLLC**<br>**3664 Walnut Bend Ln., Bldg. B**<br>**Houston, TX 77042-4851** | Line **2.4** | |

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 5 of 5

**Fill in this information to identify the case:**

Debtor name **Lauren Engineers & Constructors, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **21-10051-rlj**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,135.00** | **$2,135.00** |
|---|---|---|---|---|
| | **ABEL C NAJERA CORRAL**<br>**11460 ARDELLE AVE**<br>**EL PASO, TX 79936** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,440.00** | **$2,440.00** |
|---|---|---|---|---|
| | **ADAM BENAVIDES**<br>**241 NW AVE F**<br>**HAMLIN, TX 79520** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

Debtor    **Lauren Engineers & Constructors, Inc.**                                Case number (if known)    **21-10051-rlj**
          Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,440.00** | **$2,440.00** |
|---|---|---|---|---|

**AL SANCHEZ**
**11906 TEANECK DR**
**HOUSTON, TX 77089**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$314.50** | **$314.50** |
|---|---|---|---|---|

**ALEJANDRO BEJAR**
**15517 AIKEN LN**
**HOUSTON, TX 77032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,135.00** | **$2,135.00** |
|---|---|---|---|---|

**ALONZO R MORALES**
**2605 TORONTO AVE**
**MCALLEN, TX 78503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,769.60** | **$8,769.60** |
|---|---|---|---|---|

**ANDREW I COLEMAN**
**6361 MANCHESTER CT**
**TYLER, TX 75703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,600.00 | $2,600.00 |
|---|---|---|---|---|

**ARMANDO A TORRES**
**9527 ROANOKE DR**
**EL PASO, TX 79924**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,440.00 | $2,440.00 |
|---|---|---|---|---|

**ARMANDO ARCINIEGA JR**
**4901 RANCHO VERDE PKWY**
**CROWLEY, TX 76036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,203.50 | $2,203.50 |
|---|---|---|---|---|

**ARMANDO SANCHEZ JR**
**5609 SAGO DR**
**WESLACO, TX 78599**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,300.00 | $1,300.00 |
|---|---|---|---|---|

**AUBREE F FULCHER**
**3934 PURDUE LANE**
**ABILENE, TX 79602**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Lauren Engineers & Constructors, Inc. | Case number (if known) | 21-10051-rlj |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,923.20 | $1,923.20 |
|---|---|---|---|---|

**BECKY WHITENER**
**1147 ELMWOOD DR**
**ABILENE, TX 79602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $314.50 | $314.50 |
|---|---|---|---|---|

**BIZMARCK BEJAR**
**15517 AIKEN LN**
**HOUSTON, TX 77032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $824.00 | $824.00 |
|---|---|---|---|---|

**BRENDA D RAY**
**1410 WOODRIDGE DR**
**ABILENE, TX 79605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,281.68 | $2,281.68 |
|---|---|---|---|---|

**BRIAN CASEY**
**4709 SPANISH OAK CT**
**ABILENE, TX 79606**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

**2.15** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,323.20 | $3,323.20

**BRITTANY WHITE**
**725 CR 134**
**OVALO, TX 79541**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.16** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00

**BRYCE C DAVISON**
**333 SOUTHWIND CIR**
**ABILENE, TX 79602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.17** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,154.40 | $4,154.40

**CALEB CHEATHAM**
**5 NANDINA CIR**
**ABILENE, TX 79605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.18** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,610.00 | $1,610.00

**CASIMIRO RODARTE**
**13125 OLD HEARNE RD**
**BRYAN, TX 77803**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,220.00** | **$1,220.00** |
|---|---|---|---|---|

**CELESTINO RIVERA**
**6025 TRESCON**
**HOUSTON, TX 77048**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,120.00** | **$2,120.00** |
|---|---|---|---|---|

**CESAR I GARCIA SERNA**
**1952 S SEMINOLE ST**
**AMARILLO, TX 79103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,160.00** | **$8,160.00** |
|---|---|---|---|---|

**CHARLES L ASHMORE**
**1703 SLAYDON**
**HENDERSON, TX 75654**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,800.00** | **$4,800.00** |
|---|---|---|---|---|

**CHARLES PRICE**
**3617 DUKE LN**
**ABILENE, TX 79602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number *(if known)* | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,230.40** | **$5,230.40** |
|---|---|---|---|---|
| | **CHRISTOPHER LEFLER** | *Check all that apply.* | | |
| | **977 PLEASANT VALLEY RD** | ☐ Contingent | | |
| | **WHITE SULPHUR SPRINGS, WV** | ☐ Unliquidated | | |
| | **24986** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,491.00** | **$4,491.00** |
|---|---|---|---|---|
| | **CHRISTOPHER T STURDIVANT** | *Check all that apply.* | | |
| | **315 ASLHEY 201W** | ☐ Contingent | | |
| | **CROSSETT, AR 71635** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,004.50** | **$2,004.50** |
|---|---|---|---|---|
| | **CHRISTOPHER TORRES** | *Check all that apply.* | | |
| | **12505 COUNTY RD 416** | ☐ Contingent | | |
| | **CROSS PLAINS, TX 76443** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,400.00** | **$11,400.00** |
|---|---|---|---|---|
| | **CLAY A BOYCE** | *Check all that apply.* | | |
| | **706 MAJI RD** | ☐ Contingent | | |
| | **WHITEHOUSE, TX 75791** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | Lauren Engineers & Constructors, Inc. | Case number (if known) | 21-10051-rlj |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $936.00 | $936.00 |
|---|---|---|---|---|

**CLIFFORD WALKER III**
**118 MORGAN LN**
**NATCHITOCHES, LA 71457**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,491.00 | $4,491.00 |
|---|---|---|---|---|

**CORBY STURDIVANT**
**1601 ARCADIA DRIVE**
**RUSTON, LA 71270**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $192.00 | $192.00 |
|---|---|---|---|---|

**CORINTHIAN X JONES JR**
**2192 LAMORE DR**
**COLUMBUS, GA 31907**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,908.02 | $1,908.02 |
|---|---|---|---|---|

**CRAIG D LOVE**
**8350 HORSESHOE CIRCLE**
**ABILENE, TX 79602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,492.00** | **$5,492.00** |
|---|---|---|---|---|

**CRAIG MENDENHALL**
**1882 ELMWOOD**
**ABILENE, TX 79605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,097.60** | **$3,097.60** |
|---|---|---|---|---|

**CURTIS STANLEY**
**508 CONRAD HILTON BLVD**
**CISCO, TX 76437**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,780.00** | **$3,780.00** |
|---|---|---|---|---|

**DALE CRAWFORD**
**2412 BROOK HOLLOW DR**
**ABILENE, TX 79605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,932.16** | **$12,932.16** |
|---|---|---|---|---|

**DANIEL BARBEE**
**11233 CR 335**
**HAWLEY, TX 79525**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,135.00** | **$2,135.00** |
|---|---|---|---|---|

**DANIEL DELGADO**
**1005 BANKER RD**
**CANUTILLO, TX 79835**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,135.00** | **$2,135.00** |
|---|---|---|---|---|

**DARREN E BLACK**
**PO BOX 3617**
**PAGE, AZ 86040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,307.60** | **$5,307.60** |
|---|---|---|---|---|

**DAVID A FEIGHTNER**
**419 CR 3707**
**Bullard, TX 75757**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,846.40** | **$11,846.40** |
|---|---|---|---|---|

**DAVID JOINER**
**3034 RICSAN**
**ABILENE, TX 79605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Lauren Engineers & Constructors, Inc.**

Name

Case number (if known)  **21-10051-rlj**

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,920.00 | $3,920.00 |
|---|---|---|---|---|

**DAVID L FOLDEN**
**301 VINEYARD LN**
**BIRMINGHAM, AL 35242**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,320.00 | $5,320.00 |
|---|---|---|---|---|

**DAVID L PAZ**
**6001 SE 14TH AVE**
**AMARILLO, TX 79104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,778.40 | $2,778.40 |
|---|---|---|---|---|

**DAVID M BROWN**
**118 BUCKSHOT RD**
**ABILENE, TX 79602**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,369.34 | $4,369.34 |
|---|---|---|---|---|

**DAVID R. MCWRIGHT**
**PO BOX 93**
**BRONTE, TX 76933**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,320.00** | **$5,320.00** |
|---|---|---|---|---|

**DAVID S PAZ**
**1005 TENNANT ST**
**AMARILLO, TX 79104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,501.00** | **$2,501.00** |
|---|---|---|---|---|

**DAVID W GROVES**
**2044 FARM RD 2297**
**SULPHUR SPRINGS, TX 75482**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,313.68** | **$6,313.68** |
|---|---|---|---|---|

**DAVID WEATHERLY**
**339 ALEXANDRA**
**TUSCOLA, TX 79656**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,592.00** | **$2,592.00** |
|---|---|---|---|---|

**DEVON R TWEDELL**
**1624 P E DAIGLE ROAD**
**IOWA, LA 70647**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Lauren Engineers & Constructors, Inc.** | | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|---|

Name

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,596.00** | **$1,596.00** |
|---|---|---|---|---|

**DIANNA D DAVIS**
**3417 BUFFALO GAP RD**
**ABILENE, TX 79605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$481.00** | **$481.00** |
|---|---|---|---|---|

**DJ WRIGHT**
**5770 S EDMUNDS DR**
**CARSON CITY, NV 89701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,544.83** | **$5,544.83** |
|---|---|---|---|---|

**DONALD MATTERN**
**1825 OLDHAM LN**
**ABILENE, TX 79602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$840.00** | **$840.00** |
|---|---|---|---|---|

**DONOVAN G AYERS III**
**3201 AMARILLO ST**
**ABILENE, TX 79602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address<br>**DOUGLAS A TWEDELL II**<br>**10102 OLD BATON ROUGE HWY**<br>**HAMMOND, LA 70403** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,592.00** | **$2,592.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.52 | Priority creditor's name and mailing address<br>**DUSTIN E WEATHERFORD**<br>**1409 S MOCCASIN TRAIL**<br>**GILBERT, AZ 85296** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,028.32** | **$6,028.32** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.53 | Priority creditor's name and mailing address<br>**DUSTIN W BARBEE**<br>**126 CENTURY LANE**<br>**CLYDE, TX 79510** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12,932.16** | **$12,932.16** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.54 | Priority creditor's name and mailing address<br>**DWAYNE H ISTRE**<br>**2416 POM ROY RD**<br>**LAKE ARTHUR, LA 70549** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,120.00** | **$2,120.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,000.00** | **$6,000.00** |
|---|---|---|---|---|

**DWIGHT E MINOR**
**15119 NORTHWOOD**
**TYLER, TX 75703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,640.00** | **$3,640.00** |
|---|---|---|---|---|

**EDGAR D GONZALEZ**
**15111 SIRIUS CIR**
**SAN ANTONIO, TX 78245**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,190.00** | **$1,190.00** |
|---|---|---|---|---|

**EDWARD G WINEGEART**
**4734 PAMELA DR**
**ABILENE, TX 79606**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,120.00** | **$2,120.00** |
|---|---|---|---|---|

**EDWIN H LOZANO**
**70 DELICADO DR**
**WHITE ROCK, NM 87547**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,600.00** | **$2,600.00** |
|---|---|---|---|---|

**ELDEN WAYMAN**
**343 PR 2371**
**ABILENE, TX 79601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,935.61** | **$4,935.61** |
|---|---|---|---|---|

**ERIC ANDERSON**
**2334 GREENBRIAR DR.**
**ABILENE, TX 79605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,769.92** | **$6,769.92** |
|---|---|---|---|---|

**ERIC D ANDREWS**
**2212 DRIVER**
**BIG SPRING, TX 79720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,120.00** | **$2,120.00** |
|---|---|---|---|---|

**EVER GALLEGOS**
**205 CALLES LAS TUNAS**
**ESPANOLA, NM 87532**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Lauren Engineers & Constructors, Inc. | Case number (if known) | 21-10051-rlj |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,988.20 | $1,988.20 |
|---|---|---|---|---|

**FRANCA BENTON**
**1398 MEANDER ST.**
**ABILENE, TX 79602**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00 | $3,000.00 |
|---|---|---|---|---|

**GAIL CRAIN**
**531 APACHE LANE**
**ABILENE, TX 79601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,920.00 | $1,920.00 |
|---|---|---|---|---|

**GANJIGUUR NARMANDAKH**
**4405 N GARFIELD ST A106**
**MIDLAND, TX 79705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $936.00 | $936.00 |
|---|---|---|---|---|

**GERARDO CASTANEDA AVALOS**
**15250 PUMICE**
**EL PASO, TX 79928**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Lauren Engineers & Constructors, Inc.**
Name

Case number (if known) **21-10051-rlj**

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,925.00 | $1,925.00 |
|---|---|---|---|---|
| | **GERARDO SANTIAGO**<br>**HERNANDEZ**<br>**1112 PEACHTREE CR**<br>**ROUND ROCK, TX 78681** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $174,350.09 | $174,350.09 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 4, 2021** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $2,120.00 | $2,120.00 |
|---|---|---|---|---|
| | **ISIDRO MORENO MONTOYA**<br>**2236 CHARLES ST**<br>**PAMPA, TX 79065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,030.00 | $1,030.00 |
|---|---|---|---|---|
| | **JACE RHODES**<br>**2857 GILMER AVE**<br>**ABILENE, TX 79606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,520.00** | **$3,520.00** |
|---|---|---|---|---|
| | **JAIRO MUNGUIA**<br>**613 BANCROFT CHAPEL RD**<br>**KINGSPORT, TN 37660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,781.60** | **$2,781.60** |
|---|---|---|---|---|
| | **JAMES M PUCKETT**<br>**1317 Tulane Dr**<br>**ABILENE, TX 79602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$880.00** | **$880.00** |
|---|---|---|---|---|
| | **JAMES PAYNE**<br>**2317 JEANETTE**<br>**ABILENE, TX 79602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$5,852.00** | **$5,852.00** |
|---|---|---|---|---|
| | **JAMES PIERCE**<br>**2573 WILL PET RD**<br>**LUCEDALE, MS 39452** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

**2.75** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,901.60** | **$1,901.60**

**JANE WECKWERTH**
**1302 S. LEGGETT DR.**
**ABILENE, TX 79605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.76** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,440.00** | **$2,440.00**

**JARED A GEERS**
**207 S GRAND ST**
**CLARENCE, MO 63437**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.77** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$444.00** | **$444.00**

**JASON G JOHNSON**
**7399 PALOMAR AVE**
**YUCCA VALLEY, CA 92284**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.78** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,200.00** | **$3,200.00**

**JASON G LOYA**
**827 S ESPANOLA ST**
**LAS CRUCES, NM 88001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,307.60** | **$2,307.60** |
|---|---|---|---|---|
| | **JASON HINKLE**<br>**2560 COUNTY ROAD 133**<br>**HAMLIN, TX 79520** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$6,499.20** | **$6,499.20** |
|---|---|---|---|---|
| | **JASON MCFADDEN**<br>**6973 FM 1082**<br>**ABILENE, TX 79601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$8,698.88** | **$8,698.88** |
|---|---|---|---|---|
| | **JERRY L WHITLOW**<br>**4272 TIGER LN**<br>**LAKE ARTHUR, LA 70549** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,699.20** | **$3,699.20** |
|---|---|---|---|---|
| | **JERRY WHETSEL**<br>**1335 GLENHAVEN DRIVE**<br>**ABILENE, TX 79603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$880.00** | **$880.00** |
|---|---|---|---|---|

**JESUS A RANGEL**
**1533 GREEN**
**ABILENE, TX 79603**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$920.00** | **$920.00** |
|---|---|---|---|---|

**JESUS M SALCIDO**
**4805 W COUNTY RD 120**
**MIDLAND, TX 79706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,212.00** | **$7,212.00** |
|---|---|---|---|---|

**JIMMY D COATS III**
**1500 CHACO**
**GRANTS, NM 87020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,200.04** | **$1,200.04** |
|---|---|---|---|---|

**JOEL ORDWAY**
**2309 COOKE STREET**
**ABILENE, TX 79605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor    **Lauren Engineers & Constructors, Inc.**                    Case number (if known)    **21-10051-rlj**
     Name

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,135.00 | $2,135.00 |
|---|---|---|---|---|
| | **JOEY F MARTIN**<br>**1316 TX-3**<br>**LEAGUE CITY, TX 77573** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,448.00 | $1,448.00 |
|---|---|---|---|---|
| | **JOHN D BILBREY**<br>**200 E PIONEER ST**<br>**RISING STAR, TX 76471** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,412.28 | $1,412.28 |
|---|---|---|---|---|
| | **JOHN E COTTEN**<br>**12522 STATE HWY 31 E**<br>**BROWNSBORO, TX 75756** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,030.40 | $13,650.00 |
|---|---|---|---|---|
| | **JOHN J. HYLAND**<br>**2326 VALHOLLA COURT**<br>**ABILENE, TX 79606** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |
|---|---|---|---|---|

**JOHN R CROSSMAN**
**302 BROOKE DR**
**ABILENE, TX 79601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $314.50 | $314.50 |
|---|---|---|---|---|

**JONATHAN BEJAR**
**15246 LA JOLLA LN**
**HOUSTON, TX 77060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,135.00 | $2,135.00 |
|---|---|---|---|---|

**JOSE G CADENA JR**
**613 BANCROFT CHAPEL RD**
**KINGSPORT, TN 37660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,456.00 | $1,456.00 |
|---|---|---|---|---|

**JOSEPH A MCCARTY**
**3934 PURDUE LANE**
**ABILENE, TX 79602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,360.00 | $1,360.00 |
|---|---|---|---|---|
| | **JOSEPH R ROCCO**<br>**364 CHERYL AVE**<br>**WHITE ROCK, NM 87547** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,135.00 | $2,135.00 |
|---|---|---|---|---|
| | **JUAN A DURAN**<br>**1303 GREENFIELD AVE**<br>**MISSION, TX 78572** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,592.00 | $2,592.00 |
|---|---|---|---|---|
| | **JUAN C RODRIGUEZ**<br>**329 N 11TH ST**<br>**RAYMONDVILLE, TX 78580** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,464.00 | $1,464.00 |
|---|---|---|---|---|
| | **JUAN J ARELLANO RODARTE**<br>**2102 STONE MEADOW CIR**<br>**BRYAN, TX 77803** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,242.40** | **$1,242.40** |
|---|---|---|---|---|

**KARL G GREINER**
**6728 COUNTY ROAD 120**
**CLYDE, TX 79510**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$144.00** | **$144.00** |
|---|---|---|---|---|

**KAVANTE J CONERLY**
**3700 BUENA VISTA RD, APT 98**
**COLUMBUS, GA 31906**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$880.00** | **$880.00** |
|---|---|---|---|---|

**KELVIN L KNIGHT**
**218 CR 230**
**WINTERS, TX 79567**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,961.92** | **$11,961.92** |
|---|---|---|---|---|

**KENNETH BRUCE STEWART**
**4001 FAUDREE RD #D201**
**ODESSA, TX 79765**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Lauren Engineers & Constructors, Inc. | Case number (if known) | 21-10051-rlj |
|---|---|---|---|
| | Name | | |

**2.103** | Priority creditor's name and mailing address

**KENNETH W LEEDS JR**
**2016 N 550 W 49**
**CEDAR CITY, UT 84721**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,176.50    $1,176.50

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.104** | Priority creditor's name and mailing address

**KIMBERLY J DUNN**
**202 ELM**
**SNYDER, TX 79549**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$306.00    $306.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.105** | Priority creditor's name and mailing address

**KIRK BOSWELL**
**2015 BROOKHOLLOW**
**ABILENE, TX 79605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,315.67    $9,315.67

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.106** | Priority creditor's name and mailing address

**KYLE D. STEWART**
**2266 COUNTY ROAD 162**
**OVALO, TX 79541**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,961.92    $11,961.92

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Lauren Engineers & Constructors, Inc. | Case number (if known) | 21-10051-rlj |
|---|---|---|---|
| | Name | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $952.00 | $952.00 |
|---|---|---|---|---|

**LAURA A MCCLINTOCK**
**4434 MARGARITAS WAY**
**ABILENE, TX 79606**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,384.80 | $1,384.80 |
|---|---|---|---|---|

**LAUREN WHITENER**
**1147 ELMWOOD**
**ABILENE, TX 79605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,538.42 | $3,538.42 |
|---|---|---|---|---|

**LAURENCE J THOMAS**
**1342 LAWYERS LANE**
**ABILENE, TX 79602**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,220.00 | $1,220.00 |
|---|---|---|---|---|

**LAWRENCE I BRAVO**
**17822 CR 127**
**PEARLAND, TX 77581**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

---

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,830.40 | $2,830.40 |
|---|---|---|---|---|

**LEE TATUM**
**110 COUNTY RD 336**
**TUSCOLA, TX 79562**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,053.60 | $3,053.60 |
|---|---|---|---|---|

**LEROY ARCE**
**1250 WEST LAKE DRIVE**
**HAMILIN, TX 79520**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $858.00 | $858.00 |
|---|---|---|---|---|

**LESLIE OXFORD**
**1202 CR 650**
**TUSCOLA, TX 79562**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,069.75 | $2,069.75 |
|---|---|---|---|---|

**LUCINA TREJO**
**4206 ROXTON**
**AMARILLO, TX 79109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Lauren Engineers & Constructors, Inc. | Case number (if known) | 21-10051-rlj |
|--------|---------------------------------------|------------------------|--------------|
| | Name | | |

---

**2.115** | Priority creditor's name and mailing address

**LUIS MONTEJANO**
**214 NEWFIELD DR**
**WEST COLUMBIA, SC 29169**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,135.00 | $2,135.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.116** | Priority creditor's name and mailing address

**LUIS REYNA**
**1244 MERIWEATHER AVE**
**FORT WORTH, TX 76115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,220.00 | $1,220.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.117** | Priority creditor's name and mailing address

**LYDIA FLORES**
**5210 SHADY GLEN**
**ABILENE, TX 79606**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$933.60 | $933.60

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.118** | Priority creditor's name and mailing address

**MANUEL A RODRIQUEZ**
**714 COTTONWOOD**
**COLEMAN, TX 76834**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$820.00 | $820.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Lauren Engineers & Constructors, Inc.** | | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|---|

Name

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,769.61 | $6,769.61 |
|---|---|---|---|---|

**MARCUS GAND**
**5225 SHENANDOAH DR**
**ABILENE, TX 79605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,769.60 | $4,769.60 |
|---|---|---|---|---|

**MARK C JACKSON**
**11421 CR 1259**
**FLINT, TX 75762**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,750.00 | $1,750.00 |
|---|---|---|---|---|

**MATT MCKINNEY**
**251 CR 496**
**Goldsboro, TX 79519**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,080.00 | $1,080.00 |
|---|---|---|---|---|

**MATTHEW DEEL**
**302 CLYDE WAY UNIT B**
**CLYDE, TX 79510**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$1,098.00** | **$1,098.00** |
|---|---|---|---|---|

**MATTHEW E PONDER**
**48 HARPER LN**
**MANCHESTER, TN 37355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$734.40** | **$734.40** |
|---|---|---|---|---|

**MICA ANN ODOM**
**4333 ANTILLEY ROAD**
**ABILENE, TX 79606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$1,768.80** | **$1,768.80** |
|---|---|---|---|---|

**MICHAEL BARBEE**
**250 5th STREET**
**HAWLEY, TX 79525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$7,384.80** | **$7,384.80** |
|---|---|---|---|---|

**MICHAEL R ADKINS**
**608 LILLY LN**
**BULLARD, TX 75757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Lauren Engineers & Constructors, Inc. | Case number (if known) | 21-10051-rlj |
|---|---|---|---|
| | Name | | |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,135.00 | $2,135.00 |
|---|---|---|---|---|

**MICHAEL R MARTIN JR**
**701 EAST MOONLIGHT DR.**
**ROBINSON, TX 76706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,218.40 | $2,218.40 |
|---|---|---|---|---|

**MONIQUE N MURPHY**
**21 ALAMO DR**
**TUSCOLA, TX 79562**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,264.00 | $4,264.00 |
|---|---|---|---|---|

**MONTY HAMBRICK**
**PO BOX 464**
**CLYDE, TX 79510**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,735.98 | $3,735.98 |
|---|---|---|---|---|

**New Mexico Dept. of Workforce**
**P.O. Box 1928**
**Albuquerque, NM 87103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Lauren Engineers & Constructors, Inc.** | | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|---|
| | Name | | | |

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,912.00** | **$4,912.00** |
|---|---|---|---|---|

**NICHOLAS A ZUCKERMAN**
**26311 LANDOVER HILLS LN**
**KATY, TX 77494**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,692.32** | **$6,692.32** |
|---|---|---|---|---|

**NICHOLAS W HOLCOMB**
**3225 SANDALWOOD LN**
**TYLER, TX 75701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$153.00** | **$153.00** |
|---|---|---|---|---|

**OCTAVIO ESTEVEZ BALTAZAR**
**80620 3309 KING FISHER CO DR**
**EVANS, CO 80620**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,725.90** | **$7,725.90** |
|---|---|---|---|---|

**OVIDIU SEBASTIAN TOTHEZAN**
**2712 BRITTANY LANE**
**GRAPEVINE, TX 76051**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Lauren Engineers & Constructors, Inc.**
Name

Case number (if known) **21-10051-rlj**

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,818.02** | **$4,818.02** |
|---|---|---|---|---|
| | **PAMELA R LANGLEY** | *Check all that apply.* | | |
| | **7447 FM 1226 S** | ☐ Contingent | | |
| | **HAWLEY, TX 79525** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,769.60** | **$4,769.60** |
|---|---|---|---|---|
| | **PAUL GRANGER** | *Check all that apply.* | | |
| | **26525 US HWY 431** | ☐ Contingent | | |
| | **FIVE POINTS, AL 36855** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,120.00** | **$2,120.00** |
|---|---|---|---|---|
| | **PEDRO LUNA** | *Check all that apply.* | | |
| | **3934 NW LOOP 410** | ☐ Contingent | | |
| | **SAN ANTONIO, TX 78229** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,922.80** | **$6,922.80** |
|---|---|---|---|---|
| | **RAJEEV KARKI** | *Check all that apply.* | | |
| | **6360 MANCHESTER CT** | ☐ Contingent | | |
| | **TYLER, TX 75703** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | Lauren Engineers & Constructors, Inc. | | Case number (if known) | 21-10051-rlj |
|---|---|---|---|---|
| | Name | | | |

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $11,926.40 | $11,926.40 |
|---|---|---|---|---|

**RANDALL BARBEE**
**P.O. BOX 772**
**HAWLEY, TX 79525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,230.40 | $3,230.40 |
|---|---|---|---|---|

**RANDY R BEYER**
**1756 EN 10TH ST**
**ABILENE, TX 79601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,640.00 | $3,640.00 |
|---|---|---|---|---|

**RAUL MARTINEZ**
**3010 PROSPECT AVE**
**FORT WORTH, TX 76106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,772.92 | $2,772.92 |
|---|---|---|---|---|

**REBECCA L. FORD**
**PO BOX 847**
**BAIRD, TX 79504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number *(if known)* | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$527.20** | **$527.20** |
|---|---|---|---|---|

**REBECCA N DANTZLER**
**1910 S 19TH ST**
**ABILENE, TX 79602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,640.00** | **$3,640.00** |
|---|---|---|---|---|

**RICARDO MARTINEZ**
**5326 ENCINO RD**
**ABILENE, TX 79605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,038.40** | **$4,038.40** |
|---|---|---|---|---|

**RICHARD GLENN GARRISON**
**354 COUNTY RD. 123**
**ABILENE, TX 79601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,875.00** | **$7,875.00** |
|---|---|---|---|---|

**RICHARD J HAVINS**
**6225 HONOR ROLL COURT**
**ABILENE, TX 79606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Lauren Engineers & Constructors, Inc. | Case number (if known) | 21-10051-rlj |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.147 | Priority creditor's name and mailing address<br>**ROBELO MIRANDA OVIEDO**<br>**529 E ESPERANZA AVE**<br>**MISSION, TX 78574** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,300.00  $1,300.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.148 | Priority creditor's name and mailing address<br>**ROBERT ESPINOSA JR**<br>**2858 HIGHLAND**<br>**ABILENE, TX 79605** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $880.00  $880.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.149 | Priority creditor's name and mailing address<br>**ROBERT J CROSSMAN**<br>**1001 GRAHAM**<br>**TUSCOLA, TX 79562** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,538.40  $3,538.40 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.150 | Priority creditor's name and mailing address<br>**ROBERTO GARZA**<br>**PO BOX 274**<br>**GARCIASVILLE, TX 78547** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,135.00  $2,135.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Lauren Engineers & Constructors, Inc.**                              Case number (if known)    **21-10051-rlj**
          _____
          Name

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,610.00 | $1,610.00 |
|---|---|---|---|---|

**ROBERTO RODARTE JUAREZ**
**527 N 91ST EAST PL**
**TULSA, OK 74115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,076.80 | $5,076.80 |
|---|---|---|---|---|

**ROGER V BOONE**
**952 FM 49**
**MINEOLA, TX 75773**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,769.60 | $5,769.60 |
|---|---|---|---|---|

**RONALD EDWARDS**
**13680 COUNTY ROAD 4200**
**TYLER, TX 75771**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $469.20 | $469.20 |
|---|---|---|---|---|

**ROY F WORKMAN**
**2817 SHEPHERD ST**
**ABILENE, TX 79605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$880.00** | **$880.00** |
|---|---|---|---|---|

**RUBEN RODRIQUEZ**
**PO BOX 273**
**TUSCOLA, TX 79562**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,024.00** | **$3,024.00** |
|---|---|---|---|---|

**RUSSELL BURCHETT**
**233 FILLY RD**
**ABILENE, TX 79606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,627.20** | **$4,627.20** |
|---|---|---|---|---|

**RYAN L ROLLINS**
**4933 CRYSTAL CREEK**
**ABILENE, TX 79606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,892.40** | **$4,892.40** |
|---|---|---|---|---|

**RYAN M BLOSER**
**11086 WESTHAVEN CIRCLE**
**FLINT, TX 75762**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,800.00 | $2,800.00 |
|---|---|---|---|---|

**SCOTT W BALDWIN**
**5519 DIXONS MILL RD**
**MARSHALL, VA 20115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,135.00 | $2,135.00 |
|---|---|---|---|---|

**SERGIO J DURAN**
**1303 GREENFIELD AVE**
**MISSION, TX 78572**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $836.00 | $836.00 |
|---|---|---|---|---|

**SERGIO SORIANO**
**5410 CAPITOL AVE.**
**ABILENE, TX 79603**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,135.00 | $2,135.00 |
|---|---|---|---|---|

**SERJIO A MARTINEZ**
**2709 MIMOSA**
**ABILENE, TX 79603**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $785.60 | $785.60 |
|---|---|---|---|---|

**SHARON D GONZALES**
**1519 YEOMANS RD**
**ABILENE, TX 79602**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,640.00 | $2,640.00 |
|---|---|---|---|---|

**SHELTON D. MARSHALL JR.**
**841 BRIARWOOD ST**
**ABILENE, TX 79603**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,400.00 | $11,400.00 |
|---|---|---|---|---|

**STANLEY ADAMS**
**285 EAST BARCELONA DR.**
**ST. GEORGE, UT 84790**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|

**STEPHANIE VICARS**
**10317 County Road 244**
**CLYDE, TX 79510**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| | |
|---|---|
| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
| | Name | | |

| | | | |
|---|---|---|---|
| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $444.00 | $444.00 |

**2.167** Priority creditor's name and mailing address

**STEVEN A JOHNSON**
**7129 IVANPAH AVE**
**TWENTYNINE PALMS, CA 92277**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$444.00 $444.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.168** Priority creditor's name and mailing address

**STEVEN F RICH**
**86 HILL TOP RD**
**HUNTSVILLE, TX 77320**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,660.16 $5,660.16

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.169** Priority creditor's name and mailing address

**STEVEN L JOSEPHSON**
**2942 STONECREST DR**
**ABILENE, TX 79606**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$890.00 $890.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.170** Priority creditor's name and mailing address

**SUSANNA M RODARTE**
**VILLASANA**
**527 N 91ST E PL LOT 22**
**TULSA, OK 74115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,122.00 $1,122.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Lauren Engineers & Constructors, Inc.** | | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|---|

Name

---

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,230.40** | **$5,230.40** |
|---|---|---|---|---|

**TAD TIMMONS**
**PO Box 625**
**TOLAR, TX 76476**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,090.00** | **$2,090.00** |
|---|---|---|---|---|

**TANNER L WELLS**
**110 JOYNER ST**
**JUDSONA, AR 72081**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,664.00** | **$1,664.00** |
|---|---|---|---|---|

**TAYLOR D NELSON**
**547 YELLOW JACKET RD**
**DAYTON, NV 89403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,024,924.65** | **$2,024,924.65** |
|---|---|---|---|---|

**Texas Comptroller of Public**
**Accounts**
**1711 San Jacinto Blvd.**
**Austin, TX 78701**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Lauren Engineers & Constructors, Inc. | Case number (if known) | 21-10051-rlj |
|---|---|---|---|
| | Name | | |

**2.175** Priority creditor's name and mailing address

**Texas OAG (Child Support Division)**
**Bankruptcy & Collections Division**
**P.O. Box 12548**
**Austin, TX 78711-5248**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$3,862.18   $3,862.18

---

**2.176** Priority creditor's name and mailing address

**Texas Workforce Commission**
**PO Box 901010**
**Fort Worth, TX 76101-2010**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$85,949.51   $85,949.51

---

**2.177** Priority creditor's name and mailing address

**TIM CRITTENDEN**
**670 EAST STATE RD 35**
**FRANCIS, UT 84036**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$3,420.00   $3,420.00

---

**2.178** Priority creditor's name and mailing address

**TIMOTHY HEFFRON**
**12933 US HWY 277 S**
**TUSCOLA, TX 79562**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$4,769.60   $4,769.60

---

Debtor    **Lauren Engineers & Constructors, Inc.**      Case number _(if known)_    **21-10051-rlj**

Name

| | | |
|---|---|---|
| **2.179** Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$990.00**    **$990.00** |
| **TONY M CASTELLANO** **407 N 7TH ST** **LAMESA, TX 79331** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: | |
| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **2.180** Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$314.50**    **$314.50** |
| **TRAVIS C SMITH** **1225 W PROSPECT RD V81** **FORT COLLINS, CO 80526** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: | |
| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **2.181** Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$1,360.00**    **$1,360.00** |
| **TRENTON RAVEN** **3214 HUTCHINS ST** **HOUSTON, TX 77004** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: | |
| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **2.182** Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$2,120.00**    **$2,120.00** |
| **TREVOR W WHITLOW** **4272 TIGER LN** **LAKE ARTHUR, LA 70549** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: | |
| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Lauren Engineers & Constructors, Inc.**   Case number (if known)   **21-10051-rlj**
_____ Name

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$5,178.02** | **$5,178.02** |
|---|---|---|---|---|

**TRINA PARKS**
**401 CR 654**
**TUSCOLA, TX 79562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$792.40** | **$792.40** |
|---|---|---|---|---|

**TRISHA MARIE KANE**
**2526 S 41ST ST**
**ABILENE, TX 79605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$774.00** | **$774.00** |
|---|---|---|---|---|

**TRISTAN C ARCHER**
**706 N AVE G**
**LAMESA, TX 79331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$2,653.63** | **$2,653.63** |
|---|---|---|---|---|

**TROY ARCE**
**130 SW AVE J**
**HAMLIN, TX 79520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $6,615.20 | $6,615.20 |
|---|---|---|---|---|
| | **TUSHAR SHAHANE**<br>**7402 MANDEVILLA DR**<br>**ABILENE, TX 79606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,176.50 | $1,176.50 |
|---|---|---|---|---|
| | **TYLER J SCHOLZ**<br>**1677 N MAIN ST #49**<br>**CEDAR CITY, UT 84721** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $2,880.00 | $2,880.00 |
|---|---|---|---|---|
| | **TYLER J TRACY**<br>**419 ELLIOT ST**<br>**WYLIE, TX 75098** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $6,656.00 | $6,656.00 |
|---|---|---|---|---|
| | **TYSON C COCHRAN**<br>**103 SHERRY DR**<br>**MARSHALL, TX 75672** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | Lauren Engineers & Constructors, Inc. | Case number (if known) | 21-10051-rlj |
|---|---|---|---|
| | Name | | |

**2.191** Priority creditor's name and mailing address

**VERN HICKS**
**PO BOX 7495**
**SHONTO, AZ 86054**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,760.00  $2,760.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.192** Priority creditor's name and mailing address

**VERNELLE D BEDONIE**
**PO BOX 163**
**TONALEA, AZ 86044**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,120.00  $2,120.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.193** Priority creditor's name and mailing address

**VERNON T WERTZ**
**457 COUNTY ROAD 4796**
**BOYD, TX 76023**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$700.00  $700.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.194** Priority creditor's name and mailing address

**VICTOR M VALDEZ JR**
**13425 RANCH RD 620 N, APT 218**
**AUSTIN, TX 78717**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,620.00  $2,620.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $2,178.80 | $2,178.80 |

**WILLIAM EDWARDS**
**2310 SAVANAH OAKS**
**ABILENE, TX 79602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $13,060.80 | $13,060.80 |

**WILLIAM HOLMES**
**302 STALLION RD**
**ABILENE, TX 79606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $9,230.40 | $9,230.40 |

**WILLIAM ROSS MCDANIEL**
**2228 BAYOU COVE LN**
**LEAGUE CITY, TX 77573**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $3,200.00 | $3,200.00 |

**WILLIE E GREEN**
**331 GULF AVE**
**WILMINGTON, CA 90744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$84.00** | **$84.00** |
|---|---|---|---|---|
| | **ZACHARY A BIBEE**<br>**9455 SKY VISTA PKWY APT 21F**<br>**RENO, NV 89506** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$880.00** | **$880.00** |
|---|---|---|---|---|
| | **ZENNY J BALLEZA**<br>**4001 KAREN DR**<br>**ABILENE, TX 79606** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**11X17, INC.**<br>**P O BOX 117**<br>**JACKSONVILLE, TX 75766**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$417.10** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**1904 GRAND PARKWAY NORTH LP**<br>**2537 S. GESSNER RD., STE 250**<br>**HOUSTON, TX 77063**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$37,783.25** |
| 3.3 | Nonpriority creditor's name and mailing address<br>**24 HOUR SAFETY, LLC**<br>**P. O. BOX 4356, DEPT 1561**<br>**HOUSTON, TX 77210**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$634.20** |

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$395.92** |
|---|---|---|---|
| | **ABILENE MAINT. SUPPLIES**<br>**873 N. MOCKINGBIRD LN**<br>**ABILENE, TX 79603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,873.64** |
|---|---|---|---|
| | **ACCURATE AIR SOLUTIONS LLC**<br>**P.O. BOX 5817**<br>**ABILENE, TX 79608** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$211.61** |
|---|---|---|---|
| | **ADIGO**<br>**3091 S. JAMAICA COURT**<br>**SUITE 115**<br>**AURORA, CO 80014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$496,972.57** |
|---|---|---|---|
| | **AHERN RENTALS, INC**<br>**1401 MINERAL AVE**<br>**LAS VEGAS, NV 89106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,052.14** |
|---|---|---|---|
| | **AIRGAS USA, LLC**<br>**1800 E 20th Street**<br>**Farmington, NM 87401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$912.00** |
|---|---|---|---|
| | **AL SANCHEZ**<br>**11906 TEANECK DR.**<br>**HOUSTON, TX 77089** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,516.45** |
|---|---|---|---|
| | **ALERE TOXICOLOGY PROD. DIV**<br>**1342 COURT STREET**<br>**PORTSMOUTH, VA 23704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Lauren Engineers & Constructors, Inc. | Case number (if known) | 21-10051-rlj |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,261.40 |
|---|---|---|---|

**ALL COPY**
**PO BOX 545**
**ABILENE, TX 79604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,779.21 |
|---|---|---|---|

**Allensworth & Porter**
**c/o Travis Brown**
**100 Congress Avenue, Suite 700**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  April 2021

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,779.21 |
|---|---|---|---|

**ALLENSWORTH & PORTER, L.L.P.**
**100 CONGRESS AVE. SUITE 700**
**AUSTIN, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $525.00 |
|---|---|---|---|

**ALPHA RESOURCES, LLC**
**2333 INDIAN CREST DR.**
**PELHAM, AL 35124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,335.13 |
|---|---|---|---|

**ANIXTER, INC.**
**1601 Waters Ridge Rd**
**Lewisville, TX 75057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $752.00 |
|---|---|---|---|

**ARMANDO ARCINIEGA JR**
**4901 RANCHO VERDE PKWY**
**CROWLEY, TX 76036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.33 |
|---|---|---|---|

**AT & T**
**PO BOX 105414**
**ATLANTA, GA 30348-5414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Lauren Engineers & Constructors, Inc. | Case number (if known) | 21-10051-rlj |
|---|---|---|---|
| | Name | | |

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,617.96**

**AT&T**
**P.O. BOX 5019**
**CAROL STREAM, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$829.25**

**AT&T MOBILITY**
**ONE AT&T WAY**
**BEDMINSTER, NJ 07921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,241.69**

**ATMOS ENERGY CORPORATION**
**P.O. BOX 650205**
**DALLAS, TX 75265-0205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$465.00**

**AZB & Partners**
**Penisula Corporate Park**
**Ganpatrao Kadam Marg**
**Lower Parel, Mumbai, MH 00040-0013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,125.03**

**B & J WELDING SUPPLY LTD**
**1512 EAST 50TH**
**LUBBOCK, TX 79404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00**

**BAE Ordanance Systems, Inc.**
**c/o Beth W. Newsom**
**2000 15th Street, North Suite 1100**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,083.93**

**BARCO RENT A TRUCK**
**717 SOUTH 5600 WEST**
**SALT LAKE CITY, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Lauren Engineers & Constructors, Inc. | Case number (if known) | 21-10051-rlj |
|--------|----------------------------------------|------------------------|--------------|
| | Name | | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $260.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**BARNHART BOLT & SPECIAL FASTENERS, INC.**
**PO BOX 69085**
**ODESSA, TX 79769-9085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|--------|

**BAY AREA RENTALS**
**5525 RED BLUFF RD**
**PASADENA, TX 77505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,392.41 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**BBVA COMPASS**
**P. O. BOX 10566**
**BIRMINGHAM, AL 35296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,949.32 |
|------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**BENTEK CORPORATION**
**1991 SENTER RD**
**SAN JOSE, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.06 |
|------|--------------------------------------------------|----------------------------------------------------------------------|--------|

**BIBLE HARDWARE, INC**
**333 WALNUT ST.**
**ABILENE, TX 79601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,660.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**BIG BEND SERVICES LLC**
**8212 SAN DIEGO ST**
**PO BOX 61226**
**ODESSA, TX 79765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,113.93 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**BIG RED FASTENERS INC**
**PO BOX 470547**
**TULSA, OK 74147-0547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Lauren Engineers & Constructors, Inc. | Case number (if known) | 21-10051-rlj |
|---|---|---|---|
| | Name | | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,018.00 |
|---|---|---|---|
| | **BIGGE CRANE AND RIGGING CO**<br>**10700 BIGGE AVE**<br>**SAN LEANDRO, CA 94577** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $471.54 |
|---|---|---|---|
| | **BILL WILLIAMS TIRE CENTER**<br>**1201 S. Treadaway BLVD**<br>**Abilene, TX 79602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $489,265.20 |
|---|---|---|---|
| | **BLACK JACK ENERGY SERVICES, LL**<br>**17530 CR 265**<br>**CLYDE, TX 79510** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205.68 |
|---|---|---|---|
| | **BLACK PLUMBING CO INC**<br>**PO BOX 6347**<br>**ABILENE, TX 79608-6347** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312,249.44 |
|---|---|---|---|
| | **BLUE CROSS BLUE SHIELD OF TX**<br>**DEPT 1134**<br>**PO BOX 121134**<br>**DALLAS, TX 75312-1134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,390.71 |
|---|---|---|---|
| | **BLUEBEAM SOFTWARE, INC**<br>**766 E COLORADO BLVD STE 200**<br>**PASADENA, CA 91101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,252.80 |
|---|---|---|---|
| | **BOXX MODULAR**<br>**3475 HIGH RIVER ROAD**<br>**FORT WORTH, TX 76155** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Lauren Engineers & Constructors, Inc. | Case number (if known) | 21-10051-rlj |
|---|---|---|---|
| | Name | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,919.75 |
|---|---|---|---|

**BRAUN INTERTEC CORPORATION**
**11001 HAMPSHIRE AVENUE SOUTH**
**MINNEAPOLIS, MN 55438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,300.00 |
|---|---|---|---|

**BUCHANAN HAULING & RIGGING, INC.**
**4625 INDUSTRIAL BLVD**
**FORT WAYNE, IN 46825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $216.50 |
|---|---|---|---|

**BUGMAN PEST CONTROL**
**PO BOX 1173**
**ABILENE, TX 79604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7.15 |
|---|---|---|---|

**CALVERT-MENICUCCI PC**
**8804 WASHINGTON ST., NE SUITE E**
**ALBUQUERQUE, NM 87113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $297.90 |
|---|---|---|---|

**CAN-DOO BUDJET RENTALS, INC**
**301 GOLIAD DR.**
**ABILENE, TX 79601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,850.00 |
|---|---|---|---|

**CD FARM & OILFIELD DOZER**
**4910 CR 260**
**ANSON, TX 79501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,958.87 |
|---|---|---|---|

**CDW DIRECT, LLC**
**200 N. MILWAUKEE AVE.**
**VERNON HILLS, IL 60061-1577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Lauren Engineers & Constructors, Inc. | Case number (if known) | 21-10051-rlj |
|--------|----------------------------------------|------------------------|--------------|
| | Name | | |

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,475.00

**CG Investments, LP**
**PO Box 4737**
**Houston, TX 77210-4737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $444.12

**CHRISTIAN SERVICE CENTER**
**3185 N. 10TH**
**ABILENE, TX 79603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,251.15

**CISCO EQUIPMENT RENTALS, LLC**
**520 SE LOOP 338**
**ODESSA, TX 79762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,682.02

**CLAIMS-X-CHANGE, LLC**
**14200 MIDWAY RD, STE 106**
**DALLAS, TX 75244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00

**CLARK COUNTY LEGAL NEWS**
**433 CONCORD WAY**
**HENDERSON, NV 89015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,540.38

**CMC CONSTRUCTION SERVICES**
**SUITE 300**
**15990 NORTH BARKERS LANDING**
**HOUSTON, TX 77079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,648.00

**CODY KENDRICK**
**210 TAYLOR**
**TUSCOLA, TX 79562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Lauren Engineers & Constructors, Inc. | Case number (if known) | 21-10051-rlj |
|---|---|---|---|
| | Name | | |

---

**3.53** Nonpriority creditor's name and mailing address
**COLEMAN AMERICAN MOVING SVCS,**
**4825 DERRICK DRIVE**
**ABILENE, AL 79601**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$15,525.84**

---

**3.54** Nonpriority creditor's name and mailing address
**CONDLEY AND COMPANY, L.L.P.**
**P.O. BOX 2993**
**ABILENE, TX 79604-2993**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$7,143.14**

---

**3.55** Nonpriority creditor's name and mailing address
**CONLEY PRINTING COMPANY, INC**
**902 S. TREADAWAY**
**ABILENE, TX 79602**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$104.23**

---

**3.56** Nonpriority creditor's name and mailing address
**CONSTELLATION NEW ENERGY, INC**
**111 MARKET PLACE, 5th FLR**
**BALTIMORE, MD 21202**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$14,134.30**

---

**3.57** Nonpriority creditor's name and mailing address
**CORSAIR CONSULTING LLC**
**1505 VOLTA DR. , STE 200**
**CEDAR PARK, TX 78641**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$26,950.00**

---

**3.58** Nonpriority creditor's name and mailing address
**CRANE SERVICE, INC**
**505 MURRY RD. S.E.**
**ALBUQUERQUE, NM 87105**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,839.35**

---

**3.59** Nonpriority creditor's name and mailing address
**CROSS COUNTRY INFRASTRUCTURE**
**SERVICES IN**
**2251 RIFLE ST**
**AURORA, CO 80011**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$9,964.04**

---

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,948.50**

DATROO TECHNOLOGIES LLC
1302 HIGHLAND AVE.
ABILENE, TX 79605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$625.11**

DELUXE BUSINESS CHECKS
3680 VICTORIA ST. N
SHOREVIEW, MN 55126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00**

Development Corporation of Abilene
174 Cypress Street #301
Abilene, TX 79601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  July 8, 2020

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,674.93**

DIMENSIONAL SOLUTIONS, INC
20018 CHATEAU BEND DR
KATY, TX 77450

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.50**

DISA, INC.
12600 NORTHBOROUGH DR.
STE 300
HOUSTON, TX 77067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00**

DISABILITY RESOURCES, INC.
3602 NORTH CLACK STREET
ABILENE, TX 79601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$441.10**

DISCOVERY BENEFITS LLC
4321 20TH AVE S
FARGO, ND 58103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,778.39** |
|---|---|---|---|

**DNOW L.P**
**7402 N ELDRIDGE PKWY**
**HOUSTON, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$696.02** |
|---|---|---|---|

**DONOVAN AYERS**
**1912 SUNLAND DR**
**CARSON CITY, NV 89706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,043,644.56** |
|---|---|---|---|

**DOOLEY TACKABERRY, INC**
**1515 W 13TH STREET**
**DEER PARK, TX 77536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$349.29** |
|---|---|---|---|

**DTT WELDING & EXCAVATING**
**RT 4 BOX 20 E**
**HERNANDEZ, NM 87537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,416.33** |
|---|---|---|---|

**DUNCAN BOLT COMPANY**
**8535 DICE RD.**
**SANTA FE SPRINGS, CA 90870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,953.00** |
|---|---|---|---|

**E AND E INDUSTRIAL SERVICES IN**
**12610 N. AIRLINE HWY**
**GONZALES, LA 70737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,351.85** |
|---|---|---|---|

**E-Z LINE PIPE SUPPORT CO., LLC**
**P. O. BOX 767**
**MANVEL, TX 77578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Lauren Engineers & Constructors, Inc. | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,110.00**

**E2RC LLC**
**439 SOUTH HILL RD**
**BERNALILLO, NM 87004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150,656.95**

**EDGEN MURRAY CORPORATION**
**18444 HIGHLAND, RD**
**BATON ROUGE, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$898.15**

**ELECTRICAL ENGINEERING & EQUIPMENT**
**953 73RD ST**
**WINDSOR HEIGHTS, IA 50324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$390.04**

**ELITE SUPPLY PARTNERS INC**
**13505 E 61ST STREET, SUITE A**
**BROKEN ARROW, OK 74012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$179,057.52**

**ELLIOTT ELECTRIC SUPPLY, INC**
**4281 CRAWFORD DR.**
**ABILENE, TX 79602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$152,412.50**

**ENERGY FIELD EQUIPMENT SERVICES LLC**
**39 S. YORK ROAD**
**DILLSBURG, PA 17019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Engie North America, Inc.**
**1360 Post Oak Blbd., Suite 400**
**Houston, TX 77056**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Lauren Engineers & Constructors, Inc. | | Case number (if known) | 21-10051-rlj |
|---|---|---|---|---|
| | Name | | | |

**3.81** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Enterprise Crude Pipeline, LLC**
**P.O. Box 4735**
**Houston, TX 77210**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Enterprise Products Operating, LLC**
**P.O. Box 4324**
**Houston, TX 77210**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27,574.53**

**ENTERPRISE RENT A CAR**
**ATTN: ACCTS RECEIVABLE**
**2860 SLATER RD.**
**MORRISVILLE, NC 27560-8436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18,988.45**

**ESPANOLA TRANSIT MIX, LLC**
**1302 N RIVERSIDE DRIVE**
**ESPANOLA, NM 87532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,270.00**

**ESSEX CRANE RENTAL CORPORATION**
**1110 LAKE COOK RD, STE 220**
**BUFFALO GROVE, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,208.30**

**ETAP**
**17 GOODYEAR, STE 100**
**IRVINE, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,759.80**

**Farwest Corrosion Control Company**
**12029 Regentview Ave**
**Downey, CA 90241-5517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $353.03 |
|---|---|---|---|

**FASTENAL COMPANY**
**2001 THEURER BLVD**
**WINONA, MN 55987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.60 |
|---|---|---|---|

**FEDEX PALATINE**
**P. O. BOX 660481**
**DALLAS, TX 75266-0481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $41.22 |
|---|---|---|---|

**FERGUSON ENTERPRISES, LLC**
**12500 JEFFERSON AVE**
**NEWPORT NEWS, VA 23602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11.25 |
|---|---|---|---|

**FIDELITY INVESTMENTS**
**82 DEVONSHIRE ST. KW1C**
**BOSTON, MA 02109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,190.94 |
|---|---|---|---|

**FRANK'S SUPPLY CO. INC**
**3311 STANFORD DRIVE NE**
**ALBUQUERQUE, NM 87107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**FTC Solar, Inc.**
**9020 N. Capital of Texas Hwy, Suite 260**
**Austin, TX 78750**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,562.00 |
|---|---|---|---|

**GEN PRO**
**11310 W INTERSTATE 2 E**
**ODESSA, TX 79765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,723.95 |
|---|---|---|---|

**GENERAL STEEL WAREHOUSE, INC**
**PO BOX 2037**
**LUBBOCK, TX 79408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,988.48 |
|---|---|---|---|

**GENESIS SYSTEMS, INC**
**2663 MARQUIS DR**
**GARLAND, TX 75042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $898.91 |
|---|---|---|---|

**GLOBAL SAMARITAN RESOURCES**
**2074 N. 1st ST**
**ABILENE, TX 79603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,340.00 |
|---|---|---|---|

**GOINS CRANE SERVICE, INC**
**PO BOX 5276**
**ABILENE, TX 79608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,273.31 |
|---|---|---|---|

**GOSAFE**
**W JOE SHAW, LTD dba GOSAFE**
**PO BOX 1025**
**DEER PARK, TX 77536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,457.19 |
|---|---|---|---|

**GRAINGER, INC**
**100 GRAINGER PKWY**
**LAKEFOREST, IL 60045-5201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119,408.24 |
|---|---|---|---|

**GRAYBAR ELECTRIC CO., INC**
**1601 South Treadaway**
**Abilene, TX 79602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Lauren Engineers & Constructors, Inc. | Case number (if known) | 21-10051-rlj |
|---|---|---|---|
| | Name | | |

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,063.59**

GREAT PLAINS EQUIPMENT RENTAL LLC
802 EAST 34TH ST
LUBBOCK, TX 00079-4041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$213,678.86**

H & E EQUIPMENT SERVICES, INC
1700 South Sam Houston
Parkway West
Houston, TX 77047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$780.00**

HARPER BATES & CHAMPION LLP
1717 MAIN STREET, SUITE 3550
DALLAS, TX 75201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,810.13**

HAZARD SCOUT, LLC
1706 SMOKING OAK PLACE
NORMAN, OK 73072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,298.34**

HD SUPPLY WHITECAP CONST SUPP
501 W. CHURCH ST.
ORLANDO, FL 32805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,497.74**

HERC RENTALS INC
PO BOX 936257
ATLANTA, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,468.14**

HILTI, INC.
13635 Stemmons Fwy #300
Farmers Branch, TX 75234

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,463.53 |
|---|---|---|---|

**HYDRO BLIND SOLUTIONS**
**5500 TWIN CITY HWY**
**PORT ARTHUR, TX 77642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,780.66 |
|---|---|---|---|

**HYTORC**
**333 RT. 17 NORTH**
**MAHWAH, NJ 07430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,144.50 |
|---|---|---|---|

**INDUSTRIAL DIESEL**
**8705 HARMON RD.**
**FORT WORTH, TX 76177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106.41 |
|---|---|---|---|

**JABO SUPPLY CORP.**
**10085 EMERSON AVE.**
**PARKERSBURG, WV 26104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $702.92 |
|---|---|---|---|

**JACKSON BROTHERS FEED AND SEED**
**3818 S. TREADAWAY BLVD**
**ABILENE, TX 79602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,139.00 |
|---|---|---|---|

**JAMES, COODE, & HOBSON, INC.**
**4210 HAWKINS ST. NE**
**ALBUQUERQUE, NM 87109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**JARED GEERS**
**207 S GRAND ST**
**CLARENCE, MO 63437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312.18 |
|---|---|---|---|

**JERRY WHITLOW**
**4272 TIGER LANE**
**LAKE ARTHUR, LA 70549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,345.00 |
|---|---|---|---|

**JOHAN MARTENS**
**2006 CR M**
**LAMESA, TX 79331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $696.00 |
|---|---|---|---|

**LIFE LINE TECHNOLOGIES, LLC**
**1028 FORUM DRIVE**
**BROUSSARD, LA 70518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $440.00 |
|---|---|---|---|

**LLR-ENGINEERS & SURVEYORS BRD.**
**P.O. BOX 11597**
**COLUMBIA, SC 29211-1597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,798.00 |
|---|---|---|---|

**LM Concrete**
**19 Rito Guicu**
**Santa Fe, NM 87507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,877.94 |
|---|---|---|---|

**LOCKWOOD PARTNERS LLC**
**P.O. BOX 53466**
**HOUSTON, TX 77052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,795.00 |
|---|---|---|---|

**LOOKOUT SOFTWARE, INC**
**422 RICHARDS ST #300**
**VANCOUVER, BC V6B 2Z4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.13 |
|---|---|---|---|

**LOS ALAMOS COUNTY ENVIRONMENTAL SERVICES**
**3701 E JEMEZ ROAD**
**LOS ALAMOS, NM 87544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,788.00 |
|---|---|---|---|

**LOS ALAMOS TRANSIT MIX**
**PO BOX 747**
**LOS ALAMOS, NM 87544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $513.94 |
|---|---|---|---|

**LOVE AND CARE MINISTRIES**
**233 FANNIN ST.**
**ABILENE, TX 79603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $208.44 |
|---|---|---|---|

**LOWE'S HOME CENTERS, INC**
**ACCT 82131440432149**
**PO BOX 530954**
**ATLANTA, GA 30353-0954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,547.80 |
|---|---|---|---|

**MACDONALD DEVIN P.C.**
**1201 ELM ST., STE 3800**
**DALLAS, TX 75270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,696.20 |
|---|---|---|---|

**MALCOM SUPPLY CO.**
**1833 S. TREADAWAY**
**ABILENE, TX 79602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,793.98 |
|---|---|---|---|

**MALOY MOBILE STORAGE INC.**
**535 COMANCHE RD NE**
**ALBUQUERQUE, NM 87107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,727.35**

MANHATTAN TELECOMMUNICATIONS
CORPORATION
55 WATER STREET
FLOOR 32
NEW YORK, NY 10041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Manulife Property Portfolio Inc.
736 6 Ave SW
Calgary, AB, Canada T2P 3T7

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00**

MARSH & MCLENNAN AGENCY, LLC
PO BOX 848315
DALLAS, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,050.00**

MATCOR, INC.
14250 OLD KATY RD., #150
HOUSTON, TX 77079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$217.20**

MCCARTY EQUIPMENT CO. LTD
1802 S. TREADAWAY  BLVD
ABILENE, TX 79602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,867.83**

MCJUNKIN REDMAN CORPORATION
P. O. BOX 4395
ODESSA, TX 79760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,800.00**

MCMAHON,SUROVIK,SUTTLE PC
400 PINE ST. STE 800
ABILENE, TX 79601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$267.90** |
|---|---|---|---|

**MCMASTER-CARR SUPPLY CO.**
**PO BOX 7690**
**CHICAGO, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,616.76** |
|---|---|---|---|

**MDA SCAFFOLDING, LLC**
**PO BOX 7589**
**ODESSA, TX 79760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,735.39** |
|---|---|---|---|

**Mica Odom - FAB Petty Cash**
**550 S. 18th**
**Abilene, TX 79602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,671.37** |
|---|---|---|---|

**MICROSOFT CORPORATION**
**995 DALTON AVE**
**CINCINATTI, OH 45203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101,200.00** |
|---|---|---|---|

**Mike Breed**
**144 Coronado Bend**
**Fort Worth, TX 76108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,532.39** |
|---|---|---|---|

**MILFORD**
**7607 W. INDUSTRIAL AVE**
**MIDLAND, TX 79706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,121.86** |
|---|---|---|---|

**MITEL CLOUD SERVICES**
**1146 N ALMA SCHOOL ROAD**
**MESA, AZ 85201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,504.02** |
|---|---|---|---|

**MOBILE MINI, INC**
**4646 E. VAN BUREN, SUITE 400**
**PHOENIX, AZ 85008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,169.06** |
|---|---|---|---|

**MOTION INDUSTRIES, INC**
**P.O. BOX 849737**
**DALLAS, TX 75284-9737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mott Corporation**
**84 Spring Lane**
**Farmington, CT 06032**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,571.83** |
|---|---|---|---|

**MUTUAL OF OMAHA INSURANCE**
**COMPANY**
**3300 MUTUAL OF OMAHA PLAZA**
**OMAHA, NE 68175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,550.56** |
|---|---|---|---|

**NATIONAL CONSTRUCTION RENTALS**
**15319 CHATSWORTH ST**
**MISSION HILLS, CA 91345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$511.82** |
|---|---|---|---|

**NEW MEXICO TAXATION & REVENUE**
**P. O. BOX 630**
**SANTA FE, NM 87504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,465.23** |
|---|---|---|---|

**NEXTRACKER, INC**
**6200 PASEO PADRE PKWY**
**FREMONT, CA 94555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,321.92** |
|---|---|---|---|

**Obermayer Rebmann Maxwell & Hippel LLP**
**Centre Square West**
**1500 Market Street, Suite 3400**
**Philadelphia, PA 19102-2101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Occidental Permian, Ltd.**
**P.O. Box 2004**
**Houston, TX 77252**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$905.00** |
|---|---|---|---|

**OCCMEDTX ADC**
**3449 N 10TH**
**ABILENE, TX 79603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,193.00** |
|---|---|---|---|

**OLDCASTLE INFRASTRUCTURE, A CRH**
**CO.**
**1100 HERITAGE PARKWAY**
**MANSFIELD, TX 76063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000,000.00** |
|---|---|---|---|

**Origin Bank**
**9805 Katy Freeway, Suite 200**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **April 28, 2020**

Basis for the claim:  **Payroll Protection Program (Round 1)**

Last 4 digits of account number  **7208**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,978.20** |
|---|---|---|---|

**P 2 PROGRAMS**
**P. O. BOX 1000**
**DRIPPING SPRINGS, TX 78620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,934.54** |
|---|---|---|---|

**PC CONNECTION, MACCONNECTION**
**730 MILLFORD RD**
**MERRIMACK, NH 03054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | Lauren Engineers & Constructors, Inc. | Case number (if known) | 21-10051-rlj |
|---|---|---|---|
| | Name | | |

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,497.05 |
|---|---|---|---|

**PETTIGREW & ASSOCIATES, P.A.**
**100 E. NAVAJO DR. STE 100**
**HOBBS, NM 88240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129.94 |
|---|---|---|---|

**PIPELINE PRODUCTS SPECIALTY**
**COMPANY**
**3890-C NORTH FREEWAY**
**HOUSTON, TX 77022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,748.12 |
|---|---|---|---|

**PIPELINE SUPPLY & SERVICE, INC**
**PO BOX 301130**
**HOUSTON, TX 77230-1130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,828.85 |
|---|---|---|---|

**PIPELINE SUPPLY & SVC CO., LLC**
**1010 LAMAR, STE 710**
**HOUSTON, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.61 |
|---|---|---|---|

**Pitney Bowes Global Financial**
**P. O. BOX 371887**
**PITTSBURGH, PA 15250-7887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,031.28 |
|---|---|---|---|

**POWER ENGINEERING SERVICES, INC.**
**9179 SHADOW CREEK LANE**
**CONVERSE, TX 78109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $979.84 |
|---|---|---|---|

**PURCHASE POWER**
**1245 E. BRICKYARD RD. STE 250**
**SALT LAKE CITY, UT 84106-4278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,188.86 |
|---|---|---|---|

**QUILL CORPORATION**
**100 SCHELTER RD.**
**LINCOLNSHIRE, IL 60069**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $290.00 |
|---|---|---|---|

**REED SMITH LLP**
**225 FIFTH AVENUE**
**PITTSBURGH, PA 15222**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,703.00 |
|---|---|---|---|

**REGISTERED AGENT SOLUTIONS INC.**
**1701 DIRECTORS BLVD**
**SUITE 300**
**AUSTIN, TX 78744**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $854.11 |
|---|---|---|---|

**REINFORCING STEEL SUPPLY INC.**
**13730 AVE K**
**AUSTIN, TX 78728**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,752.06 |
|---|---|---|---|

**RELEVANT INDUSTRIAL, LLC**
**9750 WEST SAM HOUSTON PARKWAY**
**NORTH**
**SUITE 190**
**HOUSTON, TX 77064**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139.75 |
|---|---|---|---|

**RELIANCE COMMUNICATIONS**
**INTERNATIONAL INC.**
**380 MADISON AVE. 21ST FL.**
**NEW YORK, NY 10017**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |
|---|---|---|---|

**RETIREMENT, LLC - SERIES TWO**
**13838 QUAIL POINTE DRIVE**
**SUITE B**
**OKLAHOMA CITY, OK 73134**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

---

**3.172** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$221,855.35**

**REXEL USA**
**DEPT. 0902**
**P.O. BOX 120902**
**DALLAS, TX 75312-0902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,699.47**

**RILCO MANUFACTURING COMPANY IN**
**11435 BRITTMOORE PARK DR.**
**HOUSTON, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,364.32**

**ROLLED ALLOYS, L.P.**
**9818 E. HARDY RD**
**HOUSTON, TX 77093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Roy Luce**
**c/o Eric Roberson**
**Kilgore & Kilgore PLLC**
**3109 Carlisle Street**
**Dallas, TX 75204-1194**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,288.19**

**ROYCE BROOKS GARAGE**
**809 OAK**
**ABILENE, TX 79602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52.00**

**SAFEGUARD BACKGROUND SCREENING**
**1284 SOM CENTER RD #119**
**MAYFIELD HEIGHTS, OH 44124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80,967.57**

**SAFERACK, LLC**
**730 ELECTRIC DR.**
**SUMTER, SC 29153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

---

**3.179** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,749.31**

**SANTA FE VAC UUM EXCAVATION**
**14 BROWNCASTLE RANCH**
**SANTA FE, NM 87508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,060.72**

**SANTA FE WASTE MANAGEMENT LLC**
**PO BOX 29540**
**SANTA FE, NM 87592-9540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$695.00**

**SERVICE RADIO RENTALS LLC**
**P. O. BOX 4577**
**CAROL STREAM, IL 60197-4577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,168.82**

**SETPOINT INTEGRATED SOLUTIONS**
**P. O. BOX 86630**
**BATON ROUGE, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.64**

**SHIDLOFSKY LAW FIRM PLLC**
**7200 N. MOPAC EXPRESSWAY**
**SUITE 430**
**AUSTIN, TX 78731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,250.00**

**SHINPAUGH ENGINEERING INC**
**4 EUREKA CIRCLE**
**WITCHITA FALLS, TX 76308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Siemens Energy, Inc.**
**Attn: David Munroe**
**Quadrangle, 4400 Alfaya Trail MC Q2-290**
**Orlando, FL 32826**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$146,900.00** |
|---|---|---|---|

**SIERRA CANYON CONSTRUCTION , LLC**
**1040 DON DIEGO AVE STE 9**
**SANTE FE, NM 87505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,136.63** |
|---|---|---|---|

**SK GLOBAL SOFTWARE**
**940 GEMINI STREET**
**HOUSTON, TX 77058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,138.00** |
|---|---|---|---|

**SNC LAVALIN ENGINEERING INDIA PVT**
**LTD**
**TRADE STAR "A" WING 2ND FLOOR JB**
**NAGAR**
**ANDHERI-KURTA ROAD, ANDHERI**
**MUMBIA, MH 00040-0059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Solairedirect USA Inc.**
**c/o Engie Development, LLC**
**1990 Poast Oak Blvd., Suite 1900**
**Houston, TX 77056**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,409.94** |
|---|---|---|---|

**SOUTH TEXAS DUMPSTERS**
**9346 TX-106 LOOP**
**SAN ANTONIO, TX 78263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,303.53** |
|---|---|---|---|

**SOUTHWEST STAINLESS & ALLOY**
**6750 WEST LOOP SOUTH**
**SUITE 520**
**BELLAIRE, TX 77401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$156,948.00** |
|---|---|---|---|

**SPIRE CONSULTING GROUP, LLC**
**114 WEST 7TH ST., STE 1300**
**NORWOOD TOWER**
**AUSTIN, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

---

**3.193**

**Nonpriority creditor's name and mailing address**

**STEPHENS RUBBER STAMPS & SIGNS**
**1201 BUTTERNUT**
**ABILENE, TX 79602**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,040.00**

---

**3.194**

**Nonpriority creditor's name and mailing address**

**STEWART & STEVENSON POWER**
**PRODUCTS, LLC**
**55 WAUGH DRIVE**
**SUITE 1000**
**HOUSTON, TX 77007**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,670.63**

---

**3.195**

**Nonpriority creditor's name and mailing address**

**SUDDENLINK COMMUNICATIONS**
**520 MARYVILLE CTR DR., 1ST FLR**
**ST. LOUIS, MO 63141**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$260.05**

---

**3.196**

**Nonpriority creditor's name and mailing address**

**SUNBELT RENTALS, INC**
**2341 DEERFIELD DR.**
**FORT MILL, SC 29715**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$74,927.02**

---

**3.197**

**Nonpriority creditor's name and mailing address**

**SUNSTATE EQUIPMENT CO., LLC**
**5552 E. WASHINGTON ST.**
**PHOENIX, AZ 85034**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$16,594.87**

---

**3.198**

**Nonpriority creditor's name and mailing address**

**TACTICAL AUTOMATION INC**
**24165 IH-10 WEST**
**SUITE 217 #632**
**SAN ANTONIO, TX 78257**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,245.00**

---

**3.199**

**Nonpriority creditor's name and mailing address**

**TEXAS ReEXCAVATION LC**
**5114 RAILROAD STREET**
**DEER PARK, TX 77536**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$280,360.00**

---

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

---

**3.200** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,332.98**

THE HARKER GROUP LLC
8 S. ATLANTA ST.
OWASSO, OK 74055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$575.52**

THE LANTERN PROJECT
P. O. BOX 72
ABILENE, TX 79604-0072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.80**

The National Board of Boiler &
VESSEL INSPECTORS
1055 CRUPPER AVE.
COLUMBUS, OH 43229-1183

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$181.86**

THE PAINT & SAFETY STORE, INC.
201 S. BENTON ST.
BIG SPRING, TX 79720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$253.31**

THOMSON REUTERS WEST
P.O. BOX 64833
ST. PAUL, MN 55164-0833

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,819.54**

THYSSENKRUPP ELEVATOR CORP
P.O. BOX 933004
ATLANTA, GA 31193-3004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$558.54**

TIOGA PIPE SUPPLY CO., INC
2450 WHEATSHEAF LN
PHILADELPHIA, PA 19137

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$375.00** |
|---|---|---|---|
| | **TONY CONDER**<br>**4150 SOUTWEST DR**<br>**STE 210**<br>**ABILENE, TX 79606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$64,075.33** |
|---|---|---|---|
| | **TRIBRIDGE HOLDINGS LLC.**<br>**4830 W. KENNEDY BLVD, STE 890**<br>**TAMPA, FL 33609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,526.00** |
|---|---|---|---|
| | **TRILEGAL**<br>**ONE INDIABULLS CENTRE 14TH FL**<br>**TOWER 1, ELPHINSTONE RD**<br>**MUMBAI, INDIA   00040-0013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58,418.53** |
|---|---|---|---|
| | **TROY VINES INC**<br>**2817 RANKIN HIGHWAY**<br>**MIDLAND, TX 79706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$64,232.00** |
|---|---|---|---|
| | **TRUELINE CONSTRUCTION LAYOUT, LLC**<br>**9918 MCCULLOUGH AVE**<br>**SAN ANTONIO, TX 78216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Tucker Albin & Associates**<br>**c/o Russell Baker**<br>**1212 Turtle Creek Blvd.**<br>**Dallas, TX 75207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|
| | **TULSA HEATERS INC.**<br>**1350 S. BOULDER  STE 800**<br>**TULSA, OK 74119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Lauren Engineers & Constructors, Inc. | Case number *(if known)* | 21-10051-rlj |
|---|---|---|---|
| | Name | | |

---

**3.214** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$114.21**

TURNAROUND TRANSPORTATION, INC
1052 JAN LEE DR.
BURKBURNETT, TX 76354

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,489.96**

TX COMPTROLLER OF PUBLIC ACCTS
P.O. BOX 149348
AUSTIN, TX 78714-9348

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.216** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65.73**

TXU ENERGY
6555 SIERRA
DALLAS, TX 75265-0638

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$506.25**

ULINE
2200 S. LAKESIDE DRIVE
WAUKEGAN, IL 60085

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.218** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$477,600.18**

UNITED RENTALS (North America)
FIVE GREENWICH OFFICE PARK
GREENWICH, CT 06831-5180

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.219** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$339.78**

UNITED WAY OF ABILENE
P.O. BOX 82
ABILENE, TX 79604

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.220** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,963.67**

Universal Fidelity LP
900 Threadneedle, Suite 600
Houston, TX 77079

Date(s) debt was incurred  March 2021
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|

---

**3.221** | **Nonpriority creditor's name and mailing address**
VALVE SOURCE, INC
4115 GREENBRIAR DR., STE B
STAFFORD, TX 77477

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,168.56**

---

**3.222** | **Nonpriority creditor's name and mailing address**
VERSATILE INDUSTRIES V, LLC
P.O. BOX 62608
MIDLAND, TX 79711

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$26,311.56**

---

**3.223** | **Nonpriority creditor's name and mailing address**
VULCAN CONSTRUCTION MATERIALS
P O BOX 849131
SUITE 400
DALLAS, TX 75284-9131

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$597.01**

---

**3.224** | **Nonpriority creditor's name and mailing address**
Warren Cat
PO Box 842116
Dallas, TX 75284-2116

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$370.59**

---

**3.225** | **Nonpriority creditor's name and mailing address**
WDS PARTNERS LP
6000 WESTERN PL., SUITE 110
FT. WORTH, TX 76107

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$387.50**

---

**3.226** | **Nonpriority creditor's name and mailing address**
WEST TEXAS DUMPSTERS
6100 LAKE FORREST DR
SUITE 505
ATLANTA, GA 30328

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$263,148.37**

---

**3.227** | **Nonpriority creditor's name and mailing address**
WESTERN STATES FIRE PROTECTION
5200 PASADENA AVE NE
SUITE A
ALBUQUERQUE, NM 87113

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$41,701.00**

---

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

---

**3.228** | Nonpriority creditor's name and mailing address | | **$825.05**

**WILLIAM ROSS MCDANIEL**
**2228 BAYOU COVE LN**
**LEAGUE CITY, TX 77573**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229** | Nonpriority creditor's name and mailing address | | **$43,391.88**

**WILLIAMS SCOTSMAN**
**3232 S. 48th ST**
**PHOENIX, AZ 85040**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230** | Nonpriority creditor's name and mailing address | | **$125.00**

**WISCONSIN DEPT. FIN. INSTITUTI**
**DIV. OF CORP. & CONSUMER**
**P O BOX 7846**
**MADISON, WI 53707-7846**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | Nonpriority creditor's name and mailing address | | **$20,288.29**

**WOLSELEY IND GROUP**
**4407 W. Industrial Ave.**
**Midland, TX 79703**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232** | Nonpriority creditor's name and mailing address | | **$11,188.33**

**WOOD EIS INC**
**1105 LAKEWOOD PKWY**
**SUITE 300**
**ALPHARETTA, GA 30009**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | Nonpriority creditor's name and mailing address | | **$2,754.70**

**WTG Fuels , INC.**
**P.O. Box 1215**
**4000 Pine St.**
**Abilene, TX 79604**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234** | Nonpriority creditor's name and mailing address | | **$389.07**

**XEROX FINANCIAL SERVICES LLC**
**SUITE 245**
**8606 ALLISONVILLE ROAD**
**INDIANAPOLIS, IN 46250**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number (if known) | **21-10051-rlj** |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Brian Sinn**<br>**Siemens Energy, Inc.**<br>**Quadrangle, 4400 Alafaya Trail MC Q2-290**<br>**Orlando, FL 32826** | Line **3.185**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Michael Wenger**<br>**Legal Counsel**<br>**Siemens Energy, Inc.**<br>**Quadrangle, 4400 Alafaya Trail MC Q2-290**<br>**Orlando, FL 32826** | Line **3.185**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 2,939,280.59 |
| **5b. Total claims from Part 2** | 5b. + $ | 17,218,740.08 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 20,158,020.67 |

**Fill in this information to identify the case:**

Debtor name **Lauren Engineers & Constructors, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **21-10051-rlj**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Contractor License Bond** |
| State the term remaining | |
| List the contract number of any government contract | **140277**      California Contractors State License Bd. |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Tyler Lease** |
| State the term remaining | |
| List the contract number of any government contract | CG Investments, LP<br>PO Box 4737<br>Houston, TX 77210-4737 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | Employee Non-Disclosure Agreements |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | Engie North America, Inc.<br>1360 Post Oak Blbd., Suite 400<br>Houston, TX 77056 |

| Debtor 1 | Lauren Engineers & Constructors, Inc. | | Case number (if known) | 21-10051-rlj |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Enterprise Crude Pipeline, LLC
P.O. Box 4735
Houston, TX 77210

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Enterprise Products Operating, LLC
P.O. Box 4324
Houston, TX 77210

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

FTC Solar, Inc.
9020 N. Capital of Texas Hwy, Suite 260
Austin, TX 78750

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

**Technical Services Agreement/ Confidential Disclosure Agreement**

State the term remaining

List the contract number of any government contract

Magema Technology LLC
710 N. Post Oak Road, Suite 351
Houston, TX 77024

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

**General Agreement of Indemnity**

State the term remaining

List the contract number of any government contract

Markel Surety d/b/a SureTec Indemnity Co
1330 Post Oak Blvd., Suite 1100
Houston, TX 77056

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

Mott Corporation
84 Spring Lane
Farmington, CT 06032

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    

| Debtor 1 | **Lauren Engineers & Constructors, Inc.** | | | Case number *(if known)* | **21-10051-rlj** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **NM Contractor License Code Bond UP 8-15 (License & Permit)- Replaced Hartford Bond No. 46BSBGO8987** | |
| | State the term remaining | | |
| | List the contract number of any government contract | **5254549** | **New Mexico Regulation and Licensing** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Non-Disclosure Agreements** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Occidental Permian, Ltd.** |
| | List the contract number of any government contract | | **P.O. Box 2004** **Houston, TX 77252** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **See attached list of leased equipment** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **Siemens Energy, Inc.** |
| | List the contract number of any government contract | | **4400 Alafaya Trail** **Orlando, FL 32826** |

| Debtor 1 | Lauren Engineers & Constructors, Inc. | | Case number *(if known)* | **21-10051-rlj** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.16.** State what the contract or lease is for and the nature of the debtor's interest — **Performance Bond**

State the term remaining

List the contract number of any government contract

**Siemens Energy, Inc.**
**c/o Brian Sinn, Project Director**

---

**2.17.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Solairedirect USA Inc.**
**c/o Engie Development, LLC**
**1990 Poast Oak Blvd., Suite 1900**
**Houston, TX 77056**

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest — **Performance Bond**

State the term remaining

List the contract number of any government contract

**Solairedirect USA Inc.**
**c/o Engie Development, LLC**
**1990 Poast Oak Blvd., Suite 1900**
**Houston, TX 77056**

---

**2.19.** State what the contract or lease is for and the nature of the debtor's interest — **AZ Registrar of Contractors License Bond Bond RC-L-220D Rev 7-12 UP 4-15 (License & Permit) - Replaced Hartford Bond No. 46BSBGO8997**

State the term remaining

List the contract number of any government contract — **5254548**

**State of Arizona**
**Registrr of Contractors**

---

**2.20.** State what the contract or lease is for and the nature of the debtor's interest — **AZ Registrar of Contractors License Bond RC-L-220D Rev 7-12 UP 4-15 (License & Permit)**

State the term remaining

List the contract number of any government contract — **5262502**

**State of Arizona**
**Registrar of Contractors**

---

| Debtor 1 | **Lauren Engineers & Constructors, Inc.** | | Case number *(if known)* | **21-10051-rlj** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **California Bond of Qualifying Individual** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **144954** | **State of California** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **MS Contractors Blanket Sales & Use Tax Bond** | |
|---|---|---|---|
| | State the term remaining | | **State of Mississippi Department of Revenue** |
| | List the contract number of any government contract | **5268552** | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Nevada State Contractor Board - License Bind** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **5262492** | **State of Nevada** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Park Office Building (901 South 1st Street)** | |
|---|---|---|---|
| | State the term remaining | | **Whitener Family Limited Partnership I 901 South 1st Street Abilene, TX 79601** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **550 South 18th Fabrication Facility** | |
|---|---|---|---|
| | State the term remaining | | **Whitener Family Limited Partnership I 901 South 1st Street Abilene, TX 79601** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Canon Image Press 5255 | JME07137 | 1101 ESE Loop 323, Suite 200 Tyler | 066125 | All Copy | gary@allcopytx.com 325-267-2320 | $228.80 | 1/2/2020 | Lease, Service | |
| Canon Image Press 700 | UME00726 | 901 S 1st, 4th Floor | 068228 | All Copy | gary@allcopytx.com 325-267-2320 | $568.75 | | Lease, Service | 5/15/2023 |
| Canon Image Press 5550 | WXD02685 | 901 S 1st, 3rd Floor, Document Control | 068621 | All Copy | gary@allcopytx.com 325-267-2320 | $228.80 | | Lease, Service | 7/23/2023 |
| Canon Image Press 5550 | WXC04177 | 901 S 1st, 4th Floor, Estimating | 068671 | All Copy | gary@allcopytx.com 325-267-2320 | $228.80 | | Lease, Service | 7/30/2023 |
| Canon Image Press 5550 | WXD05044 | 901 S 1st, 1st Floor Accounting | 068779 | All Copy | gary@allcopytx.com 325-267-2320 | $228.80 | | Lease, Service | 8/6/2023 |
| Canon Image Press 5550 | XLG06034 | 901 S 1st, 2nd Floor Engineering | 068835 | All Copy | gary@allcopytx.com 325-267-2320 | $228.80 | | Lease, Service | 8/10/2023 |
| Canon Image Press 5550 | WXD03394 | 901 S 1st, 2nd Floor Legal/HR/IT | 068853 | All Copy | gary@allcopytx.com 325-267-2320 | $228.80 | 8/27/2020 | Lease, Service | 8/27/2023 |
| Canon Image Press 5550 | WXD05235 | 550 S 18th, Main Office | 068988 | All Copy | gary@allcopytx.com 325-267-2320 | $228.80 | 9/3/2020 | Lease, Service | 9/1/2023 |
| Canon IRC 5240 | JRA08758 | SIE005 Los Alamos, NM | 064947 | All Copy | gary@allcopytx.com 325-267-2320 | $200.00 | 11/8/2019 | Lease, Service | when project completes |
| Canon IRC 5250 | JMQ10682 | SDU002 13657 US HWY 180, Gail Tx 79738 | 064964 | All Copy | gary@allcopytx.com 325-267-2320 | $200.00 | 9/30/2019 | Lease, Service | when project completes |
| Canon IRC 5240 | RRD08515 | ENT009 1503 North County Road 1140, Midland, TX | 065599 | All Copy | gary@allcopytx.com 325-267-2320 | $130.00 | 11/7/2019 | Lease, Service | when project completes |
| Canon IRC 5250 | JMQ12630 | SDU003 Anson, Tx | 069186 | All Copy | gary@allcopytx.com 325-267-2320 | $200.00 | 12/15/2020 | Lease, Service | 2/1/2021 |

**Fill in this information to identify the case:**

Debtor name **Lauren Engineers & Constructors, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **21-10051-rlj**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **BECKY WHITENER** | **1147 ELMWOOD DR ABILENE, TX 79602** | **Markel Surety d/b/a SureTec Indemnity Co** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Estate of Cleve Whitener** | **McMahon Surovik Suttle, PC P.O. Box 3679 Abilene, TX 79604** | **Origin Bank** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Estate of Cleve Whitener** | **McMahon Surovik Suttle, PC P.O. Box 3679 Abilene, TX 79604** | **Markel Surety d/b/a SureTec Indemnity Co** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.4 | **KAMTECH Services, Inc.** | **901 S. First Street Abilene, TX 79602** | **Origin Bank** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Marital Trust of the Last Will of C. Whi** | **1147 ELMWOOD DR ABILENE, TX 79602** | **Origin Bank** | ■ D **2.4** ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Lauren Engineers & Constructors, Inc.** | | Case number *(if known)* | **21-10051-rlj** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Residuary Trust of the Last Will of C. W** | **1147 ELMWOOD DR ABILENE, TX 79602** | **Origin Bank** | ■ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | **The Lauren Corporation** | **901 S. First Street Abilene, TX 79602** | **Origin Bank** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.8 | **The Lauren Corporation** | **901 S. 1st Street Abilene, TX 79602** | **Markel Surety d/b/a SureTec Indemnity Co** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.9 | **The Lauren Corporation** | **901 S. First Street Abilene, TX 79602** | **Origin Bank** | ■ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.10 | **TLC Air, LLC** | **901 S. First Street Abilene, TX 79602** | **Origin Bank** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.11 | **TLC Air, LLC** | **901 S. First Street Abilene, TX 79602** | **Origin Bank** | ■ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.12 | **US Small Business Association** | **409 3rd St, SW Washington, DC 20416** | **Origin Bank** | ☐ D _____ <br> ■ E/F __3.149__ <br> ☐ G _____ |
| 2.13 | **Whitener Family Limited Partnership I** | **901 South 1st Street Abilene, TX 79601** | **Markel Surety d/b/a SureTec Indemnity Co** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor **Lauren Engineers & Constructors, Inc.**                    Case number *(if known)* **21-10051-rlj**

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                            Column 2: **Creditor**

| | | | | | |
|---|---|---|---|---|---|
| 2.14 | **Markel Surety d/b/a SureTec Indemnity Co** | 1330 Post Oak Blvd., Suite 1100 Houston, TX 77056 | **Siemens Energy, Inc.** | ☐ D ___ ☐ E/F ___ ■ G | 2.15 |
| 2.15 | **Markel Surety d/b/a SureTec Indemnity Co** | 1330 Post Oak Blvd., Suite 1100 Houston, TX 77056 | **Solairedirect USA Inc.** | ☐ D ___ ☐ E/F ___ ■ G | 2.17 |

**Fill in this information to identify the case:**

Debtor name    **Lauren Engineers & Constructors, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)    **21-10051-rlj**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 22, 2021**     X **/s/ Jack Shoemate**
                                     Signature of individual signing on behalf of debtor

                                       **Jack Shoemate**
                                       Printed name

                                       **CEO**
                                       Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Texas

In re   **Lauren Engineers & Constructors, Inc.**

                       Debtor(s)

Case No.   **21-10051-rlj**

Chapter   **7**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Lauren Engineers & Constructors, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**The Lauren Corporation**
**901 S. 1st Street**
**Abilene, TX 79602**


☐ None [*Check if applicable*]


**April 22, 2021**

Date

**/s/ Kell C. Mercer**

**Kell C. Mercer**

Signature of Attorney or Litigant

Counsel for   **Lauren Engineers & Constructors, Inc.**

**Kell C. Mercer, P.C.**
**1602 E. Cesar Chavez Street**
**Austin, TX 78702**
**(512) 627-3512**
**kell.mercer@mercer-law-pc.com**