**Fill in this information to identify the case:**

Debtor name **Lauren Engineers & Constructors, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **21-10051-rlj**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$5,853,617.00** |
   | **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ☑ Operating a business<br>☐ Other _____ | **$145,083,347.00** |
   | **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ☑ Operating a business<br>☐ Other _____ | **$189,651,428.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | **Interest Income & Misc** | **$2,763.00** |
   | **For prior year:**<br>From **1/01/2020** to **12/31/2020** | **Interest Income & Misc** | **$1,022,240.00** |
   | **For year before that:**<br>From **1/01/2019** to **12/31/2019** | **Interest Income & Misc** | **$40,985.00** |

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number *(if known)* **21-10051-rlj** |
|---|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See the attached schedule SOFA 3** | | $17,334,543.25 | ■ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other **(details on schedule SOFA 3)** |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See the attached schedule SOFA 4** | | $2,368,324.76 | **(details on schedule SOFA 4)** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Origin Bank**<br>**9805 Katy Freeway, Suite 200**<br>**Houston, TX 77024** | **Sweep and application of funds on deposit.**<br>Last 4 digits of account number: _____ | **March 4, 2021** | **$1,383,156.54** |

**Part 3:** Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Lauren Engineers & Constructors, Inc.** | | Case number *(if known)* | **21-10051-rlj** |
| --- | --- | --- | --- | --- |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | **See the attached schedule<br>SOFA 7** | | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- | --- |
| 9.1. | **Children's Miracle Network<br>205 West 700 South<br>Salt Lake City, UT 84101** | **Donation** | **July 5, 2019** | **$3,000.00** |
| | Recipients relationship to debtor<br>**n/a** | | | |

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Lauren Engineers & Constructors, Inc.** | | Case number *(if known)* **21-10051-rlj** |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **April 12, 2020 - $840** **May 23, 2020 - $1,360** **February 12, 2021 - $4,840** **Feruary 12, 2021 - $800** **February 26, 2021 - $12,640** **March 31, 2021 - $19,880** **April 8, 2021 - $2,878** | |
| | **Kell C. Mercer** **Kell C. Mercer, PC** **1602 E. Cesar Chavez Street** **Austin, TX 78702** | | | **$48,914.00** |
| | **Email or website address** **kell.mercer@mercer-law-pc.com** | | | |
| | **Who made the payment, if not debtor?** **Debtor** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy From-To |
|---|---|---|---|
| 14.1. | **1101 ESE Loop** **Tyler, TX 75701** | | **1/1/2020 to Petition Date** |

**Part 8:**    Health Care Bankruptcies

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number *(if known)* | **21-10051-rlj** |
|---|---|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:** **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Lauren Corporation 401(k) and Profit Sharing Plan** | EIN: **58-1821154** |

    Has the plan been terminated?
    ☑ No
    ☐ Yes

    ☐ No Go to Part 10.
    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Kamtech Service Pension Plan** | EIN: |

    Has the plan been terminated?
    ☑ No
    ☐ Yes

---

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | **Lauren Engineers & Constructors, Inc.** | Case number *(if known)* **21-10051-rlj** |
|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Tony Conder Storage Rental**<br>**4150 Southwest Drive, Suite 210**<br>**Abilene, TX 79606-2292** | **Joel Ordway** | **Business Records - Storage Unit 17** | ☐ No<br>■ Yes |

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **See the attached schedule SOFA 21** | **See the attached schedule SOFA 21** | **See the attached schedule SOFA 21 (personal items of former employees and Whitener family)** | **Unknown** |

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

---

Debtor    **Lauren Engineers & Constructors, Inc.**                     Case number *(if known)*  **21-10051-rlj**

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Lauren E&C, Inc. (inactive)**<br>**901 S. First Street**<br>**Abilene, TX 79602** | **Industrial construction (New York corporation)** | EIN: **14-1617596**<br><br>From-To |
| 25.2. **Lauren Candada, Inc.**<br>**901 S. First Street**<br>**Abilene, TX 79602** | **Holding company (Delaware corporation)** | EIN: **45-3687256**<br><br>From-To **Aug. 5, 2011 to present** |
| 25.3. **Lauren Engineers & Constructors ULC**<br>**901 S. 1st Street**<br>**Abilene, TX 79602** | **Industrial construction (Alberta Unlimited Liability Company)** | EIN: **81999-2140**<br><br>From-To **Dec. 24, 2013 to present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Condley and Company**<br>**993 North Third**<br>**Abilene, TX 79602** | **Jan 1, 2018 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **Condley and Company**<br>**993 North Third**<br>**Abilene, TX 79602** | **Jan. 1, 2018 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Debtor | Lauren Engineers & Constructors, Inc. | Case number *(if known)* | 21-10051-rlj |
|---|---|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Condley and Company**<br>**993 North Third**<br>**Abilene, TX 79602** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Origin Bank**<br>**9805 Katy Freeway, Suite 200**<br>**Houston, TX 77024** |
| 26d.2. **Bowen, Miclette, and Britt Insurance**<br>**1111 North Loop, Suite 400**<br>**Houston, TX 77008** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **The Lauren Corporation** | **901 S. First Street**<br>**Abilene, TX 79602** | **Shareholder** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Becky Whitener** | **1147 Elmwood**<br>**Abilene, TX 79605** | **Chairperson of Board of Directors** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jack Shoemate** | **6838 Prestonshire Lane**<br>**Dallas, TX 75225** | **Chief Executive Officer and President**<br>**Director** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Matt Higgins** | **3157 CR 154**<br>**Tuscola, TX 79562** | **Chief Financial Officer**<br>**Director** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **John Hyland** | **2326 Prestholla Court**<br>**Abilene, TX 79606** | **Executive Vice President** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Randy Barbee** | **P.O. Box 772**<br>**Hawley, TX 79525** | **Executive Vice President** | **0%** |

Debtor    **Lauren Engineers & Constructors, Inc.**        Case number *(if known)*   **21-10051-rlj**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dave Weatherly | 339 Alexandra Tuscola, TX 79562 | Executie Vice President | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Clay Boyce | 706 Maji Road Whitehouse, TX 75791 | Executive Vice President | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Curtis Stanley | 508 Conrad Hilton Blvd Cisco, TX 76437 | Vice President | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Cotton | 12522 State Hwy 31E Brownsboro, TX 75756 | Vice President | 0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Randy Lipps | 8725 Saddle Lake Spur Abilene, TX 79602 | Chief Operating Officer | until May 2020. |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Mike Breed | 144 Coronado Bend Fort Worth, TX 76108 | Executive Vice President | until September 2020. |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Kevin Porter | 1102 Oldham Lane Abilene, TX 79602 | Vice President | under December 2020. |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Todd Meek | 1150 Rainey Creek Ranch Road Abilene, TX 79602 | Vice President | until September 2020. |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Debtor | **Lauren Engineers & Constructors, Inc.** | | Case number *(if known)* | **21-10051-rlj** |
|---|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | **See schedule SOFA 4** | | | **See schedule SOFA 4** |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **The Lauren Corporation** | **EIN:** 58-1821154 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

---

**Part 14:   Signature and Declaration**

   **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
   18 U.S.C. §§ 152, 1341, 1519, and 3571.

   I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 22, 2021**

**/s/ Jack Shoemate**                                                    **Jack Shoemate**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

SOFA - 3

| Vendor Name | Street | City | State | Zip | Total Payments |
|---|---|---|---|---|---|
| 1904 GRAND PARKWAY NORTH LP | 2537 S. GESSNER RD., STE 250 | HOUSTON | TX | 77063 | $ 111,490.24 |
| 4D EXCAVATING, INC. | 16495 W 1-20 SERVICE RD | ODESSA | TX | 79763 | $ 14,390.00 |
| ADAM BENEVIDES | 129 SW 4TH ST | HAMLIN | TX | 79520 | $ 10,936.00 |
| ADVANTAGE EQUIPMENT RENTAL & SALES, LLC | 3501 OLD GRANBURY ROAD | GRANBURY | TX | 76049 | $ 16,450.40 |
| | 1401 MINERAL AVE | LAS VEGAS | NV | 89106 | $ 300,642.46 |
| ALL COPY | PO BOX 545 | ABILENE | TX | 79604 | $ 8,452.88 |
| ALLENSWORTH & PORTER, L.L.P. | 100 CONGRESS AVE. SUITE 700 | AUSTIN | TX | 78701 | $ 595,097.26 |
| AMERICAN ARBITRATION ASSO. INC | 1633 BROADWAY | NEW YORK | NY | 10019-6707 | $ 31,477.40 |
| ANDERSON BRYANT, LLC | 6000 S FM 1788 UNIT A | MIDLAND | TX | 79706 | $ 7,653.43 |
| ANIXTER, INC. | 1601 Waters Ridge Rd | Lewisville | TX | 75057 | $ 24,962.36 |
| ASSOCIATED SUPPLY CO. | P.O. BOX 3888 | LUBBOCK | TX | 79452 | $ 345,652.04 |
| AT & T | PO BOX 105414 | ATLANTA | GA | 30348-5414 | $ 7,104.97 |
| AT&T | P.O. BOX 5019 | CAROL STREAM | IL | 60197 | $ 28,690.76 |
| AVEVA SOFTWARE, LLC | 26561 RANCHO PARKWAY SOUTH | LAKE FOREST | CA | 92630 | $ 65,722.90 |
| BARCO RENT A TRUCK | 717 SOUTH 5600 WEST | SALT LAKE CITY | UT | 84104 | $ 83,447.45 |
| BBVA COMPASS | P. O. BOX 10566 | BIRMINGHAM | AL | 35296 | $ 446,500.00 |
| BIGGE CRANE AND RIGGING CO | 10700 BIGGE AVE | SAN LEANDRO | CA | 94577 | $ 217,062.89 |
| BIGGE EQUIPMENT COMPANY | 1000 SOUTH MCCASLIN BLVD | SUPERIOR | CO | 80027 | $ 47,065.09 |
| BLACK JACK ENERGY SERVICES, LL | 17530 CR 265 | CLYDE | TX | 79510 | $ 518,620.43 |
| BLUE CROSS BLUE SHIELD OF TX | DEPT 1134 | DALLAS | TX | 75312-1134 | $ 973,322.86 |
| BRAUN INTERTEC CORPORATION | 11001 HAMPSHIRE AVENUE SOUTH | MINNEAPOLIS | MN | 55438 | $ 33,843.20 |
| CD FARM & OILFIELD DOZER | 4910 CR 260 | ANSON | TX | 79501 | $ 27,000.00 |
| CDW DIRECT, LLC | 200 N. MILWAUKEE AVE. | VERNON HILLS | IL | 60061-1577 | $ 25,142.65 |
| CENTRAL TEXAS IRON WORKS, INC | 1000 WINCHELL DR. | WACO | TX | 76702-2555 | $ 201,726.74 |
| CG Investments, LP | PO Box 4737 | Houston | TX | 77210-4737 | $ 13,425.00 |
| Child Support - PR | Various States | | | | $ 52,213.42 |
| CMC CONSTRUCTION SERVICES | SUITE 300 | HOUSTON | TX | 77079 | $ 29,310.51 |
| CODY KENDRICK | 210 TAYLOR | TUSCOLA | TX | 79562 | $ 10,560.00 |
| CONDLEY AND COMPANY, L.L.P. | P.O. BOX 2993 | ABILENE | TX | 79604-2993 | $ 40,450.00 |
| CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC | 9311 BAY AREA BLVD. | PASADENA | TX | 77507 | $ 9,991.30 |
| CONSTELLATION NEW ENERGY, INC | 111 MARKET PLACE, 5th FLR | BALTIMORE | MD | 21202 | $ 21,597.90 |
| DATROO TECHNOLOGIES LLC | 1302 HIGHLAND AVE. | ABILENE | TX | 79605 | $ 13,093.92 |
| DAVID MCCLAIN | 609 CHERRY ST | BAIRD | TX | 79504 | $ 10,176.00 |
| DNOW L.P | 7402 N ELDRIDGE PKWY | HOUSTON | TX | 77041 | $ 34,596.79 |
| DOOLEY TACKABERRY, INC | 1515 W 13TH STREET | DEER PARK | TX | 77536 | $ 164,222.09 |
| EDGEN MURRAY CORPORATION | 18444 HIGHLAND, RD | BATON ROUGE | LA | 70809 | $ 21,469.71 |
| Internal Revenue Service | P.O. Box 932100 | Louisville | KY | 40293-2100 | $ 1,662,287.63 |
| ELLIOTT ELECTRIC SUPPLY, INC | 4281 CRAWFORD DR. | ABILENE | TX | 79602 | $ 202,472.26 |
| EMOT FCU | 471 CYPRESS ST. | ABILENE | TX | 79601 | $ 23,440.72 |
| ENERGY FIELD EQUIPMENT SERVICES LLC | 39 S. YORK ROAD | DILLSBURG | PA | 17019 | $ 216,066.00 |
| ENTERPRISE RENT A CAR | ATTN: ACCTS RECEIVABLE | MORRISVILLE | NC | 27560-8436 | $ 23,594.56 |
| EXAKTIME INNOVATIONS, INC | 27001 AGOURA RD, STE 280 | CALABASAS | CA | 91301 | $ 17,365.14 |
| Fidelity Investments | 100 Magellan Way KE33 | Covington | KY | 41015 | $ 231,095.98 |

| | | | | | |
|---|---|---|---|---|---|
| FLOW-ZONE LLC | 3504 DWAYNE ROAD | ROSHARON | TX | 77583 | $ 45,075.37 |
| FRANK'S SUPPLY CO. INC | 3311 STANFORD DRIVE NE | ALBUQUERQUE | NM | 87107 | $ 11,108.08 |
| G-FORCE & ASSOCIATES, INC | 5200 WEST HIGHWAY 377 | TOLAR | TX | 76476 | $ 40,635.00 |
| GOINS CRANE SERVICE, INC | PO BOX 5276 | ABILENE | TX | 79608 | $ 19,170.00 |
| GRAINGER, INC | 100 GRAINGER PKWY | LAKEFOREST | IL | 60045-5201 | $ 15,936.04 |
| GRAYBAR ELECTRIC CO., INC | 1601 South Treadaway | Abilene | TX | 79602 | $ 570,445.23 |
| GREAT PLAINS EQUIPMENT RENTAL LLC | 802 EAST 34TH ST | LUBBOCK | TX | 794041 | $ 98,418.88 |
| H & E EQUIPMENT SERVICES, INC | 1700 South Sam Houston | Houston | TX | 77047 | $ 405,073.78 |
| HAIL ICE COMPANY LLC | 4555 E. UNIVERSITY BLVD | ODESSA | TX | 79762 | $ 7,855.20 |
| HERC RENTALS INC | PO BOX 936257 | ATLANTA | GA | 31193 | $ 68,022.56 |
| HYDRO BLIND SOLUTIONS | 5500 TWIN CITY HWY | PORT ARTHUR | TX | 77642 | $ 25,595.81 |
| HYTORC | 333 RT. 17 NORTH | MAHWAH | NJ | 07430 | $ 25,229.36 |
| IPFS CORPORATION | 1055 BROADWAY, 11TH FL | KANSAS CITY | MO | 64105 | $ 489,829.22 |
| ISN SOFTWARE CORP. | 3232 McKINNEY, STE 1500 | DALLAS | TX | 75204 | $ 7,675.20 |
| JAMES AND LUTHER INC | 6461 TAMA STREET | EL PASO | TX | 79932 | $ 8,590.00 |
| JAMES, COODE, & HOBSON, INC. | 4210 HAWKINS ST. NE | ALBUQUERQUE | NM | 87109 | $ 9,500.00 |
| JARED GEERS | 207 S GRAND ST | CLARENCE | MO | 63437 | $ 10,592.00 |
| JAS FORWARDING USA INC | 6165 BARFIELD RD | ATLANTA | GA | 30328 | $ 17,050.00 |
| JOULE PROCESSING LLC | 3800 BUFFALO SPEEDWAY, SUITE 525 | HOUSTON | TX | 77098 | $ 76,056.27 |
| JPH HOLDINGS, LLC | 16619 ALDINE WESTFIELD RD | HOUSTON | TX | 77032 | $ 106,073.67 |
| LOCKWOOD PARTNERS LLC | P.O. BOX 53466 | HOUSTON | TX | 77052 | $ 262,323.69 |
| LONESTAR TECHNOLOGY | LANE 11 SAHANLWAS COLONY S | PUNE | | 411052 | $ 270,000.00 |
| MANHATTAN TELECOMMUNICATIONS CORPORATIO | 55 WATER STREET | NEW YORK | NY | 10041 | $ 15,953.63 |
| MCMAHON,SUROVIK,SUTTLE PC | 400 PINE ST. STE 800 | ABILENE | TX | 79601 | $ 7,200.00 |
| MDA SCAFFOLDING, LLC | PO BOX 7589 | ODESSA | TX | 79760 | $ 10,751.44 |
| MIDSTREAM VALVE PARTNERS, LLC | 25349 BOROUGH PARK DRIVE | SPRING | TX | 77380 | $ 39,765.07 |
| MOBIL STEEL INTN'L, INC | 13830 S. WAYSIDE DR | HOUSTON | TX | 77048 | $ 26,928.16 |
| MUTUAL OF OMAHA INSURANCE COMPANY | 3300 MUTUAL OF OMAHA PLAZA | OMAHA | NE | 68175 | $ 89,166.43 |
| NEW MEXICO TAXATION & REVENUE | P. O. BOX 630 | SANTA FE | NM | 87504 | $ 78,549.08 |
| NEW MEXICO TAXATION & REVENUE | P. O. BOX 630 | SANTA FE | NM | 87504 | $ 20,501.96 |
| NORTH TEXAS CRANE - WEST DIVISION | 2403 NORTH COUNTY ROAD 1140 | MIDLAND | TX | 79705 | $ 21,095.00 |
| Obermayer Rebmann Maxwell & Hippel LLP | Centre Square West | Philadelphia | PA | 19102-2101 | $ 10,503.86 |
| OLDCASTLE INFRASTRUCTURE, A CRH CO. | 1100 HERITAGE PARKWAY | MANSFIELD | TX | 76063 | $ 28,320.00 |
| Origin Bank | 1101 ROC Lane | Ruston | LA | 71270 | $ 2,177,391.66 |
| PAMELA DENNEY | 391 CR 3645 | CLIFTON | TX | 76634 | $ 42,180.27 |
| PC CONNECTION, MACCONNECTION | 730 MILLFORD RD | MERRIMACK | NH | 03054 | $ 10,586.58 |
| PENN TOOL SALES AND SERVICE , INC | 625 BEV RD | YOUNGSTOWN | OH | 44512 | $ 11,454.74 |
| PERFORMANCE CONTRACTING, INC | 11145 THOMPSON AVE | LENEXA | KS | 66219 | $ 1,526,569.97 |
| PERMIAN BASIN MATERIALS LLC | P. O. BOX 14168 | ODESSA | TX | 79768 | $ 15,218.28 |
| PETRIN LLC | 1405 COMMERCIAL DR | PORT ALLEN | LA | 70767 | $ 15,787.53 |
| PIPELINE SUPPLY & SERVICE, INC | PO BOX 301130 | HOUSTON | TX | 77230-1130 | $ 7,782.58 |
| POWER ENGINEERING SERVICES, INC. | 9179 SHADOW CREEK LANE | CONVERSE | TX | 78109 | $ 236,956.72 |
| REINFORCING STEEL SUPPLY INC. | 13730 AVE K | AUSTIN | TX | 78728 | $ 25,235.61 |
| RELEVANT INDUSTRIAL, LLC | 9750 WEST SAM HOUSTON PARKWAY NORTH | HOUSTON | TX | 77064 | $ 25,889.67 |
| REXEL USA | DEPT. 0902 | DALLAS | TX | 75312-0902 | $ 213,588.14 |
| RITTER FOREST PRODUCTS | P. O. Box 1265 | NEDERLAND | TX | 77627 | $ 19,669.05 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ROYCE BROOKS GARAGE | 809 OAK | ABILENE | TX | 79602 | $ | 9,240.49 |
| SAFERACK, LLC | 730 ELECTRIC DR. | SUMTER | SC | 29153 | $ | 304,015.96 |
| SAFETY PLUS, LLC | 1410 COLLEGE AVE | SNYDER | TX | 79549 | $ | 11,745.12 |
| SEGEL LOGISTICS LLC | 2538 GATEBURY CIRCLE | ATLANTA | GA | 30341 | $ | 27,067.12 |
| SERRANO SERVICES, INC | 79 CROUCH ROAD | VICTORIA | TX | 77905 | $ | 11,550.00 |
| SHERWIN WILLIAMS CO. - ABILENE | 2266 INDUSTRIAL BLVD. | ABILENE | TX | 79602-8030 | $ | 11,197.67 |
| SOUTH TEXAS DUMPSTERS | 9346 TX-106 LOOP | SAN ANTONIO | TX | 78263 | $ | 78,721.72 |
| SPIDER PLOW INC | 6825 EAST TENNESSEE AVE | DENVER | CO | 80224 | $ | 147,553.44 |
| SPIRE CONSULTING GROUP, LLC | 114 WEST 7TH ST., STE 1300 | AUSTIN | TX | 78701 | $ | 202,468.50 |
| SUNBELT RENTALS, INC | 2341 DEERFIELD DR. | FORT MILL | SC | 29715 | $ | 150,077.93 |
| SUNSTATE EQUIPMENT CO., LLC | 5552 E. WASHINGTON ST. | PHOENIX | AZ | 85034 | $ | 81,198.14 |
| T F HUDGINS | 4405 DIRECTORS ROW | HOUSTON | TX | 77092 | $ | 100,612.35 |
| TACTICAL AUTOMATION INC | 24165 IH-10 WEST | SAN ANTONIO | TX | 78257 | $ | 206,416.07 |
| TANK CONNECTION LLC | 3609 N 16TH ST | PARSONS | KS | 67357 | $ | 168,228.60 |
| TEXAS ReEXCAVATION LC | 5114 RAILROAD STREET | DEER PARK | TX | 77536 | $ | 54,531.25 |
| TEXAS WORKFORCE COMMISSION | P.O. Box 149037 | Austin | TX | 78714-9037 | $ | 161,208.81 |
| THE HARKER GROUP LLC | 8 S. ATLANTA ST. | OWASSO | OK | 74055 | $ | 21,710.30 |
| THE REYNOLDS COMPANY | 2680 SYLVANIA CROSS | FT. WORTH | TX | 76137 | $ | 17,400.96 |
| TIOGA PIPE SUPPLY CO., INC | 2450 WHEATSHEAF LN | PHILADELPHIA | PA | 19137 | $ | 74,856.10 |
| TRAVIS INDUSTRIES | 7902 SE LOOP 410 | SAN ANTONIO | TX | 78223 | $ | 352,784.00 |
| TRIBRIDGE HOLDINGS LLC. | 4830 W. KENNEDY BLVD, STE 890 | TAMPA | FL | 33609 | $ | 8,756.25 |
| TROY VINES INC | 2817 RANKIN HIGHWAY | MIDLAND | TX | 79706 | $ | 16,061.34 |
| TRUELINE CONSTRUCTION LAYOUT, LLC | 9918 MCCULLOUGH AVE | SAN ANTONIO | TX | 78216 | $ | 42,028.00 |
| TURNAROUND TRANSPORTATION, INC | 1052 JAN LEE DR. | BURKBURNETT | TX | 76354 | $ | 13,304.13 |
| TX COMPTROLLER OF PUBLIC ACCTS | P.O. BOX 149348 | AUSTIN | TX | 78714-9348 | $ | 76,081.94 |
| UNITED RENTALS (North America) | FIVE GREENWICH OFFICE PARK | GREENWICH | CT | 06831-5180 | $ | 180,292.48 |
| UTILITY SERVICE OFFICE | PO BOX 3479 | ABILENE | TX | 79604 | $ | 12,560.11 |
| VALVE SOURCE, INC | 4115 GREENBRIAR DR., STE B | STAFFORD | TX | 77477 | $ | 67,409.02 |
| VERMEER EQUIPMENT OF TEXAS, INC | 3025 STATE HWY 161 | IRVING | TX | 75062 | $ | 22,349.37 |
| VIC ICE COMPANY | PO BOX 110 | YOAKUM | TX | 77995 | $ | 7,740.64 |
| WELDFIT CORP. DBA WELDFIT SERVICES | 4133 SOUTHERLAND | HOUSTON | TX | 77092 | $ | 171,848.00 |
| WEST TEXAS DUMPSTERS | 6100 LAKE FORREST DR | ATLANTA | GA | 30328 | $ | 320,919.22 |
| WESTERN STATES FIRE PROTECTION | 5200 PASADENA AVE NE | ALBUQUERQUE | NM | 87113 | $ | 21,000.00 |
| WILLIAM HOLMES | 302 STALLION RD | ABILENE | TX | 79606 | $ | 9,853.24 |
| WILLIAMS SCOTSMAN | 3232 S. 48th ST | PHOENIX | AZ | 85040 | $ | 12,010.91 |
| WIND TURBINE & ENERGY CABLES CORP. | 777 TERRACE AVE. | HASBROUCK | NJ | 07604 | $ | 30,170.63 |
| WTG Fuels , INC. | P.O. Box 1215 | Abilene | TX | 79604 | $ | 75,655.95 |

SOFA - 4

| Insider's Name | Address | City | State | Zip | Dates | Net Compensation | Expenses | Total | Reasons for payment or transfer |
|---|---|---|---|---|---|---|---|---|---|
| Cleve Whitener | 1147 Elmwood | Abilene | Tx | 79605 | 1/13/2020-1/12/2021 | $ 2,852.70 | $ - | $ 2,852.70 | Salary and/or expense reimbursement |
| Becky Whitener | 1147 Elmwood | Abilene | Tx | 79605 | 1/13/2020-1/12/2021 | $ 109,705.25 | $ - | $ 109,705.25 | Salary and/or expense reimbursement |
| Lauren Whitener | 1147 Elmwood | Abilene | Tx | 79605 | 1/13/2020-1/12/2021 | $ 30,588.34 | $ - | $ 30,588.34 | Salary and/or expense reimbursement |
| Jack Shoemate | 6838 Prestonshire Ln | Dallas | Tx | 75225 | 1/13/2020-1/12/2021 | $ 118,573.72 | $ 33,586.65 | $ 152,160.37 | Salary and/or expense reimbursement |
| Matt Higgins | 3157 CR 154 | Tuscola | Tx | 79562 | 1/13/2020-1/12/2021 | $ 150,909.39 | $ 2,670.48 | $ 153,579.87 | Salary and/or expense reimbursement |
| John Hyland | 2326 Valholla Court | Abilene | Tx | 79606 | 1/13/2020-1/12/2021 | $ 130,166.84 | $ 1,762.80 | $ 131,929.64 | Salary and/or expense reimbursement |
| Randy Barbee | PO Box 772 | Hawley | Tx | 79525 | 1/13/2020-1/12/2021 | $ 114,034.39 | $ 491.20 | $ 114,525.59 | Salary and/or expense reimbursement |
| Dave Weatherly | 339 Alexandra | Tuscola | Tx | 79656 | 1/13/2020-1/12/2021 | $ 128,028.93 | $ 5,786.24 | $ 133,815.17 | Salary and/or expense reimbursement |
| Clay Boyce | 706 Maji Rd | Whitehouse | Tx | 75791 | 1/13/2020-1/12/2021 | $ 146,800.87 | $ 15,400.63 | $ 162,201.50 | Salary and/or expense reimbursement |
| Curtis Stanley | 508 Conrad Hilton Blvd | Cisco | Tx | 76437 | 1/13/2020-1/12/2021 | $ 461,222.14 | $ 38,002.09 | $ 499,224.23 | Salary and/or expense reimbursement |
| John Cotten | 12522 State Hwy 31E | Brownsboro | Tx | 75756 | 1/13/2020-1/12/2021 | $ 114,846.14 | $ 14,425.96 | $ 129,272.10 | Salary and/or expense reimbursement |
| Whitener Family Limited Partnership I | 901 South First | Abilene | Tx | 79602 | 1/13/2020-1/12/2021 | $ - | $ 748,470.00 | $ 748,470.00 | Rent |

**BAE Ordnance Systems, Inc. v. Lauren Engineers & Constructors, Inc.—Holston**

Cause No. 01-18-0000-7856
American Arbitration Association
Filed:  February 14, 2018
Nature of claim:  Commercial project dispute
Status: Resolved but still pending. Arbitration was dismissed without prejudice by panel.
In July 2020 settlement documents were prepared and exchanged, but BAE has not signed and returned. Lauren reached out again on January 12, 2021.
Opposing counsel:
Elizabeth W. Newsom (Beth)
Deputy Chief Counsel
Combat Mission Systems
BAE Systems Platforms & Services
2000 15th Street North, Suite 1100
Arlington, Virginia 22201 USA
571-317-9917
beth.newsom@baesystems.com

**Luce, Roy (no suit has been filed)**
OSHA Claim Number: 1564355
Alleged wrongful termination claim also including an alleged retaliation claim for filing OSHA complaint.  Mr. Luce is represented by:
Eric Roberson
Kilgore & Kilgore PLLC
3109 Carlisle Street
Dallas, Texas 75204-1194
enr@kilgorelaw.com
214-379-0817 direct
214-969-9099
214-253-0133 fax
Claim has been turned over to insurance carrier. Insurance carrier agreed to provide a defense on July 27, 2020

**Manulife Property Portfolio Inc. v. Lauren Engineers & Constructors, ULC; Lauren Services ULC; Lauren Concise, Inc., Lauren Engineers & Constructors, Inc.; Lauren Services Inc.; The Lauren Corporation; Lauren Canada, Inc.; Thomas Modisett; Cleve C. Whitener; Irene Stewart, XYZ Inc.; ABC LTD.; and John Doe.**
Case No. 1701-06659
Queen's Bench of Alberta in the Judicial Centre of Calgary
Statement of Claim Filed: May 17, 2017
Nature of claim:  Landlord is seeking at least $3.9 million in damages for a variety of causes of actions and claims.
Status: pending but seemingly dormant

The Lauren entities are represented by:
Joshua D. Fraese, Partner
#2100, 440 – 2nd Avenue SW, Calgary, AB, Canada  T2P 5E9
403-776-0507
Josh.Fraese@RoseLLP.com

**Lauren Engineers & Constructors, Inc. v. Hanwha QCells EPC USA, LLC** (Hanwha filed counterclaim)
Case No. 012000050926
American Arbitration Association
Filed:  April 29, 2020

Nature of claim:  Commercial project dispute.  Lauren sought payment for work performed pursuant to a subcontract with Hanwha.  Lauren also filed a lien in Ector County on April 15, 2020 for (the same) work performed as of that date.  Lauren also filed a suit to foreclose the lien in Ector County state court on April 29, 2020.
Status: Resolved on November 16, 2020

**AIG v. Lauren Engineers & Constructors, Inc.**
CASE #: 3:19-CV-01742-S
U.S. District Court Northern District of Texas
Filed: July 19, 2019
Nature of suit: Recovery of attorney fees dispute
Status: Resolved on September 24, 2020

**Marshae Essett vs. Lauren Engineers and Constructors; Charge No. 450-2019-04810C**
Filed: Turned in to insurance as potential 04/19/2020
Nature of claim: EEOC
Status: EEOC issued a Case Close Dismissal Notice on 8/10/2020. Essett has until 11/10/2020 to pursue a private law suit.

## SOFA - 25

Stephanie Vicars – Tool box in the shop

Ricardo Martinez – Tool box in the shop

Sergio Martinez – Tool box in the shop

Ruben Rodriquez – Tool box in the shop

Manuel Rodriquez – Tool box in the shop

Kyle Payne – tool box in the shop

Zenny Balleza – Tool box in the shop

Chris Torress- Tool box in the shop

Jame pierce – Tool box in the shop

Allen Oxford – Tool box in the shop

Ricky vicar personal items in the back shop office

Randy Barbee – personal items in the office (small coffee maker in break room)

David Weatherly – personal items in the office

Kyle Stewart –personal items in the office at south 18th and south 1st

Glenn Garrison – personal items in the office

Richard Havins – personal items in the office

David Brown – personal items in the office

David McWright –personal items in the office

11 Pile Drivers at Fab Shop (belong to Whitener Family Limited Partnership I, LP)

Excavator at Fab Shop

Dogs living at Fab Shop (belong to Lauren Whitener)

Framed Pictures at Office (belong to Becky Whitener)