Laurie Dahl Rea
State Bar No. 00796150
FORSHEY & PROSTOK LLP
777 Main St., Suite 1290
Ft. Worth, TX  76102
Telephone: (817) 877-8855
Facsimile:   (817) 877-4151
lrea@forsheyprostok.com

CHAPTER 7 TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: | ) CHAPTER 7 CASE |
| LAUREN ENGINEERS & CONSTRUCTORS, INC. | ) CASE NO. 21-10051-rlj7 |
| Debtor. | ) |

**TRUSTEE'S REQUEST FOR STATUS CHANGE**

TO THE CLERK OF THE BANKRUPTCY COURT:

The above entitled numbered proceeding was originally noticed as a no-asset case. No Claims bar date has been established.  There now appears to be assets to be administered and I hereby request that the status of this proceeding be changed to an asset case.  Please establish a bar date and notify creditors to file a Proof of Claim.

Dated: 05/14/2021

    /s/ Laurie Dahl Rea
Laurie Dahl Rea