BTXN 050 (rev. 07/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
Lauren Engineers & Constructors, Inc. § Case No.: 21–10051–rlj7
§ Chapter No.: 7
P.O. Box 1761 §
Abilene, TX 79604–1761 §
§
　　　　　　　　　　　Debtor(s) §
§

# NOTICE OF FILING OF PROOF OF CLAIM

　　In accordance with Bankruptcy Rule 3004, notice is hereby given that on 2/25/2021 a Proof of Claim was filed by the debtor on behalf of Lauren Engineers & Constructors Inc in the total amount of $54917.87.

　　A Proof of Claim filed by a creditor pursuant to Bankruptcy Rule 3002(c) or Rule 3003(c) shall supersede the claim that has been filed on your behalf.

　　To file a Proof of Claim, please visit www.txnb.uscourts.gov. Should you have any questions regarding this matter, please contact our Help Desk at (800) 442–6850.

DATED: 5/26/21

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/Deanna Chambers, Deputy Clerk