**FORM 1** Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 21-10051-RLJ | Trustee Name: | Roddrick B. Newhouse |
|---|---|---|---|
| Case Name: | LAUREN ENGINEERS & CONSTRUCTORS, INC. | Date Filed (f) or Converted (c): | 04/08/2021 (f) |
| For the Period Ending: | 6/30/2022 | §341(a) Meeting Date: | 05/14/2021 |
| | | Claims Bar Date: | 08/12/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT - PAYROLL ACCOUNT - ORIGIN BANK | $0.00 | $0.00 | | $0.00 | FA |
| 2 | OPERATING ACCOUNT - ORIGINAL BANK | $0.00 | $0.00 | | $0.00 | FA |
| 3 | CHECKING ACCOUNT - FIRST FINANCIAL BANK - XXX5801 | $34,109.00 | $21,699.32 | | $21,699.32 | FA |
| 4 | CHECKING ACCOUNT - TAX ACCOUNT ORIGIN BANK | $0.00 | $0.00 | | $0.00 | FA |
| 5 | BENEFITS ACCOUNT - ORIGIN BANK | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Deposits/Prepayments | $184,284.43 | $4,475.00 | | $4,475.00 | $0.00 |
| 7 | ACCOUNTS RECEIVABLE 90 DAYS OLD OR LESS: 7,455,712.00 FACE AMOUNT 287,568.00 DOUBTFUL OR UNCOLLECTIBLE ACCOUNTS | $7,168,144.00 | $109,007.66 | | $109,007.66 | $0.00 |
| 8 | ACCOUNTS RECEIVABLE OVER 90 DAYS OLD: 4,057,470.00 FACE AMOUNT 2,028,735.00 DOUBTFUL OR UNCOLLECTIBLE ACCOUNTS | $2,028,735.00 | $21,762.00 | | $21,762.00 | $0.00 |
| 9 | LAUREN E&C, INC. 100 % | Unknown | $1,000.00 | | $0.00 | $1,000.00 |
| 10 | LAUREN CANADA, INC. 100 % | Unknown | $1,000.00 | | $0.00 | $1,000.00 |
| 11 | WORK IN PROGRESS MATERIALS FOR THE OCCIDENTAL PERMIAN, LTD. PROJECT | $67,042.00 | $1,000.00 | | $0.00 | $1,000.00 |
| 12 | OFFICE FURNITURE LOCATED IN ABILENE AND TYLERK CONSISTING OF TABLES, CHAIRS, DESKS, FILING CABINETS, WORKSTATIONS, MIRRORS, BOOKCASES. SEE SCHEDULE A.B (INVENTORY) FOR DETAIL. | $57,375.00 | $14,850.26 | | $14,850.26 | $0.00 |

**FORM 1**
Page No: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 21-10051-RLJ | Trustee Name: | Roddrick B. Newhouse |
|---|---|---|---|
| Case Name: | LAUREN ENGINEERS & CONSTRUCTORS, INC. | Date Filed (f) or Converted (c): | 04/08/2021 (f) |
| For the Period Ending: | 6/30/2022 | §341(a) Meeting Date: | 05/14/2021 |
| | | Claims Bar Date: | 08/12/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 13  OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE DESKTOP AND LAPTOP COMPUTERS, SERVERS, PRINTERS, COPIERS, A/V EQUIPMENT, HARDWARE, PAPER SHREDDER, POSTAGE MACHINE, SOFTWARE, SOFTWARE LICENSES, POWER SUPPLY, TELEPHONES, RADIOS, TYPEWRITER, CISCO SYSTEM, CABLING. SEE SCHEDULE A.B (INVENTORY) FOR DETAIL | $123,282.00 | $17,996.91 | | $17,996.91 | $0.00 |
| 14  SCULPTURE (LISTED ON SCHEDULE A.B INVENTORY) | Unknown | $1,000.00 | | $0.00 | $1,000.00 |
| 15  VANS, TRUCKS, TRAILERS. SEE SCHEDULE A.B FOR DETAIL | $148,818.00 | $328,762.30 | | $328,762.30 | $0.00 |
| 16  TOOLS, WELDING EQUIPMENT, PIPING EQUIPMENT, FORK-LIFT, HEAVY EQUIPMENT, AIR COMPRESSORS, SAND BLASTERS, ICEMAKERS, REFRIGERATOR. SEE SCHEDULE A.B (INVENTORY) FOR DETAIL | $659,364.00 | $1,258,718.53 | | $1,258,718.53 | $0.00 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 21-10051-RLJ | Trustee Name: | Roddrick B. Newhouse |
|---|---|---|---|
| Case Name: | LAUREN ENGINEERS & CONSTRUCTORS, INC. | Date Filed (f) or Converted (c): | 04/08/2021 (f) |
| For the Period Ending: | 6/30/2022 | §341(a) Meeting Date: | 05/14/2021 |
| | | Claims Bar Date: | 08/12/2021 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 17 | 160.00 ACRES LOCATED IN STATE OF MONTANA, COUNTY OF TETON. WARRANTY DEED REFLECTS 50% OF REMAINING OIL, GAS, AND OTHER MINTERAL INTERESTS WERE RESERVEDTO ASSIGNOR, | $1,067,209.00 | $250,969.33 | | $250,969.33 | FA |
| 18 | LEASEHOLD IMPROVEMENTS (FENCING, ELECTRICAL, FLAGPOLE) SEE SCHEDULE A.B (INVENTORY) FOR DETAILS. | Unknown | $1,000.00 | | $0.00 | $1,000.00 |
| 19 | PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS "LAUREN" BRANDING | Unknown | $1,000.00 | | $0.00 | $1,000.00 |
| 20 | INTERNET DOMAIN NAMES AND WEBSITES HTTP://LAURENEC.COM | Unknown | $1,000.00 | | $0.00 | $1,000.00 |
| 21 | CUSTOMER LISTS AND COMPILATION OF WORK PERFORMED | Unknown | $1,000.00 | | $0.00 | $1,000.00 |
| 22 | DRAWINGS, DESIGNS, SPECIFICATIONS NATIVE FILES, INTELLECTUAL PROPERTY RELATING TO FP HYDROTREATING LLC JOINT VENTURE WITH RIGBY LLC | $2,000,000.00 | $1,000.00 | | $0.00 | $1,000.00 |
| 23 | CORPORATE OPPORTUNITY FOR EPC CONTRACT WITH RIGBY LLC AND FP HYDROTREATING LLC JOINT VENTURE | Unknown | $1,000.00 | | $0.00 | $1,000.00 |

**FORM 1**
Page No: 4

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 21-10051-RLJ | | Trustee Name: | Roddrick B. Newhouse |
|---|---|---|---|---|
| Case Name: | LAUREN ENGINEERS & CONSTRUCTORS, INC. | | Date Filed (f) or Converted (c): | 04/08/2021 (f) |
| For the Period Ending: | 6/30/2022 | | §341(a) Meeting Date: | 05/14/2021 |
| | | | Claims Bar Date: | 08/12/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 24  INTELLECTUAL PROPERTY, DESIGNS, DRAWINGS, NATIVE FILES, AND OTHER WORK PRODUCT RELATING TO TATA PROJECT. | $0.00 | $1,000.00 | | $1,293,320.42 | $0.00 |
| 25  DESIGNS, DRAWINGS, SPECIFICATIONS, AS BUILT DRAWINGS FOR ONGOING PROJECTS. | Unknown | $1,000.00 | | $0.00 | $1,000.00 |
| 26  CLAIMS AND CAUSES OF ACTION AGAINST SIEMENS ENERGY, INC. FOR ACTS AND OMISSIONS INCLUDING, WITHOUT LIMITATION, BREACH OF CONTRACT, DELAY DAMAGES, AND BREACH OF DUTIES OF GOOD FAITH AND FAIR DEALING. | Unknown | $1,000.00 | | $0.00 | $1,000.00 |
| 27  D&O INSURANCE POLICY (FEDERAL INSURANCE CO. - CHUBB) | Unknown | $1,000.00 | | $0.00 | $1,000.00 |
| 28  INSURANCE POLICIES. (See attached on Schedule B) | Unknown | $1,000.00 | | $0.00 | $1,000.00 |
| 29  CLAIMS AND CAUSES OF ACTION AGAINST ORIGIN BANK FOR ACTS AND OMISSIONS IN CONNECTION WITH PROCESSING OF DEBTOR'S PAYROLL PROTECTION PROGRAM (ROUND 2) APPLICATION | Unknown | $1,000.00 | | $0.00 | $1,000.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 5

| Case No.: | 21-10051-RLJ | Trustee Name: | Roddrick B. Newhouse |
|---|---|---|---|
| Case Name: | LAUREN ENGINEERS & CONSTRUCTORS, INC. | Date Filed (f) or Converted (c): | 04/08/2021 (f) |
| For the Period Ending: | 6/30/2022 | §341(a) Meeting Date: | 05/14/2021 |
| | | Claims Bar Date: | 08/12/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 30 | CLAIMS AND CAUSES OF ACTION AGAINST ORIGIN BANK FOR ACTS AND OMISSIONS INCLUDING, WITHOUT LIMITATION, IMPROPER LOAN ADMINISTRATION, BREACH OF CONTRACT, TORTIOUS INTERFERENCE WITH EXISTING CONTRACTS, TORTIOUS INTERFERENCE WITH PROSPETIVE BUSINESS CONTRACTS, RIGHTS OF OFFSET AND/OR SETOFF, BAD FAITH CONDUCT, FRAUDULENT MISREPRESENTATION, NEGLIGENT MISREPRESENTATION, AND BREACH OF DUTIES OF GOOD FAITH AND FAIR DEALING. | Unknown | $1,000.00 | | $0.00 | $1,000.00 |
| 31 | RESTITUTION CHECK FORM JEFFERSON COUNTY COMMUNITY SUPERVISION AND COLLECTIONS FOR 16-2822 NIECY NICOLE CONNER (u) | Unknown | $750.11 | | $750.11 | $0.00 |
| 32 | MISCELLANEOUS CHECKS NOTSCHEDULED (u) | Unknown | $202,792.40 | | $202,792.40 | $0.00 |
| 33 | Taylor County Tax Assessor (u) | Unknown | $451.80 | | $451.80 | FA |
| 34 | Unscheduled Tax refund (u) | Unknown | $7,572.33 | | $7,572.33 | $0.00 |
| 35 | Settlement funds from FTC Solar (u) | Unknown | $290,484.08 | | $0.00 | FA |
| 36 | Personal Property located at Los Alamos National Laboratory, Los Alamos, NM (u) | $0.00 | $20,000.00 | | $20,000.00 | FA |

**TOTALS (Excluding unknown value)** | | $13,538,362.43 | $2,567,292.03 | | $3,553,128.37 | **Gross Value of Remaining Assets** $16,000.00

FORM 1

Page No: 6

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 21-10051-RLJ | Trustee Name: | Roddrick B. Newhouse |
|---|---|---|---|
| Case Name: | LAUREN ENGINEERS & CONSTRUCTORS, INC. | Date Filed (f) or Converted (c): | 04/08/2021 (f) |
| For the Period Ending: | 6/30/2022 | §341(a) Meeting Date: | 05/14/2021 |
| | | Claims Bar Date: | 08/12/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| | |
|---|---|
| 08/10/2022 | Trustee is involved in ongoing discovery and litigation |
| 04/01/2022 | Trustee's residual asset sale closing is pending. Trustee is investigating potential chapter 5 causes of action to be pursued and preparing to terminate the retirement plans in which the Debtor's former employees participated. |
| 08/02/2021 | Pending matters include: (1) sale of 160 acres in Montana (hearing set August 25, 2021); (2) collection of accounts receivable; (3) investigation into potential claims and causes of action including Chapter 5 causes; and (4) engagement of potential special litigation counsel. Claims bar date is August 12, 2021. |

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 06/30/2022 | /s/ RODDRICK B. NEWHOUSE | |
| Current Projected Date Of Final Report (TFR): | 06/30/2023 | RODDRICK B. NEWHOUSE | |