

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 25, 2023**

**United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO.: 21-10051-rlj7 |
| LAUREN ENGINEERS & § | |
| CONSTRUCTORS, INC., § | In Proceedings Under Chapter 7 |
| § | |
| Debtor. § | |

**ORDER APPROVING COMPROMISE AND SETTLEMENT AGREEMENT**
**WITH WTG FUELS, LLC**
**[Refers to Docket No. 351]**

Came on for consideration the *Motion for Approval of Compromise and Settlement Agreement with WTG Fuels, LLC* [Docket No. 351] (the "<u>Motion</u>") filed by Roddrick B. Newhouse, Trustee of the above styled and numbered chapter 7 bankruptcy estate ("<u>Trustee</u>"). The Court is advised no objections have been filed in opposition to the Motion.

The Court finds jurisdiction over the subject matter and parties, notice of the Motion was adequate under the circumstances and the relief requested is in order and should be approved.

It is therefore

**ORDERED, ADJUGED AND DECREED** that the Motion of the Trustee is hereby granted; it is further

**ORDERED, ADJUGED AND DECREED** that the Compromise and Settlement Agreement between the Trustee and WTG Fuels, LLC is hereby approved; and it is further

**ORDERED, ADJUDGED AND DECREED** that the Trustee be and the same is hereby authorized to execute such documents and take such actions as are necessary and appropriate to carry out the purposes and intent of this Order.

### End of Order ###

Prepared by:

Joseph F. Postnikoff
State Bar No. 16168320
Email: jpostnikoff@romclaw.com
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton Street, Suite 520
Fort Worth, Texas 76102
Telephone – 817.291.9822
http://www.romclaw.com

PROPOSED COUNSEL FOR RODDRICK B. NEWHOUSE,
CHAPTER 7 TRUSTEE